

Victor J. Rocco
Partner
Phone: 212 592 1422
Fax: 212.545.2333
vrocco@herrick.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/17
```

April 21, 2017

VIA ECF

MEMO ENDORSED p.2

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**Re:    United States v. Reza Zarrab, et al., S3 15 Cr. 867 (RMB)**

Dear Judge Berman:

      We represent Defendant Mehmet Hakan Atilla in the above-captioned matter. We write in response to questions posed by the Court at Mr. Atilla's arraignment on April 13th regarding (a) our intent with respect to making a written submission in connection with the *Curcio and suppression* hearing scheduled to take place on April 24th; and (b) whether Mr. Atilla will seek to adjourn the August 21st trial date to some later date.

      First, we have decided that we will not make any written submission on behalf of Mr. Atilla in connection with the *Curcio* and suppression hearing scheduled for April 24th. As the *Curcio* and suppression issues before the Court at this time relate solely to Mr. Atilla's co-defendant, we also respectfully request that Mr. Atilla be excused from appearing in court for these proceedings. We understand that the Court has made arrangements for an interpreter for Mr. Atilla for April 24th. In the event the Court excuses Mr. Atilla's attendance, we would respectfully remind the Court that the interpreter for Mr. Attila will not be necessary.

      Second, with respect to the adjournment of the trial date, Mr. Atilla now understands that, because of the many complexities and challenges presented by this case, it is in his interest, despite his being currently detained, that the August 21 trial date be adjourned for the reasons counsel set forth during the appearance on April 13th. Accordingly, we respectfully request that the Court allow us until May 27th — six weeks and a day from Mr. Atilla's arraignment and nine days following the *Curcio* hearing for Mr. Atilla which has been tentatively scheduled for May 18th — to return to the Court with a proposed new trial date.

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500


HERRICK

April 21, 2017
Page 2

        Respectfully submitted,

        HERRICK, FEINSTEIN LLP

        s/ Victor J. Rocco
        Victor J. Rocco
        Thomas E. Thornhill
        2 Park Avenue
        New York, New York 10016
        Tel: (212) 592-1400
        Fax: (212) 545-2326

cc: All counsel of record (by ECF)

> Defendant and counsel are required to attend on Monday, April 24, 2017 at 10:30. He can discuss his position in open court then.
>
> SO ORDERED:
> Date: 4/21/17   *Richard M. Berman*
> Richard M. Berman, U.S.D.J.