

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/17

May 24, 2017

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

  Re: <ins>United States v. **Mehmet Hakan Atilla**,</ins>
    **S3 15 Cr. 867 (RMB)**

Dear Judge Berman:

  The Government writes to respectfully request an adjournment of the *Curcio* hearing currently scheduled for June 6, 2017, due to conflicting travel and trial commitments. After consulting with defense counsel and *Curcio* counsel, both of whom consent to the requested adjournment, the Government respectfully asks that the hearing be rescheduled to 11:30 am on June 12, 2017.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney for the
Southern District of New York

By:   /s/
Michael D. Lockard
Sidhardha Kamaraju
David W. Denton, Jr.
 Assistant United States Attorneys
Dean C. Sovolos
 Special Assistant United States Attorney
(212) 637-2193/6523/2744/2213

Application granted on consent.

cc: All Counsel (by ECF)
SO ORDERED:
Date: 5/24/17  *Richard M. Berman*
Richard M. Berman, U.S.D.J.