USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

               -against-

MEHMET HAKAN ATILLA,

               Defendant.
-----------------------------------------------------------X

**ORDER**

15 Cr. 867 (RMB)

The Government is requested to respond to Mr. Atilla's motion to dismiss by August 14, 2017; and the defense may reply by August 21, 2017. Oral argument on the motion to dismiss is scheduled for September 7, 2017 at 11:00 am. <u>Note</u>: as earlier suggested to the parties, the Court may regard footnotes in these motion to dismiss pleadings as immaterial.

Dated: New York, New York
       August 1, 2017

*Richard M. Berman*

**RICHARD M. BERMAN, U.S.D.J.**