UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>REZA ZARRAB, et al.<br><br>               Defendants. | S4 15-cr-00867 (RMB)<br><br>**REDACTED VERSION**<br><br>**(UNREDACTED VERSION TO BE FILED UNDER SEAL)**<br><br>**DEFENDANT MEHMET HAKAN ATILLA'S NOTICE OF MOTION FOR LEAVE TO TAKE RULE 15 FOREIGN DEPOSITIONS, OR IN THE ALTERNATIVE, LIVE VIDEO TESTIMONY DURING TRIAL FROM DEFENSE WITNESSES IN TURKEY** |

**PLEASE TAKE NOTICE** that, upon the annexed Declarations of Cathy A. Fleming, Esq. dated November 7, 2017 and Defendant Mehmet Hakan Atilla signed October 27, 2017 ("Mr. Atilla"), and the accompanying memorandum of law, Mr. Atilla, by and through his counsel, will move this Court, at a date and time to be decided, before the Honorable Richard M. Berman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Rule 15 of the Federal Rules of Criminal Procedure, authorizing the taking of depositions via videoconferencing of ████████████████████████████████████████ ██████████, all of whom reside in the Republic of Turkey, because their testimony is material to the defense, they are unwilling to travel to the United States to testify at trial, and preservation of their testimony is necessary because of exceptional circumstances and in the interest of justice; and ordering such other and further relief as this Court may deem just and proper.

In the alternative, Defendant Atilla will move for permission to take live video testimony during trial from defense witnesses in Turkey.

Dated: New York, New York
      November 7, 2017

HERRICK, FEINSTEIN LLP

By:   /s Victor J. Rocco
    Victor J. Rocco
    Thomas E. Thornhill
    Two Park Avenue
    New York, New York 10016
    (212) 592-1400
    (212) 592-1500 (fax)

FLEMING RUVOLDT PLLC

By:   s/ Cathy Fleming
    Cathy A. Fleming
    Robert J. Fettweis, *pro hac vice*
    1700 Broadway, 28th Floor
    New York, New York 10019
    (212) 706-1850
    (212) 706-1855 (fax)

*Attorneys for Defendant Mehmet Hakan Atilla*