# Exhibit A

Name: 09135104_Sep_15_2016_20_46_39_PM 011905370404016
Date: September 15, 2016
Time: 08:46:39 PM
Duration: 00:08:43

PARTICIPANTS: AHAD, REZA ZARRAB

NOTES
Text spoken in English: underlined
Translator's notes: [in brackets]
Unintelligible: [UI]
Uncertain spelling: [sp?]
Interrupted conversation //

| TIME STAMP | PARTICIPANTS | ENGLISH TRANSLATION | AZERBAIJANI TRANSCRIPTION |
|---|---|---|---|
| 00:00:41 | AHAD: | Hello? | Alo? |
| 00:00:48 | REZA ZARRAB: | Hello? Uncle Ahad, hello. | Alo? Əhəd dayı, salam. |
| 00:00:49 | AHAD: | Hi, how are you? | Salam, necəsən? |
| 00:00:50 | REZA ZARRAB: | I am OK. | Varam mən. |
| 00:00:51 | AHAD | Hi? What are you up to? | Salam, nə var nə yox? |
| 00:00:53 | REZA ZARRAB: | What can I be up to? You know how I am. | Nə cür olum? Bildiyin kimi. |
| 00:00:55 | AHAD | How are you doing? How are your sores? | Necürsən? Yaraların nə cür olubdu? |
| 00:00:58 | REZA ZARRAB: | I still have them around my lips. | Yaralarım dodaqlarımın dövrəsində var hələ. |
| 00:01:01 | AHAD: | Let it be. Just be thankful to Allah. Yeah, so, what's going on? | Olsun da. Allaha çox kutluluq elə. Hə, neynəyirsən, neynəmirsən? |
| 00:01:07 | REZA ZARRAB: | Nothing. Sitting here in one room of four meters. We eat here, drink here and shit here. When you eat, sometimes someone can use the toilet. | Heç zad. Oturmuşam bir dənə otaqda dörd metrdə. İçi orda yeyirik, orda içirik, orda sıçırıq. Sən qəza yeyəndə bir də görürsən o birisi tualetini edir. |
| 00:01:18 | AHAD: | Try to take it easy, God willing, it | Canını sıxma, inshaAllah qurtulacaq. |

| Time | Speaker | English | Azerbaijani |
|---|---|---|---|
| | | will be over. The main thing, take it easy. The other thing you mentioned, it is not like that. It is not like what you think it is. It is not like that. It is now the exact time...Hello? | Əsas canıvı sıxma. Sən o biri məsələdən deyirsən, o cür deyil. Sən bildiyin kimi deyil. O cür deyil. O cur deyil. O tam indi zamani gelibdi. Alo.. |
| 00:01:33 | REZA ZARRAB: | Yes. | Bəli. |
| 00:01:35 | AHAD: | Now is the time. | Tam elə zamanı gəlibdir. |
| 00:01:36 | REZA ZARRAB: | Ahad, it is not like that. I am telling you [UI]. Here, when you come around and say "OK, yes, I did this shit", look, this leaves you in peace. Once you confessed (to doing shit), they do not mess up with you. | Əhəd dayı, o cür deyil. Mən sənə [UI]. Burada ki, gedirsən, deyirsən: "Tamam, mən pox yemişəm", bax o sag buraxmir. Sən pox yeməyə düşsən, ta sənnən ondan sonra taqqlari yoxdur. |
| 00:01:56 | AHAD: | Yes... | Hə... |
| 00:01:57 | REZA ZARRAB: | Did you get it? I have already partially admitted my guilt. | Bildin? O pox yedimin də əvvəlki iki qədəmini götürmüşəm mən |
| 00:02:02 | AHAD: | Oh, you should not do that. Why did you? | Axı eyləmiyeydin. Niyə eylədin? |
| 00:02:04 | REZA ZARRAB: | Baba, I have no choice. What should I have done? Do you want me to get life sentence? | Baba, çarəm yoxdur. Neyləyeydim? Indi gedib əbəd alım? |
| 00:02:08 | AHAD | Baba, what could be the sentence now? | Baba, indi bu məsələyə nə qədər verərlər? |
| 00:02:11 | REZA ZARRAB: | 10 years, 10, 10. | 10 il, 10, 10. |
| 00:02:14 | AHAD | What's the difference between 10 and 20 years? | 10 il ilə 20 ilin nə fərqi var ki? |
| 00:02:16 | REZA ZARRAB: | There is a huge difference, baba. What do you mean what difference? A huge difference. | Çox fərqi var, baba. Nə fərqi var? Çox fərqi var. |
| 00:02:19 | AHAD | Baba... | Baba... |



| Time | Speaker | English | Azerbaijani |
|---|---|---|---|
| 00:02:19 | REZA ZARRAB: | There is a huge difference between 10 and 11 years. Godspeed. Do you know what a year means to me? What do you mean the difference between 10 and 20 years? | 10 il ilə 11 ilin də çox fərqi var. Allah işini rast gətirsin. Bir il bilirsən nədir mənə? Necə yəni 10 il ilə 20 ilin nə fərqi var? |
| | | | |
| 00:02:27 | AHAD | But, you, but. I am saying that you haven't done anything. What are you talking about? [UI]. | Axı, sən axı. Deyirəm, Guyam sən indi bir iş görməmisən. Nə mənə deyirsən? [UI]. |
| 00:02:32 | REZA ZARRAB: | But there is no law here. There is no rule of law here, look. Here, you have to admit to something you haven't done. This is how it works here. This country is like this. Look, you have to say you have done something you haven't. | Axı burda qanun yoxdur. Burada qanun yoxdur, bax. Burada görmədiyin işi gərək deyəsən görmüşəm. Bura bücürdür. Bu məmləkət bü cürdür, bax... Görmədiyin işi gərək gördüm deyəsən. |
| 00:02:47 | AHAD | Let it be. You ask me that. How would he know what it is about? Somebody in good health is on that side. Do you get what I am saying? They do dozens of stuff. It is not right. It is not what you think. | Olsun...Sən məndən soruş da. Bilirsən, o hardan bilsin ki, o nə mənədir? Can saqliqi olan biri ordadır, o tərəfdədir. Başa düşürsən nə deyirəm? Onlarla şey edirlər. O düz deyil. Bildiyin kimi deyil. |
| 00:03:06 | REZA ZARRAB: | Baba, it is not like that. It is not what you think. That side, for example, the head of the place was here three-four days ago. | Baba, o kimi deyil, sən bildiyin kimi deyil. O tərəf ki, var, o məsələn, gedən yerin böyüyün nümayəndəsi burada idi üç dörd gün qabaq. |
| 00:03: | AHAD | [UI]. | [UI]. |
| 00:03:19 | REZA ZARRAB: | He/she asked one of our lawyers "why would you defend him?" He should fuck off". That's what he/she said. Do not say they measure [UI] and you are telling me they will appreciate. | O, hələ bizim vəkillərdən birinə deyib ki, sən niyə bunu müdafiə edirsən? Qoy sikdirsin. Deyib eləmə, [UI] ölçür, sən deyirsən hələ tağ vuracaqlar. |
| 00:03:28 | AHAD | No, that's a different issue. You are now talking about here. | Yox, o başqa. Sən buranı deyirsən indi. |
| | | [Voices overlap] | [Voices overlap] |



| | | | |
|---|---|---|---|
| 00:03:32 | REZA ZARRAB: | I am talking about there, their representative. | Elə oranı deyirəm, oranın nümayəndəsi. |
| | | | |
| | | [Voices overlap] | [Voices overlap] |
| | | | |
| 00:03:39 | REZA ZARRAB: | Bahram's friends' representative. Here one of my lawyers went to the center to ask for marriage certificate. They told him: "Fuck off. We hate him, let him get 30 years." The Lawyer asked: "What has he done to you? What harm has he caused you?" | Bəhramın dosltların nümayəndəsi. Burda bizim vəkil gedib, getmişdir ki mərkəzə, o evlilik sənədi istəsin, deyibler qoy sikdirsin. Bizim ondan zəhləmiz gedir, qoy qalsın ele 30 il yatsın. Vəkil deyib, axı nə edib sizə? Nə pislik edib sizə? |
| | | | |
| 00:04:00 | AHAD | You tell that you... No, it is not like that. It's not how you know it. Let him say it, it is not important. | Sən denən ki, mən... Yox, o cür deyil. Sən bildiyin kimi deyil. Qoy desin, mühüm deyil. |
| | | | |
| 00:04:05 | REZA ZARRAB: | Yes, it is not important what he says. Do you know what is important? You admit your guilt here, it [UI] here... There, in Turkey. This oppression that exists here, it is only in America. It doesn't happen in other countries. When there is no such oppression in the country, they can't play around. They can either know before you admit guilt. In that case they come and say, for example, take these shops and fuck off and give up your shops. But once you admit your guilt, you are set free. That's it, getting free. It is like you swallow it. | Hə, o mühüm deyil o, nə deyir. Mühüm bilirsən nəmənədir? Burda pox yedimi deyirsən, xub. Bütün burdakı cünnən... Sənin oradakı, ya Türkiyədəki. Bu zülm ki, burda var, fəqət dünyada, Amerikada var da. O ayrı məmləkətdə yoxdur ki. Bu zülm ayrı məmləkətdə olmayanda, məmləkətlə tağıramırlar. Ya pox yedim deməmişdən əvvəl bilirlər, deyirlər ki, gəl bu məsələn, məndəki bu dükanları götür, sikdir, ver o səndəki dükanları. Dayı pox yedim deyəndən sonra, qurtulur bu. Vəssəlam. Qurtuldu. Elə bil uddun getdi şeyi qullabazıva. |
| | | | |
| 00:04:49 | AHAD | Baba, | Baba, |
| | | | |
| 00:04:50 | REZA ZARRAB: | They can't do it even if they want to. | İstəsələr də, edə bilmirlər. |
| | | | |
| 00:04:53 | AHAD | No, [UI]. You know, let me tell you, it is not correct. Don't think about it. | Yox, [UI]. Sən bilirsən, mən sənə deyim, o düz deyil. Sən onu düşünmə. |
| | | | |
| 00:04:57 | REZA ZARRAB: | Ahad, Ahad | Əhəd dayı, Əhəd dayı, |
| | | | |
| | | [Voices overlap] | [Voices overlap] |



| Time | Speaker | English | Azerbaijani |
|---|---|---|---|
| 00:04:59 | AHAD: | Look, it is not right that | Bax, o düz deyil ki, |
| 00:05:02 | REZA ZARRAB: | Uncle Ahad, there are 82 decision making articles. I got them all translated. We read all of them. I got a lawyer specializing in these kinds of issues, talked to him/her. Once you admit your guilt, it doesn't work. It just doesn't. | Əhəd dayı, 82 nəfər qərargahlar var. Hamısını verdim tərcüməyə. Oturub oxuduq. Məxsus, bu təhər işi görən vəkil tutdum, danışdım. Pox yedim deyəndən sonra olmur. Olmur da. |
| 00:05:22 | AHAD: | Look here. Let me tell you. | Hələ gör. Mən sənə deyim. |
| 00:05:25 | REZA ZARRAB: | There they have two shops. Are they giving them? Do they want to give them? | Orada onlarda iki dənə dükan var. Onları verirlər? İstəyirlər versinlər? |
| 00:05:29 | AHAD | Yes, yes, that's what I am telling you. They want to do it. | Hə, hə, mən də onu deyirəm də sənə. Onu istəyirlər. |
| | | [Voices overlap] | [Voices overlap] |
| 00:05:35 | REZA ZARRAB: | They want to, I know they want to. Ahad, I know they want to give these two shops. | Onlar istəyir, bilirəm onlar istəyir. Əhəd dayı, bunların o iki dənəni istədiyini bilirəm. |
| 00:05:41 | AHAD | Baba, there is top authority on your side. They think the same thing. Baba, It is not right that... | Baba, burda ən zor başçısı var sənin tərəfində...Onlar da fikirləşirlər onu. O düz deyil ki, baba... |
| 00:05:49 | REZA ZARRAB: | They need to agree to. | Gərək anlaşalar da. |
| 00:05:52 | AHAD | Yes, they agreed, before I went there I did not know either. Now that I went there, I know more. It is not right, it is not as we think. | Hə, onlarla düzəldirlər, mən getməmişdim, bilmirdim. İndi getdim daha artıq şey bildim. O düz deyil, səninlə mənim bildiyim kimi yəni. |
| 00:06:04 | REZA ZARRAB: | And I am saying, comfort yourself. | Mən də deyirəm özünü rahatda. |
| 00:06:05 | AHAD: | No, it is not right. Let you... [UI] ...from letters find out the difference. I will tell you. Let's see what they say. We haven't given it yet as we thought it wasn't right. | Yox, o düz deyil. Qoy sən ...[UI]... məktubların çıxartsın o fərqi. Mən sənə deyim da. Gör nə deyirlər. Biz hələ vermədik ki, o cür deyil. Biz bunları alandan |



| | | Once we get them, the decision is there. | sonra, həll olacaq. |
|---|---|---|---|
| 00:06:24 | REZA ZARRAB: | That's not a problem, that's not a problem, ok. We'll do something. | Onun müşkülü yoxdur, onun müşkülü yoxdur, tamam. Bir şey eleyərik. |
| | | [Voices overlap] | [Voices overlap] |
| 00:06:29 | AHAD: | It is not like that. Hang on there, I will be of help to you. | O cür deyil. Sən bir döz, mən sənə bir köməkçilik edərəm. |
| 00:06:35 | REZA ZARRAB: | But, hang on? How long will it take? | Axı, döz.. Neçə gün çəkər? |
| 00:06:38 | AHAD: | Baba, they are talking. It is less than a month they are talking, now. I was told [UI]. | Baba, bunlar danışırlar Ay yoxdur ki, bunlar danışırlar. Mən indi dedilər ki, [UI]. |
| 00:06:48 | REZA ZARRAB: | When will he say that in the middle? [UI]. | O, nə vaxt deyəcəklər ki, araya [UI] |
| 00:06:51 | AHAD: | I came here, they gave permission. [UI]. | Mən gəldim, bunlar icazə verdilər. [UI] |
| 00:06:59 | REZA ZARRAB: | They now told the difference. They said that their daily commission would be this much. We said, OK. Then... | Onlar indi fərqi dedilər. Dedilər ki, bizim bu gündəlik. komissiyonumuz bu qədərdir. Biz dedik, tamam. Sonra... |
| 00:07:08 | AHAD: | They are solving it... | Həll edirlər... |
| 00:07:10 | REZA ZARRAB: | Tell them to go ahead. Ok, do what they want. | Denən elə də. Tamam da, nə mənə deyirsiz, tamam. |
| 00:07:12 | AHAD: | I agree. | Mən xob. |
| 00:07:14 | REZA ZARRAB: | Tell them "yes" to whatever they want. | Denən nə deyirsiz, tamam da. |
| 00:07:17 | AHAD: | No worries, I told them. Look, dear, that is the way you understand it. Look, I can't explain it to you. Look, one side is the side of the partner, he is like that. | Eybi yox, mən demişəm. Qurban olum, sən elə başa düşürsən. Bax, anladammıram sənə, bax. Bunların bir tərəfi o tərəfdir. Şəriki o tərəfdi, o cürdür. |



| | | | |
|---|---|---|---|
| 00:07:35 | REZA ZARRAB: | [UI]. | [UI]. |
| 00:07:39 | AHAD: | Yes, his partner is that side, now, let's ..[UI]..this. He agrees to it They are negotiating... They are now deciding. [UI]. | Hə, şəriki o tərəfdi, indi gəl ..[UI].. bunu. O cür deyil, hə danışırlar..[UI]..İndi həll edirlər. [UI]. |
| 00:07:52 | REZA ZARRAB: | And you tell them that (voices overlap). Yes, I told him to tell us what they want. [UI]. | Sən də onlara denən ki, (voices overlap). Hə, mən də dedim ki, çıxar, denən nə mənədir. [UI]. |
| 00:07:58 | REZA ZARRAB: | Ask them how long it will take? We will tell when we get (someone) out. | O denən nə qədər çəkər? Çıxardaq, deyək. |
| 00:08:01 | AHAD: | Son, I came here two days ago. Look, I came here two days ago. | Mən iki gündür gəlmişəm, oğlum. Mən iki gündür gəlmişəm, bax. |
| 00:08:04 | REZA ZARRAB: | How long did he say it would take? | Nə qədər deyib çəkər? |
| 00:08:05 | AHAD: | [UI]. I came here two days ago... [UI] ... | [UI]. Mən iki gündür gəlmişəm... [UI] ... |
| 00:08:14 | REZA ZARRAB: | That's what I am saying, when will he say, for instance, this is his status (conditions). | Mən də deyirəm ki, nə vaxt deyəcək ki, məsələn, bunun bu cürdür şəraiti. |
| 00:08:22 | AHAD: | Some of them say that. They are discussing it. They are not alone, they are partners... [UI] ... | Elə deyəndə var.. Aralarında danışırlar. Tək deyillər ki, bunlar şərikdirlər... [UI] ... |
| 00:08:33 | REZA ZARRAB: | Okay, whatever. | Yaxşı da. |
| 00:08:35 | AHAD: | Don't worry, give me some [UI], | Sən darıxma, sən mənə [UI] ver, |
| 00:08:38 | REZA ZARRAB: | Then, listen, then. If it happens, will you go to see Bahram? | Sonra qulaq as, sonra. Əgər o olsa, gedəcən Bəhramın yanına? |
| 00:08:43 | AHAD: | [UI]. | [UI]. |
| | | [END OF RECORDING] | [YAZININ SONU] |

