HCFPATI1                    Trial

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                           S4 15 Cr. 867 RMB

5    MEHMET HAKAN ATILLA,

6              Defendant.

7    ------------------------------x

8

9                                      December 15, 2017
                                       9:11 a.m.
10

11

12   Before:

13                    HON. RICHARD M. BERMAN,

14                                       District Judge
                                          and a jury
15

16

17                    APPEARANCES

18   JOON H. KIM,
          United States Attorney for the
19        Southern District of New York
     MICHAEL DENNIS LOCKARD,
20   SIDHARDHA KAMARAJU,
     DAVID WILLIAM DENTON, JR.,
21   DEAN CONSTANTINE SOVOLOS,
          Assistant United States Attorneys
22

23

24

25

               SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

HCFPATI1                        Trial

                    (APPEARANCES Continued)



HERRICK, FEINSTEIN LLP (NYC)
        Attorneys for defendant Atilla
BY:   VICTOR J. ROCCO, Esq.
        THOMAS ELLIOTT THORNHILL, Esq.
        – and –
FLEMING RUVOLDT, PLLC
BY:   CATHY ANN FLEMING, Esq.
        ROBERT J. FETTWEIS, Esq.
        – and –
McDERMOTT, WILL & EMERY
BY:   TODD HARRISON, Esq.
        – and –
LAW OFFICES OF JOSHUA L. DRATEL, P.C.
BY:   JOSHUA LEWIS DRATEL, Esq.
                    Of counsel


Also Present:
        JENNIFER McREYNOLDS, Special Agent FBI
        MICHAEL CHANG-FRIEDEN, Paralegal Specialist USAO
        MS. ASIYE KAY, Turkish Interpreter
        MS. SEYHAN SIRTALAN, Turkish Interpreter

1              (Trial resumed; jury not present)

2              THE COURT:  If I could have your attention.  Is

3    Mr. Atilla on his way?  Is he changing?

4              MR. ROCCO:  Yes, he is changing, your Honor.

5              THE COURT:  He's in the back?

6              MR. ROCCO:  Not yet, your Honor.

7              THE COURT:  I think I'll wait until he's here.

8              (Pause)

9              THE COURT:  Is he here?

10             MR. ROCCO:  He is here.

11             THE COURT:  All right.  So I have just two things.  We

12   don't have all the jurors here yet.  As soon as we do, we'll

13   proceed with the conclusion of the government's case and then

14   proceed to the defense case.

15             I have one issue, one announcement or maybe two

16   comments.  So at the lunch break, I plan to rule orally on the

17   motion for a mistrial.  I'm not suggesting anybody miss their

18   lunch for it, but I am going to do that.  I suspect it will

19   take the better part of the lunch hour.  So that's No. 1.

20             No. 2, I was disappointed, would be an understatement,

21   to receive the government's letter this morning, dated

22   December 15, advising that the parties were unable to reach any

23   accommodation or even process with respect to outstanding

24   objections by the defense to the government's admission of

25   exhibits.  This is certainly a legal matter, but it's also

1    somewhat of a technical matter, which I didn't think was that

2    cumbersome, but here's the disappointing part.

3         So we actually lost a half day of trial yesterday and,

4    candidly, I think wasted a precious half day as we head toward

5    the holiday season, because the defense was unwilling to either

6    review the documents, which they said they wanted to do

7    yesterday afternoon, or have the documents admitted over their

8    objection, with their objection noted, which was another option

9    made available to them.  The second option probably would have

10   taken less than ten seconds; so that is really troubling.

11        You should read the December 15 letter from the

12   government in detail.  I think it would behoove the defense to

13   submit a letter in response, if they don't agree with any of

14   the contents of the government's letter.  If I were a cynical

15   person, I would say that we didn't have a trial yesterday for a

16   half day, an important half day because the defense -- I'm not

17   a cynical person -- but the defense was looking for more time,

18   which, in fact, was given, and put us in exactly the same

19   position at this moment that we were in before we sent the jury

20   home.

21        While I'm not cynical, I'm not happy either, and you

22   can be sure that between now and next week, there will be full

23   days of trial, including you should count on going past the

24   5:00 hour on a daily basis to make up any time that we've

25   missed.  So that's all I have to say about that.  We'll see if

HCFPATI1                          Trial

1   the jury is here.

2               MR. LOCKARD:  Your Honor, given that we are where we

3   are, and that the government does need to rest its case before

4   the defense case begins, we would just offer the exhibits

5   identified --

6               THE COURT:  Well, I think we're going to do this with

7   the jury.

8               MR. LOCKARD:  Sure.

9               THE COURT:  As part of the government's case, and

10  that's when it should happen, with the jury present.

11              MR. LOCKARD:  Yes, your Honor.  I just wanted to make

12  sure we agreed on that process.

13              MR. ROCCO:  Your Honor, with the Court's leave, we're

14  going to submit a letter.  Thank you.

15              THE COURT:  I would hope you'd submit a letter.

16              The jury is here.  We'll call them in, and we'll take

17  care of this procedural business.

18              (Pause)

19              THE COURT:  Hold on one second.  Who is that?

20              THE DEPUTY CLERK:  The witness, Judge.

21              THE COURT:  We're not ready for that.

22              (Jury present)

23              THE COURT:  Hi.  Please be seated, everybody.  So we

24  just have a technical portion relating to evidence that I

25  expect will take no more than a minute or two, and then we'll

HCFPATI1                          Trial

1    proceed to the defense case.

2              Counsel for the government?

3              MR. LOCKARD:  Your Honor, so I'm going to mark for

4    identification Government's Exhibit 9704, which is a list of

5    exhibits previously admitted subject to connection, and the

6    government offers those exhibits into the record.

7              THE COURT:  Okay.  And I'm allowing them into the

8    evidence of the case and into the record.

9              (Government's Exhibit 9704 received in evidence)

10             MR. LOCKARD:  And with that, the government rests.

11             THE COURT:  Okay.  I will provide later some

12   citations, which may be helpful with respect to why they're

13   admitted, but they are clearly part of the record of this case.

14   So with that, the government rests, meaning the government has

15   finished its case, and now we turn to the defense.

16             MR. ROCCO:  Your Honor, with the Court's permission,

17   the defense calls Semra Ibrahimi Hamza.

18             THE COURT:  Okay.

19             MS. FLEMING:  We have a motion under rule 29.  Can we

20   hand it up later?

21             THE COURT:  Sure.

22             MS. FLEMING:  Without waiving the --

23             THE COURT:  Sure.

24             THE DEPUTY CLERK:  Ma'am, if you could step up here,

25   please.  Remain standing by the chair, and then raise your

HCFPATI1                          Trial

```
1   right hand, if you don't mind.

2                THE WITNESS:  Okay.

3                THE DEPUTY CLERK:  If you could raise your right hand,

4   please.  Do you solemnly swear or affirm that the testimony

5   that you shall give this Court and jury, in this issue now on

6   trial, shall be the truth, the whole truth and nothing but the

7   truth?

8                THE WITNESS:  Yes, I do.

9                THE DEPUTY CLERK:  Thank you, ma'am.  Could you please

10  state your full name for the record.

11               THE WITNESS:  Full name Semra Ibrahimi Hamza.

12               THE DEPUTY CLERK:  And I'm going to ask you, if you

13  don't, to spell your full name.

14               THE WITNESS:  My full name is Semra Ibrahimi Hamza.

15               THE DEPUTY CLERK:  Could you spell it, please.

16               THE WITNESS:  S-e-m-r-a, I-b-r-a-h-i-m-i, H-a-m-z-a.

17               THE DEPUTY CLERK:  Thank you, ma'am.  You may be

18  seated.

19               THE COURT:  Before you start, Mr. Rocco, I take it,

20  for the record, that the government's response to the defense

21  motion is in opposition; is that correct?

22               MR. LOCKARD:  Yes, your Honor.

23               THE COURT:  Okay.  Counsel.

24               MR. ROCCO:  Thank you, your Honor.

25  SAMRA IBRAHIMI HAMZA,
```

1              called as a witness by the Defendant,

2              having been duly sworn, testified as follows:

3    DIRECT EXAMINATION

4    BY MR. ROCCO:

5    Q.  Good morning, Ms. Ibrahimi Hamza.  My name is Victor Rocco,

6    and I represent the defendant in this case, Mr. Mehmet Hakan

7    Atilla.  By whom are you employed, Ms. Ibrahimi Hamza?

8    A.  By Turkish Airlines.

9    Q.  And in what position?  What capacity?  What do you do for

10   them?

11   A.  Traffic and sales agent.

12   Q.  And can you describe for the jury what your

13   responsibilities are as a traffic and sales agent?

14   A.  My responsibilities is doing ticketing, helping travel

15   agencies regarding ticket issues.

16   Q.  Now, do you know if a subpoena was served on Turkish

17   Airlines for certain documents in the past month?

18   A.  Yes.

19              MR. LOCKARD:  Objection.

20              THE COURT:  Overruled.

21              MR. ROCCO:  Your Honor, may I approach the witness?

22              THE COURT:  Sure.

23   Q.  Ms. Ibrahimi Hamza, I'm going to show you what's been

24   marked as Defendant's Exhibit 335 and ask you if you recognize

25   that as the subpoena that was served on Turkish Airlines?

HCFPATI1                     Ibrahimi Hamza - Direct

1   A.  Yes, I do.

2   Q.  And this is a subpoena that you've seen previously?

3   A.  Yes.

4   Q.  And when you received a copy of the subpoena, what, if

5   anything, did you do?

6   A.  I search from our system the ticket details and the purge

7   details.

8              THE COURT:  And the what?  What details?

9   A.  The purge, which means the passenger name record which is

10  not active anymore.

11  Q.  The word is purge, p-u-r --

12  A.  P-u-r-g-e.

13  Q.  Thank you, thank you very much.  And when you found -- when

14  you searched the purged system, did you find documents?

15  A.  Yes, I did.

16             MR. ROCCO:  And, Mr. White, can we bring up for the

17  witness Defendant's Exhibit 326.

18  Q.  Can you see that?

19  A.  Yes, I can see.

20  Q.  And can you tell me, do you recognize that document?

21  A.  Yes, I do.

22  Q.  And can you look through -- it's a multi-page document.

23  Can you look through the entire document?

24  A.  Yes.

25  Q.  And can you tell me what that document is?

1    A.  This document shows the electronic ticket, which is for

2    Atilla Mehmet Hakan.

3    Q.  Wait a minute.  We have to do something first.  So you

4    recognize that as an electronic ticket?

5    A.  Yes.

6    Q.  And that's a document that's prepared by Turkish Airlines;

7    am I correct?

8    A.  Yes.

9    Q.  Is that a document that is prepared in the ordinary course

10   of business by Turkish Airlines?

11   A.  Yes.

12   Q.  And is it the ordinary course of Turkish Airlines' business

13   to create such a document?

14   A.  Yes.

15           MR. ROCCO:  Your Honor, I move Defendant's Exhibit 326

16   into evidence.

17           MR. LOCKARD:  No objection.

18           THE COURT:  I'll allow it.

19           (Defendant's Exhibit 326 received in evidence)

20           MR. ROCCO:  Now, can we publish it to the jury,

21   please?

22           THE COURT:  Yes.

23           MR. ROCCO:  Thank you.

24   BY MR. ROCCO:

25   Q.  Now, can you explain to the jury what this document shows,

1   Ms. Ibrahimi Hamza?

2   A.  This document shows that Mr. Atilla Mehmet Hakan has a

3   ticket from Istanbul to Barcelona and Barcelona to Istanbul.

4   Q.  And can you tell us what the date of the ticket is?

5   A.  The date of the ticket, with departure date, is April 10th,

6   2013, and the return is April 14, 2013.

7   Q.  So can you -- perhaps the easiest way of doing this would

8   be to walk the jury through the document and explain to the

9   jury what the document shows?

10  A.  Okay.  The PAX name is on Atilla Mehmet Hakan, the FQTV

11  number shows that he's frequent flyer number, that he has

12  frequent flyer number, ticket number is 2352106694388, and the

13  ticket was issued April 1st, 2013, because in Europe, the --

14  first it comes date, then month, then year.  And the ticket was

15  issued by our call center.

16  Q.  And the ticket was issued where?

17  A.  By Turkish Airlines' call center.

18  Q.  And so this was a ticket that was called in?

19  A.  Yes.

20  Q.  And can you tell us what the flight number was?

21  A.  The flight number from Istanbul to Barcelona was TK1855.

22  Q.  And that was the ticket for April 10th?

23  A.  April 10th, 2013.

24  Q.  And there was a return ticket from Barcelona to Istanbul

25  when?

1    A.  It was April 14th, and the ticket flight number was 1852.

2    Q.  Okay.  So now talking about the ticket from Istanbul to

3    Barcelona, that's ticket No. 1855, does this electronic ticket

4    indicate the scheduled departure time from Istanbul on

5    April 10th?

6    A.  Yes.

7    Q.  And what was the scheduled departure time?

8    A.  The scheduled departure time was 1355 p.m. and arrival was

9    at 1640 p.m.

10   Q.  Now, the departure at 1355 p.m. is stated in what time, in

11   Istanbul time?

12   A.  Yes.  The departure is local time of Istanbul.

13   Q.  And the arrival time is what time?

14   A.  Arrival time is the local time in Barcelona.

15   Q.  And does the ticket indicate the flight time?

16   A.  Can you repeat?

17   Q.  I'm sorry.  Does the ticket indicate how long the flight

18   was?

19   A.  Ticket doesn't indicate how long it is, but we have other

20   document.

21   Q.  Okay.

22   A.  The flight information document.

23   Q.  Okay.  We'll get to that in just a second.

24   A.  Okay.

25   Q.  With this document that you have in front of you, the purge

1    document, are there tickets for anyone other than Mr. Atilla?

2    A.   This first page is just for Mr. Atilla Mehmet Hakan.

3    Q.   That's the first page?

4    A.   Yes.

5    Q.   Of Defendant's Exhibit 326; am I correct?

6    A.   Mmm, hmm; yes.

7    Q.   And beyond that first page, how about the second page?

8    A.   The second page from the bottom shows the old coupon that

9    this -- the first coupon, because we read from the bottom up,

10   to up, and the first shows open.  That ticket was open and it's

11   not used yet.

12          And the second coupon, two, it is for coupon two,

13   which is from Barcelona to Istanbul, and then the airport

14   control shows that the 72 hours before flight, the coupons are

15   under airport control.

16   Q.   And it's each one of those blocks, am I correct, that shows

17   a separate step?

18   A.   Separate step.

19   Q.   In the check-in, boarding?

20   A.   Yes.

21   Q.   And then flight process?

22   A.   Yes.

23   Q.   And what entry on this document indicates if the ticket was

24   used or not?

25   A.   The entry, which is the flown/used, it shows that the

1    passenger used the ticket.

2    Q.  And is that the entry that's on the bottom of the first

3    page?

4    A.  Yes.

5    Q.  Now, going back to the question that I asked you earlier,

6    are there -- just yes or no.  Are there other people on this

7    flight, other tickets shown on this purge document?

8    A.  Yes, there are two more.

9    Q.  Two more?

10   A.  Yes.

11   Q.  And can you just give us the names of the individuals,

12   those tickets were purchased for?

13   A.  Is for Burcin Atilla and Burkan Atilla.

14        MR. ROCCO:  Okay.  I'll give you the spelling,

15   B-u-r-c-i-n, B-u-r-k-a-n.

16        Now, if I may, Mr. White, can we bring up Defendant's

17   Exhibit 336.

18   Q.  And before we move away from the prior document, does that

19   electronic coupon show return times or return flight and a

20   return date?

21   A.  Yes.

22   Q.  And what was the return date, if you know?

23   A.  The return date was April 14th, 2013.

24   Q.  And that was ticket number?

25   A.  Ticket flight No. 1852, Barcelona, Istanbul.  Departure was

1    local time of Barcelona was at 6:00 a.m. and arrival to

2    Istanbul was 10:25 local time Istanbul.

3    Q.   Thank you.  Now, directing your attention to Defendant's

4    Exhibit 336.

5              MR. ROCCO:  Can you bring that up, Mr. White?

6    Q.   Ms. Ibrahimi Hamza, can you tell us what that document is,

7    Defendant's Exhibit 336?

8    A.   This document shows, in the middle column, the middle

9    column shows the scheduled departure time in Greenwich mean

10   time and in local time, and it shows estimated departure and

11   arrival, and it shows actual departure and arrival time.

12   Q.   Okay.  So this document is called what?

13   A.   Flight information.

14   Q.   Okay.  So on the flight information sheet, you're saying in

15   the middle column it shows the actual departure, the scheduled

16   departure times and scheduled arrival times?

17   A.   Yes.

18   Q.   And it shows the actual departure time and the actual --

19   A.   Actual arrival time.

20   Q.   -- arrival time?  Okay.  So can we go to the actual

21   departure -- well, let's go to the scheduled departure for

22   this.

23              THE COURT:  Could I see counsel for a minute?

24              MR. ROCCO:  Sure.

25              (Continued on next page)

1      (At the side bar)

2          THE COURT:  So, Mr. Rocco, this seems to be

3   painstakingly slow.  What's the point here?

4          MR. ROCCO:  It's a very important piece of evidence.

5   It shows --

6          THE COURT:  What's the point?

7          MR. ROCCO:  It shows that Mr. Atilla wasn't where he

8   was supposed to be when Mr. Zarrab says that he was called by

9   his supervisor.

10         THE COURT:  I guess it shows that there were tickets

11  in his name.

12         MR. ROCCO:  No, it shows that he was actually on the

13  flight.

14         THE COURT:  Have you gotten to that yet?

15         MR. ROCCO:  I have, Judge.  We've gotten to it.  We've

16  gotten to the fact that he's on the flight.

17         THE COURT:  Okay.  So then what else do we need?

18         MR. ROCCO:  We want to show the arrival time, and the

19  departure time, Judge, to prove that he was in the air at the

20  time that he was allegedly on the phone with Mr. Zarrab.

21         THE COURT:  Then we can move to the next witness?

22         MR. ROCCO:  Yes, surely.

23         (Continued on next page)

24

25

1           (In open court)

2     BY MR. ROCCO:

3     Q.  Ms. Ibrahimi Hamza, this is a -- you describe it as flight

4     information sheet?

5     A.  Yes, correct.

6     Q.  And this is a document that's prepared by Turkish Airlines

7     in the ordinary course of its business?

8     A.  Yes, correct.

9     Q.  That is the ordinary course of Turkish Airlines' business

10    to prepare such a document?

11    A.  Yes, correct.

12    Q.  And you say that the document shows departure and arrival

13    times, actual departure and actual arrival times?

14    A.  Yes.

15    Q.  Okay.  So can we turn to the middle column.

16          THE COURT:  Could you tell us the departure times and

17    the arrival times?

18          THE WITNESS:  Okay.  The scheduled departure time with

19    Greenwich time was 10:55, and with the local time was 1355.

20    Scheduled arrival time Greenwich time was 1440, and with local

21    time was 1640.  Then estimate departure time was 10:55 and the

22    estimate local time was 1404.  Estimate arrival Greenwich time,

23    1453, and local mean time 1648, but actual departure time with

24    Greenwich time was 11:01, and with local time was, actual

25    departure, 1404.  The actual arrival time -- actual departure

1    time was 11:19, when the wheels was up and the local time was

2    1419.

3              MR. ROCCO:  Your Honor, if I may interrupt?

4              Mr. White, this is not displayed for the jury?  It is?

5              JUROR:  No.

6              MR. ROCCO:  Yes, your Honor.  I move Defendant's

7    Exhibit 336 into evidence.

8              MR. LOCKARD:  No objection.

9              THE COURT:  I'll allow it.  Sure.  You can display it

10   to the jury.

11             (Defendant's Exhibit 336 received in evidence)

12   BY MR. ROCCO:

13   Q.  Okay.  So the actual departure time here was what time in

14   Istanbul?

15   A.  In Istanbul was -- actual departure was 1404.

16   Q.  And the actual landing time in Barcelona was what time?

17   A.  It was 1648.

18   Q.  And both those times, am I correct, are stated as local

19   times; so in other words, the departure time is 1404 Istanbul

20   time?

21   A.  Yes.

22   Q.  Is that correct?

23   A.  Yes.

24   Q.  And the actual arrival time is actual arrival, wheels down?

25   A.  Actual arrival, wheels down, yes.

1    Q.  Okay.  And that is at 1648 Barcelona time; am I correct?

2    A.  Correct.

3    Q.  And what would the time be in Istanbul when it's 1648 hours

4    in Barcelona?

5    A.  In Istanbul would be 1748.

6    Q.  And that's 5:48 p.m.; am I correct?

7    A.  Correct.

8    Q.  From the information that you've looked at, Ms. Ibrahimi

9    Hamza, can you identify the kind of equipment that was used on

10   this flight?

11             THE COURT:  You mean the kind of airplane?

12             MR. ROCCO:  Yes.

13             THE COURT:  Does it matter?

14             MR. ROCCO:  In terms of whether there were telephones

15   on the plane, your Honor.

16             THE COURT:  Maybe ask that.

17   BY MR. ROCCO:

18   Q.  Were there telephones on this flight?

19   A.  As far as I know, no.

20   Q.  And does Turkish Airlines have a policy against use of cell

21   phones on its flights?

22   A.  No, they are not using.

23   Q.  Passengers cannot use cell phones?

24   A.  Cannot use.  The cell phones can be on the airplane mode

25   but cannot be used.

1   Q.  They have to be turned off during the flight?

2   A.  Yes.

3   Q.  Am I correct?

4   A.  Yes.

5   Q.  And you say that the return flight was on April 14th?

6   A.  Yes, correct.

7            MR. ROCCO:  I have no further questions, your Honor.

8            THE COURT:  Any cross?

9            MR. LOCKARD:  No, your Honor.

10           THE COURT:  Thanks very much.

11           (Witness excused)

12           THE COURT:  Do you have the next defense witness?

13           MS. FLEMING:  Your Honor, the defense calls Mehmet

14   Hakan Atilla.

15           THE COURT:  Morning, Mr. Atilla.  How are you?

16           THE DEFENDANT:  Good, your Honor.  Thank you very

17   much.

18           THE DEPUTY CLERK:  Sir, if you could stand for a

19   minute, please.  Raise your right hand.  You don't have to

20   raise your right hand.  Do you solemnly swear or affirm that

21   the testimony that you shall give this Court and jury in this

22   issue now on trial, shall be the truth, the whole truth and

23   nothing but the truth?

24           THE DEFENDANT:  I do.

25           THE DEPUTY CLERK:  Thank you, sir.  Could you please

HCFPATI1                          Atilla - Direct

1    state your full name for the record?

2              THE DEFENDANT:  Mehmet Hakan Atilla.

3              THE DEPUTY CLERK:  Thank you, sir.  You may be seated.

4    Feel free to adjust the chair and the microphone.

5    MEHMET HAKAN ATILLA,

6         called as a witness by the Defendant,

7         having been duly sworn, testified as follows:

8    DIRECT EXAMINATION

9    BY MS. FLEMING:

10   Q.  Good morning, Mr. Atilla.

11   A.  Good morning.

12   Q.  We have met, haven't we?

13   A.  Yes.

14   Q.  Now, you have been listening to the testimony in this

15   courtroom for some two weeks; is that right?

16   A.  Yes.

17   Q.  And you are the defendant in this case; is that correct?

18   A.  Yes.

19   Q.  Did you conspire with Reza Zarrab to evade sanctions?

20   A.  Never.

21   Q.  Did you intend to defraud any banks?

22   A.  Never.

23   Q.  Did you intend to violate any laws?

24   A.  Never.

25   Q.  Did you intentionally make any misrepresentations to any

1   representatives from OFAC or Treasury?

2   A.  Never.

3   Q.  Did you teach Mr. Zarrab, or his companies, how to create

4   false documents?

5   A.  Never.

6   Q.  Did you know Mr. Zarrab and his companies were

7   intentionally submitting false documents to Halkbank during

8   2002 -- I'm sorry, 2012, 2013, 2014, up until he was arrested

9   here in the United States?

10          THE COURT:  Up until 2016?

11          MS. FLEMING:  I said up until he was arrested in the

12  United States, your Honor.

13  A.  No.

14          MS. FLEMING:  May I, your Honor?

15          THE COURT:  Yes.

16  BY MS. FLEMING:

17  Q.  Are you the architect of the schemes that Mr. Zarrab drew

18  for this jury?

19  A.  I'm not.

20  Q.  By the way, did Mr. Zarrab even describe properly how money

21  goes from the National Iranian Gas Company to banks in Iran?

22  A.  I don't think he explained right.  He could have some

23  misunderstanding or misknowledge about it.

24  Q.  Did you conduct economic jihad for the country of Iran or

25  Turkey?

1    A.  I first heard about such a thing in here.

2    Q.  You mean you first heard of economic jihad in the trial at

3    this case, or when you were arrested in the United States?

4    A.  I saw it in the discovery, when I was arrested, as the

5    documents were provided to me.

6    Q.  Did you ever discuss fulfilling international money

7    transfers with Reza Zarrab?

8    A.  I don't remember talking about such a subject.

9    Q.  Did you ever discuss such a subject with Suleyman Aslan?

10   A.  Are you asking particularly about this case, or are you

11   asking about generally speaking?

12   Q.  I'm asking -- withdrawn.  Bad question.

13           Did you ever discuss violating Iranian sanctions with

14   Suleyman Aslan?

15   A.  I never spoke about this with either Suleyman Aslan or

16   anyone else.

17   Q.  Now, do you recall hearing Reza Zarrab testify in this

18   courtroom that he was present with Suleyman Aslan on

19   April 10th, 2013, in Suleyman Aslan's office in the afternoon?

20   A.  Yes, I heard.

21   Q.  Do you recall him testifying that, in Suleyman Aslan's

22   presence, he saw Suleyman Aslan pick up the phone and call you

23   and heard him tell you on the phone that you will unblock this

24   transaction and go ahead and carry it on?  Do you remember Reza

25   Zarrab testifying to that from that chair?

HCFPATI1                    Atilla - Direct

1   A.  Yes, I remember Reza Zarrab stating in this courtroom that

2   he gave an instructions to me that -- instruction that I didn't

3   want to do, but forced me to do, in front of him in this

4   courtroom.

5   Q.  And do you remember that the surveillance placed him at the

6   bank, Halkbank, meaning Reza Zarrab, between 4:10 and leaving

7   the bank at 5:15 p.m. on April 10, 2013?

8   A.  What do you mean by the surveillance cameras, which ones?

9   Q.  Do you remember the testimony from Mr. Korkmaz --

10  A.  (Speaking in Turkish)

11  Q.  -- where he confirmed that the surveillance cameras had

12  photos of Reza Zarrab entering Halkbank at 4:10 p.m. and

13  leaving at 5:15 p.m. on April 10th, 2013?  Do you remember him

14  testifying to that?

15  A.  Yes, I remember that he confirmed this information.

16  Q.  Where were you on April 10th, 2013, between 1:55 p.m. and

17  5:48 p.m., Istanbul time?

18          THE INTERPRETER:  Interpreter needs correction, sorry.

19  4:48.

20  A.  I was traveling with my family to Barcelona on vacation.

21  Q.  Were you on an airplane?

22  A.  Yes.  I was in the plane in certain times.

23  Q.  Did you receive a phone call on your cell phone while you

24  were in the airplane, on your way between Istanbul and

25  Barcelona?

HCFPATI1                    Atilla - Direct

1    A.  Never.

2    Q.  Now, we also saw yesterday afternoon, the government played

3    part of your arrest video from when you were arrested by

4    members of the FBI on March 27th, 2017.  Do you remember

5    watching part of your arrest video?

6    A.  I remember.

7    Q.  Now, at any point during the time that you encountered the

8    FBI, from the minute they stopped you at JFK, through the end

9    of that day, at any point did you lie to the FBI?

10   A.  No, I did not.

11   Q.  Did the FBI lie to you?

12   A.  I believe they could tell me a lie.

13   Q.  Do you remember that it was Jennifer McReynolds who was one

14   of the agents who interviewed you on March 27th, 2017?  We see

15   her in the video?

16   A.  Yes, I remember the lady.

17   Q.  And do you remember telling her and seeing in the video

18   yesterday that she told you they had the evidence against you,

19   including wiretaps?

20   A.  I remember.

21   Q.  Now, you were arrested on a complaint on March 27th, 2017,

22   correct?

23   A.  Yes, that's correct.

24   Q.  And do you remember who it was who swore out the facts in

25   that complaint?

HCFPATI1                         Atilla - Direct

```
 1   A.  Yes, that FBI agent, the lady.

 2   Q.  You mean FBI Agent Jennifer McReynolds, who is here in the

 3   courtroom?

 4   A.  Yes, that's the lady.

 5   Q.  Did she, in the complaint, attribute a telephone

 6   conversation to you that belonged to Hakkan Aydogan?

 7             MR. DENTON:  Objection.

 8             THE COURT:  Sustained.

 9   Q.  Was there a mistake in the complaint?

10             MR. DENTON:  Objection.

11             THE COURT:  Overruled.

12   A.  Yes, there was.

13   Q.  What was the mistake?

14             MR. DENTON:  Objection.

15             THE COURT:  Overruled.

16   A.  The mistake was there was a wiretap that didn't belong me,

17   but it was still in the complaint.

18   Q.  And did it say it was you in the complaint?

19   A.  Yes, the complaint application said that wiretap belonged

20   to me.

21   Q.  And have we seen that call that was not you, but said was

22   you in the complaint?  Have we heard that in this trial?

23   A.  Yes, we heard here.

24   Q.  And would you tell the jury which call it was that we heard

25   that was supposed to be you in the complaint but was not you?
```

1    A.   I believe it was the phone call that was made on April 10th

2    that belonged to Hakkan Aydogan.

3    Q.   Let's talk a little bit about your background, Mr. -- I'm

4    sorry.  Before we get to that, in the video, you also talked

5    about, at the end, that there were some -- there was a Euro

6    bond issuance.  Do you remember seeing that in the video and

7    talking about that to the FBI agents who were arresting you?

8    A.   Yes, I remember.

9    Q.   And the video cut off while that was being discussed; do

10   you remember that?

11   A.   Yes, I saw when I was watching yesterday.

12   Q.   Could you explain to the jury what it was you were talking

13   about with the $500 million Euro bond issue in that video?

14   A.   That was the reason for me coming to United States.

15   Halkbank, for the request of the investors to Halkbank, was

16   planning to raise about $500 billion of bonds -- million

17   dollars bond, and I was here to talk to the investors about

18   these bonds and inform them about the specifics.

19   Q.   Had you been anywhere else to talk about this $500 million

20   Euro bond issuance, other than New York?

21   A.   Yes.  First, I completed the meetings in London.

22   Afterwards, I fly to Boston, and I spoke to investors there.

23   After I completed my meetings in there, I came to New York.

24   After I finished my meetings, I was going to go to London to

25   complete my pricing with the investors to London.

HCFPATI1                           Atilla - Direct

1    Q.   Now, is that part of your job for Halkbank, to do these

2    roadshows?

3    A.   I would like to complete something before I continue about

4    the previous question.

5    Q.   Please.

6    A.   I couldn't go back to London to finish pricing because I

7    was arrested in the airport.

8             Now, I would like to answer the next question.  Yes,

9    it is my -- part of my job to do roadshows.

10   Q.   And you expressed concern that we saw in the video about

11   your arrest was going to effect this issuance of the $500

12   million Euro bond issuance.  Can you explain what you meant by

13   that?

14   A.   I was worried that the process was going to be canceled.

15   As a matter of fact, it was canceled, and when they were

16   canceled, that was a negative position both for the bank and

17   for our country.

18   Q.   And you also told, we saw in the video, that you were a

19   state employee or official of Turkey.  Can you explain that?

20   A.   The bank has many different investors.  The most of the

21   shares are owned by the Turkish government, the Turkish state,

22   and the rest of the 49 percent belongs to the small investors

23   all over the world.

24   Q.   Did you also, at some point, ask the FBI to call David

25   Cohen for you?

1    A.  I don't remember that.

2    Q.  All right.  Let's go into your background, Mr. Atilla.

3    What's your native language?

4    A.  Turkish.

5    Q.  Do you speak English?

6    A.  I believe so.

7    Q.  And could you describe, have you had formal training in

8    English?

9    A.  I did not go to school with an English curriculum, but I

10   improved myself in years and time.

11   Q.  You taught yourself English?

12   A.  Yes, I learned myself.

13   Q.  May I suggest that you pull the microphone closer to you.

14         And are you more comfortable speaking in the financial

15   jargon of English than you are legal jargon?

16   A.  Absolutely.

17   Q.  And is that why you're using the aid of a Turkish

18   interpreter here today?

19   A.  I'm afraid that I may misunderstand or misinterpret or

20   answer.  Other than that, I have no problem speaking English.

21   Q.  Do you speak any other languages other than Turkish or

22   English?

23   A.  Unfortunately, no.

24   Q.  You don't speak Farsi?

25   A.  No, I don't speak.

1        THE COURT:  Ms. Fleming, could you go -- I didn't

2   quite get the education.

3        MS. FLEMING:  I was just doing the English language.

4   I'm going to go back to his formal education --

5        THE COURT:  That was just related to the English

6   language?

7        MS. FLEMING:  What he said was he didn't have formal

8   education in English, and did not go to an English-speaking

9   school curriculum, your Honor.

10        THE COURT:  I got it.

11        MS. FLEMING:  We'll go back to his education.

12        THE COURT:  Okay.

13   BY MS. FLEMING:

14   Q.  Mr. Aslan's English, did he speak English?

15   A.  Yes, he speaks English.

16   Q.  And did he have formal English training?

17   A.  I know that he went to an English-curriculum college.

18   Q.  And did you ever have to translate English from Turkish

19   into English for Mr. Aslan?

20   A.  No, it never happened.

21   Q.  What is your nationality?

22   A.  I'm a Turkish citizen.

23   Q.  And do you have any other passports, any other

24   nationalities?

25   A.  I don't have any other citizenship from another country nor

1    any other passport.

2    Q.   Incidentally, do you travel with -- do you have, in

3    addition to a personal passport -- do you, as an employee of

4    Halkbank, are you able to travel with a state passport for

5    Turkey?

6    A.   It's not a state passport, but there is a passport that is

7    prepared for officials of the government.  Only civil servants

8    of the government can use this passport.  If you are going for

9    an official business trip to overseas, you may use this

10   passport.

11   Q.   And do you have such a Turkey civil servant passport?

12   A.   Yes, I own this passport, which is actually mentioned as

13   gray passport.

14            THE COURT:  As what?

15            THE INTERPRETER:  Gray passport for officials.

16   Q.   Meaning it's a gray color?

17   A.   Yes, it's a gray color.

18   Q.   And did you have that passport when you came to the United

19   States and when you were arrested in March of 2017?

20   A.   I didn't have that that passport with me.  I was traveling

21   with it, but my American passport had American visas in my

22   personal passport; so I was using my personal passport for

23   entry.

24   Q.   When you said American passport, do you mean Turkish

25   passport had an American visa in it?

HCFPATI1                     Atilla - Direct

1              THE INTERPRETER:  That's interpreter's correction,

2       yes, the Turkish passport.

3              MS. FLEMING:  Please ask the question.

4              THE COURT:  Sorry?

5              MS. FLEMING:  Instead of the interpreter answering, I

6       think she has to re-ask the question, Judge.  Right?

7              THE COURT:  Yes.  Let's start over.

8       BY MS. FLEMING:

9       Q.  Let's do the question again.  Do you have an American

10      passport?

11      A.  No, I don't.

12      Q.  You have a Turkish passport that had an American visa in

13      it; is that correct?

14      A.  Yes, I have a ten-years visa that I obtained ten years ago.

15      Q.  So what you did was you were carrying --

16             THE COURT:  Counsel, you're not going to lead, are

17      you?

18             MS. FLEMING:  Judge, I was just trying to clear it up.

19             THE COURT:  Good.  Okay.

20      Q.  So just to make sure --

21             THE COURT:  But were you doing something, or were you

22      doing something else?

23      BY MS. FLEMING:

24      Q.  Were you carrying both passports, your gray civil servant

25      passport and your personal passport with the American visa, but

1    entered on your personal passport?

2    A.  Yes, I had both passports.  I didn't really have to carry

3    the gray passport, but it was in my business bag; so I had both

4    of them at the time.

5          THE COURT:  Maybe I could clarify.  So which passport

6    was presented to customs?

7          THE WITNESS:  My own passport, which had ten-years

8    visa in it.  That's the one I used, my personal passport.

9    Q.  Where did you grow up?

10   A.  I grew up in Ankara, in Turkey, the capital.

11   Q.  And can you describe your family in Ankara?

12   A.  I'm coming from a modest family.  My parents work for the

13   state, just a normal mid-range, mid-income.  My parents worked

14   at youth and sports ministry.  They served for the state for 25

15   to 30 years, and then they retired.

16   Q.  Do you have any siblings?

17   A.  I have a sister, who is eight years younger than me.

18   Q.  Did you go to university?

19   A.  Yes, I went to Gazi University to study economics and

20   administrative science in Ankara.

21          (Continued on next page)

22

23

24

25

1  Q.  Would you describe briefly how the university system in

2  Turkey worked at the time that you went to school.

3  A.  To be able to go to college, there is a university entry

4  exam that is all over the country.  That is held all over the

5  country.  After graduating high school, you enter this exam,

6  and depends on your scores, you can go to selective schools

7  that you selected.

8  Q.  And --

9  A.  If you allow me, I'll continue a little bit more.

10         I went to college for four years.  I studied

11  economics.  I graduated from there.  And I met my wife when I

12  was in college.

13  Q.  What was your degree in?

14  A.  I didn't do a doctorate or a master's.  It was a

15  bachelor's.

16  Q.  Is it a bachelor of science in economics?

17  A.  Yes.

18  Q.  Did your wife also get a degree at the university?

19  A.  Yes.

20  Q.  What did you do after college?

21  A.  I went into military service.  The military services in

22  Turkey is a compulsory service.  And I did my compulsory

23  service for eight months.

24  Q.  Where did you spend those eight months and what did you do?

25  A.  First, I started in a city named Kutahya.  Then I was sent

1    to an air base in Ankara.  The base that I was working, it was

2    related to Air Force.  Generally, when you're a university

3    graduate, you would be assigned for a job such as accountant or

4    administrative, etc.  And as I was there, I was working at such

5    administrative work.

6    Q.  Before we get to your career as a banker, did you hold

7    other kinds of jobs?

8    A.  It wasn't related to building up a career, but I worked to

9    just get my daily money.  I worked in a construction company, I

10   was working in a restaurant as a supervisor before I started

11   working at the bank.

12   Q.  You described that you met your wife in the university.

13   What is your wife's name?

14   A.  Burcin.

15   Q.  By the way, how old are you?

16   A.  47 years old.

17   Q.  How long have you and Burcin been married?

18   A.  We're married for 22 years, we've been together for 26

19   years.

20   Q.  Do you have any children?

21   A.  Yes.

22   Q.  How many children do you have?

23   A.  Unfortunately, just one.

24   Q.  What is your child, what is his name, what does he do?

25   A.  My son attends the university.  He's 20 years old.  He goes

1    to Koc University and studies international relations.  He has

2    a 50 percent scholarship.  He is a smart student.

3    Q.  Are you proud of him?

4    A.  Yes.

5           MS. FLEMING:  Can I ask that Defendant's Exhibit 300

6    be shown to Mr. Atilla.

7    Q.  Mr. Atilla, do you recognize what is depicted in

8    Defendant's Exhibit 300?

9    A.  Yes, my wife and my son.

10          MS. FLEMING:  May I ask that Defendant's Exhibit 300

11   be admitted in evidence.

12          MR. DENTON:  No objection.

13          THE COURT:  Sure.

14          (Defendant's Exhibit 300 received in evidence)

15   Q.  I think we can figure out which is which.  But could you

16   explain where this photograph is taken.

17   A.  It's the entrance of our apartment where we live.

18   Q.  By the way, how far is your apartment from Halkbank

19   headquarters where you work?

20   A.  I didn't measure, but it is about two, three minutes by

21   walking.

22   Q.  Do you walk to work every day?

23   A.  I would want to, but unfortunately my driver picks me up.

24   Q.  How long has it been since you've seen your wife?

25   A.  269 days ago.

HCF3ATI2                      Atilla - Direct

1   Q.  Have you seen your son at all since you were arrested?

2   A.  Yes, I've seen him once.

3   Q.  How long was your -- he came to the United States once when

4   you were arrested?

5   A.  Yes.

6   Q.  How long were you able to visit with him?

7   A.  Two hours.

8           MS. FLEMING:  You can take that down, please.

9   Q.  Are your wife and your son still in Turkey?

10  A.  Yes.

11  Q.  What does your wife do?

12  A.  Just like me, she also works at Halkbank.

13  Q.  Does she still work at Halkbank?

14  A.  Yes.

15  Q.  What does she do at Halkbank?

16  A.  She works in personal banking department.  Retail banking.

17  Q.  You described your apartment.  I'd like to see if we could

18  pull up, please, Defendant's Exhibit 302.

19          Do you recognize 302?

20  A.  Yes, this is the apartment building that I live.

21          MS. FLEMING:  Your Honor, I'd move 302 in evidence,

22  defense exhibit.

23          MR. DENTON:  No objection.

24          THE COURT:  Admitted.

25          (Defendant's Exhibit 302 received in evidence)

HCF3ATI2                        Atilla - Direct

1  Q.  Could you just describe for the jury now that it's up what

2  this is.

3  A.  This is the building I live, we live in 11th floor.

4  Q.  How big is the apartment?  How many bedrooms?

5  A.  In Turkey we would describe it as three bedrooms, one

6  salon.  Living room.  About 130, 140 square meter.

7  Q.  Do you have any vacation homes?

8  A.  Yes, we have a small summer house.

9        MS. FLEMING:  You can take that down.

10  Q.  Where is your small vacation home?

11  A.  It's a village called Cesme in a city named Izmir.

12  Q.  What do you do there?  What do you do for hobbies?

13  A.  We usually spend our summer holidays there.  My parents

14  also have a home there.  When we go there, we have a chance to

15  get together.  I usually enjoy natural sports, such as camping

16  or fishing.  I'm more into natural sports than others.  Other

17  than that, I like paintings, drawings.  When I have a chance

18  and free time from work, I like watching films and I like to

19  read.

20  Q.  When did you start working in the banking industry?

21  A.  In 1995.

22  Q.  At what bank did you start working?

23  A.  In Halkbank.

24  Q.  What was your first job at Halkbank?

25  A.  The bank had a test for assistant specialist.  I entered to

1    that exam and I won after an oral examination, and they

2    assigned me for financing and budgeting department.  And I

3    start working there.

4    Q.  Let's describe that process for the jury since it's

5    different than how it works in the United States.

6            When students are graduated from universities, for

7    example, and they want to pursue a job in the banking industry,

8    how do they go about finding a job?

9            I'm asking you to explain the process of the exams and

10   the interviewing process and what you go through.

11   A.  In general, even if it is a state department or a general

12   industry, like banks, the institution holds their own exams,

13   and they are going through a selection of the passers of the

14   exams.  Everyone who graduates enters to these exams.  Of

15   course if they're subject of the graduation goes with the

16   banking.  Generally, it's related to the economic departments

17   who would enter to these exams.

18           The ones who succeed these exams, and if they don't

19   foresee any problems at the oral examination, they may start

20   working in the bank system.

21           And for the state organizations, there is a general

22   exam that is held by the state.  After they receive their

23   scores on these exams, and for the need of organizations, they

24   place the students to necessary departments.  Because Halkbank

25   is 51 percent state owned, but it holds a special

1    authorization.

2            THE COURT:  Excuse me.  Special?

3            THE INTERPRETER:  Special status.

4    A.  Therefore, they provide their own exams.

5    Q.  So when you say they provide their own exams, there is a

6    written exam procedure first, right?

7    A.  Yes, it is a very tiring process.

8    Q.  People study for those exams; is that correct?

9    A.  Yes, for a very long time, they prepare for these exams.

10   Q.  And then if you pass those exams, you are brought in for

11   oral -- oral examinations or interviews, correct?

12   A.  Yes, that's correct.

13   Q.  Then from that process, people are selected to fill jobs,

14   correct?

15   A.  Yes, that's correct.

16   Q.  Is that how you got your job at Halkbank in 22 years ago in

17   1995?

18   A.  Yes.

19   Q.  Incidentally, do you belong to any political parties in

20   Turkey?

21   A.  I'm not a member of any political party.  I never even

22   entered in any political party buildings.

23   Q.  So, when you started at Halkbank, what was your first job?

24   A.  Assistant specialist.

25   Q.  What was an assistant specialist?

1   A.   It's the lowest level in the career planning and that's how

2   you would usually enter the organization.

3   Q.   What is courier planning?

4   A.   There are training, there are time periods and there are

5   special process for you to be able to go into the different

6   levels for ranking.  And this is one of those steps.

7            I worked three years as assistant specialist.  Then I

8   prepared a thesis about one subject, and my supervisors saw it

9   fit and I was raised to be a specialist.

10  Q.   When you were a specialist, what did you do?  What were

11  your responsibilities?

12  A.   I worked on budgeting and planning.  I was planning the

13  budgets of the bank.

14  Q.   About how long were you in that position when you were

15  helping to plan the budget of the bank?

16  A.   Probably about seven, eight years.  I can't remember.

17  Probably in total seven, eight years.

18  Q.   In that position, did you supervise people?

19  A.   Yes.

20  Q.   Approximately how many people did you supervise in that

21  position?

22  A.   While I was working in budgeting and planning, I had about

23  eight to 10 people under me.

24  Q.   What was your next position at the bank?

25  A.   After that, I was a department manager.

1    Q.  What department?

2    A.  The names are a little bit complicated.  I will summarize

3    as I remember.

4             I started at budgeting and planning first.  I became a

5    specialist there.  After that, I worked in personal banking.

6    After that, I worked in cash management department.  Then I

7    went to strategic planning.  That's how it was between 1995 and

8    2007.  It was 12 years.

9             After 12 years, we opened bank's shares to public, and

10   that was a very successful process to open the shares to

11   public.

12   Q.  Let's stop there.  We'll come back to that.  We're up to

13   about 2007?

14   A.  Yes.  I was working as a head of department in 2007.

15   Q.  When you first started working at Halkbank, which city were

16   you working in?

17   A.  In Ankara.

18   Q.  For how many years did you work in Ankara, Turkey?

19   A.  Including the bank time, it was about 15 years.

20   Q.  Let's talk a little bit about Halkbank before we move to

21   2007 and what you started doing in that year.

22             What is Halkbank?

23   A.  Halkbank is a state-owned bank.  I mean, most of the shares

24   are owned by the state.  It was established in 1938.  At that

25   time, it was a small bank for small and midsized businesses, it

1  was established.  It was an organization that was established

2  by retailers and artists.  Arts and craftsmen were the

3  establishers.  Throughout the time it start having branches and

4  it developed.  As they were opening different branches all over

5  the country, all the artisans and craftsmen were supporting the

6  system.  And they put the capitals for the branches to be open.

7  And the bank established and developed throughout the years.

8          At some point, because of the capital increasing, the

9  state started to get involved.  After that, most of the capital

10  increasing was made by the state.  17,000 people works in

11  Halkbank.  It has about 1,000 branches.

12  Q.  It ranks about the sixth largest bank in Turkey at this

13  point?

14  A.  At that time I don't know.  It was when I left.

15  Q.  You had started to talk about when there started to be an

16  IPO, an initial public offering.  At that point, what was your

17  title in 2007?

18  A.  When the IPO started, I was a manager.  After the works of

19  IPO, I was head of department.

20  Q.  Were you still working in Ankara at this point?

21  A.  Yes, I was in Ankara.

22  Q.  At what the point did you move to Istanbul?

23  A.  After the process period of IPO was completed, I moved to

24  Istanbul.  Because after IPO was established, there was an

25  initiative between investors and the bank, and there had to be

1   a branch or a department who would deal with investors and IPO

2   establishers.  Someone had to explain and show the investors

3   about banks, budgeting, planning, and get them familiar with

4   the process.  And nobody had this experience in the bank

5   before.  And I didn't have it either.  I was selected among

6   potential members.

7   Q.  So before the IPO, who was the owner of Halkbank?

8   A.  It was the state.

9   Q.  The state of Turkey?

10  A.  Yes, the Turkish Republic state.

11  Q.  Briefly, would you describe the IPO process.  And by that I

12  mean, tell us what happened in terms of ownership, as opposed

13  to the entire process.  I just want you to tell us what

14  happened in terms of ownership shares and who became the owners

15  of Halkbank and what percentages.

16  A.  When the companies reached a certain size, they may want to

17  open parts of their capital to the public, to add more value to

18  the company.  And Halkbank made the decision to sell 25 percent

19  of its shares to the public.  These kinds of activities help

20  the companies to become more transparent.  Because when this is

21  done, your data can be watched and followed by everyone over

22  the internet.  And that's why everybody can follow the

23  improvements, the advancements of the bank.  And of course, the

24  investors who buy these shares want to make a profit out of

25  this.  And that's why somebody from the bank side need to

1    explain to them the developments and inform them about what's

2    going on.

3              And it is this department is formed, actually, to

4    represent the bank to the market and the investors.  And that's

5    why the people who work for this department needs to know over

6    all what's going on in every department of the bank.  Of

7    course, it is not possible to know every detail about every

8    department, but they need to be well informed so that they can

9    answer the questions of the investors.

10   Q.  What department are you referencing?

11   A.  Financial institutions and investors relations department.

12   Q.  Is that the department that you were manager?

13   A.  I was assigned there as the head of department.

14   Q.  So, did in fact Turkey do an IPO for 25 percent of the

15   shares of Halkbank?

16   A.  Halkbank did that, and they sold the shares of the Turkish

17   to the public.

18   Q.  Do you recall what year that was?

19              Thank you for the correction.

20   A.  Of course I remember.  It was 2007.  I remember it because

21   it was the first time.

22   Q.  It was the first time you worked on an IPO?

23   A.  Yes, and I gained a lot of experience doing that.

24   Q.  That first IPO for the 25 percent, without giving us names,

25   what kind of investors bought the first -- the 25 percent of

1    non-Turkish state-owned shares of Halkbank?

2    A.  May I tell you who we made the IPO with?  Is there a reason

3    I shouldn't mention any bank or company names?

4    Q.  Yes.  I just didn't want you to give us individual names.

5    Sure.  Again, thank you for the correction.

6    A.  We carried out the IPO process with an American bank.  We

7    worked together and they supported us a lot.  And most of the

8    part of that 25 percent that was open to public we sold those

9    parts to United Arab Emirates -- Europe.

10           THE INTERPRETER:  Sorry.  Correction.  To United

11   Kingdom.

12   A.  To Europe, to American, and Asian companies or investors.

13   Q.  Who was your underwriter?

14   A.  May I tell the name?  I'm not sure.

15           THE COURT:  Yes.

16   A.  Goldman Sachs.

17   Q.  And that IPO successfully closed, and the 25 percent shares

18   were in fact sold to the investors in the groups you just

19   described, correct?

20   A.  As far as I know, this was the best public offering done in

21   Turkey since that time.

22   Q.  Did there come a point when there was a second IPO of

23   Halkbank shares that you were involved in?

24   A.  Yes.  Five years later in 2012, the second one was done.

25   Q.  When in 2012 was the second IPO completed?

1    A.  I don't remember the exact time, but I remember it to be

2    the months of fall.  Because it was a very intense busy year.

3    We made the first euro bond export that year, issuance of first

4    euro bonds this year, and the public offering was done in that

5    same year.  And we also moved to the new headquarters of the

6    bank.  I also had to move my apartment.  It was a busy year.

7    Q.  Let's slow down a little bit.  So, in 2012, what was your

8    job at Halkbank?

9    A.  I was a deputy general manager and my responsibility was

10   the international banking.

11   Q.  You were the deputy general manager.  How many deputy

12   general managers at Halkbank were there in 2012?

13   A.  I'm not sure about the exact number.  Probably 10 to 12.

14   Q.  Just for one moment.  Is there a foreign operations

15   department at Halkbank in 2012?

16   A.  Yes, there was.

17   Q.  Did that foreign operations department report to you?

18   A.  No, they were not reporting to me.

19   Q.  Was there a sanctions team at Halkbank in 2012?

20   A.  More than one.

21   Q.  Did that sanctions, those sanctions teams, did they report

22   in the reporting chain up to you as deputy general manager?

23   A.  Maybe I need to make an explanation here if you'll let me.

24             THE COURT:  Sure.

25   A.  Because there are two different structures, I have to

1    explain what it is.

2            There is a department called compliance department.

3    And this department reports to the board of directors, only to

4    the board of directors.  This department does not report to the

5    general manager, does not report to the deputy general manager.

6            And there is another department, the sanctions

7    department, which is located within the foreign operations

8    department.  And that team reports to the deputy general

9    manager who is responsible from the operations.

10   Q.  Maybe we could pull up Defense Exhibit 333.  Could you turn

11   to 2012.  2012, please.

12           Do you see a page that's been marked within Defense

13   Exhibit 333?

14   A.  Yes, I see it.

15   Q.  What is Defendant's Exhibit 333, and in particular the page

16   that we've identified within 333?

17   A.  It is the organization chart of the bank.

18   Q.  The entire exhibit --

19           MS. FLEMING:  Your Honor, may I approach?

20           THE COURT:  Sure.

21   Q.  Can you tell the dates that these organizational charts

22   cover?

23   A.  June of 2012.

24   Q.  Well, looking from the first page to the last page, are

25   there different years of organizational charts for Halkbank?

1    A.  I'm sorry, I was looking at the one on the screen, I

2    probably misunderstood.

3            It starts from 2009, 2010, 2011, 2012, 2014, and 2016.

4            MS. FLEMING:  Your Honor, I'd move Defendant's Exhibit

5    333 into evidence.

6            MR. DENTON:  No objection.

7            THE COURT:  Sure.

8            (Defendant's Exhibit 333 received in evidence)

9            MS. FLEMING:  If we can display the 2012 which is on

10   the screen for the jury.

11   Q.  Could you explain the structure using this chart, if it

12   helps you.

13   A.  Yes.  The top organization of the bank is the board of

14   directors.  General manager reports to the board of directors.

15   The small boxes that are next to each other, that is lined with

16   red, there are 12 of them.  They're deputy general managers.

17   Q.  You're talking about starting on a couple lines down on the

18   left it says corporate and commercial marketing?

19   A.  Yes.  Those are indicating deputy general managers.

20   Q.  Which one of those is yours in 2012?

21   A.  The eighth one from the left to right.

22   Q.  International banking; is that right?

23   A.  Yes, that's correct.

24   Q.  What departments reported up to you?

25   A.  Financial operations and investors relations and

1   international banking.

2   Q.   Where is foreign operations on this organizational chart?

3   A.   Next to the second box where my position belongs.   It says

4   "banking operations."

5   Q.   And then foreign operations under that?

6   A.   Yes, they work under them.

7   Q.   At times, were there times that the departments interacted

8   with each other at Halkbank?

9   A.   Not only sometimes.   They always worked interactively.

10  Q.   Going back to 2012, you said you were working on a number

11  of projects.   You described that headquarters was moving.

12  Would you explain what you meant by that.

13  A.   The bank purchased the headquarters building in Istanbul,

14  Atasehir at that time.   The bank was operating in many

15  different buildings that were separated from each other.

16  Unfortunately, because of Istanbul traffic, it is very

17  congested, it was causing a lot of loss of time.   Therefore,

18  the bank decided to go to a building that different units can

19  be combined.   Therefore, the decision was made for the units

20  and the different departments to move to this new headquarters

21  building.

22  Q.   When did that happen, approximately?

23  A.   I remember as summer of 2012.   Maybe a little before that.

24  Q.   Was it a staggered process where people moved at different

25  times over to the headquarters?

1    A.  Yes, it was a process that took some times, but we were

2    able to complete in two, three months.

3    Q.  What floor was your office on in the new headquarters

4    building?

5    A.  On the 21st floor.

6    Q.  Where was Mr. Aslan's office in the new building?

7    A.  Normally it would be on the 25th or 26th floor if I don't

8    remember mistakenly.  And there was -- he had an office on the

9    first floor.  Sometimes he had to enter quickly and go out

10   quickly.  Therefore, he held another office at the entrance.

11   Q.  Where was your office before you moved to the new

12   headquarters, let's give this a name.  What's the new

13   headquarters building?  "Headquarters"?

14   A.  Let's say Atasehir.

15            THE COURT:  Let's say what?

16   Q.  Why don't we say new headquarters.  Where was your old

17   office, what building?

18   A.  I was working at the building of Findikli that belonged to

19   a bank.

20   Q.  What?

21   A.  Findikli.  The bank had two, three different buildings at

22   that time.

23   Q.  Where was Mr. Aslan's old office?

24   A.  When he was a deputy general manager, he was at Findikli.

25   Then he became a general manager and he moved to Gayrettepe.

1   After we moved building to new general headquarters, he moved

2   there.

3   Q.  But the office he had before the new headquarters was

4   Gayrett?

5   A.  Gayrettepe.

6          And we can call that as old headquarters.

7   Q.  Now, in addition to moving to new offices, you said that

8   this was the first year that Halkbank was issuing euro bonds.

9   Did I hear that right?

10  A.  Yes, I remember that we were exporting bonds that year.

11  Q.  Did your department have something to do with the issuance

12  of euro bonds?

13  A.  Yes, we were working intensively.

14  Q.  Would you describe what you were doing in connection with

15  the issuance of the first issuance of euro bonds in 2012?

16  A.  I was holding the meetings with investors and I was doing

17  roadshows.  I was also holding the meetings with the

18  intermediate banks.  I was also helping to develop the legal

19  documents for the opening to the public shares.  I was taking

20  place both in preparing the documentation and marketing.

21  Q.  Was there in fact an issuance of new euro bonds some time

22  in 2012?

23  A.  We did the first one in 2012, and every year we did another

24  one.

25  Q.  So there was a second issuance of euro bonds in 2013,

1   right?

2   A.   I don't remember exact dates, but I remember doing three,

3   four times after that date.

4   Q.   And you also indicated that, we started talking about this,

5   this was the second IPO of Halkbank shares for the second

6   26 percent of Halkbank shares; is that correct, that took place

7   in 2012?

8   A.   Yes, and that also took place that year.

9   Q.   Would you describe what your role was in connection with

10  that second IPO.

11  A.   I acted as part of the members in the first one who were

12  preparing the first IPO.  On the second one, I also worked in

13  the details, let's say it in the kitchen of it, and I also did

14  the roadshows related to it.  And that was a very successful

15  IPO as well.  And we also break the records at that time, too.

16  Q.   What is a roadshow?

17  A.   There are two different ways to meet with the investors.

18  There are big financial organizations the big companies

19  provide, and the banks and investors attend to those

20  organizations.  If I have -- if I have to give an example,

21  let's say there is a big financial institution in London, it

22  could be a bank or it could be another big financial

23  organization that they prepare a big meeting.  And they will do

24  a meeting that it is called investor meetings in specific

25  locations.  And all the investors and big companies would come

1    to these meetings and express their interest or their messages.

2    The big companies would come and express themselves.

3           As an alternative to that, there is another way. you

4    could go to the investors and visit them in their own offices,

5    in this example as Halkbank you would go and show your

6    abilities. If you go to investors' offices and you show your

7    abilities, that's called roadshow.

8    Q. Who was the underwriter on this second IPO?

9    A. Citibank. And there was a Turkish bank as a local partner.

10   Q. Was it 26 percent that was now sold so that -- I'm sorry.

11   24 percent, right?

12   A. Yes. And the first one it was 25, the second one there was

13   24 percent. In total 49 percent.

14   Q. So at the end of the two IPOs, the state of Turkey owns

15   51 percent of Halkbank and outside investors own 49 percent; is

16   that right?

17   A. That's correct.

18   Q. You described as part of your responsibilities, and I'm

19   going to focus on 2012 and 2013, 2014, that period, okay?

20          How many people were you supervising at that point in

21   your direct line?

22   A. About 25 to 30 people as I remember.

23   Q. I think you said earlier that part of your responsibilities

24   were dealing with other banks and dealing with investors; did I

25   get that right?

1   A.  Yes.  The first box actually manages the bank's financial

2   relations with other banks and with the managers with investor

3   relations.  And the second box works for establishing bonds for

4   fund process.  Establishing funds from abroad.  And also

5   international bank takes care of the branches and departments

6   in abroad.  The representative offices in abroad.

7   Q.  To whom did you report?

8   A.  I was giving a report to general manager about the daily

9   work flow.  But he didn't have the position of taking me from

10  my position or giving me a different rank.

11          THE COURT:  I didn't understand.

12          THE WITNESS:  I will explain.

13          The deputy managers are assigned by board of

14  directors.  And they would also take the position from them.

15          THE COURT:  The deputy managers are appointed by the

16  board?

17          THE WITNESS:  Yes, your Honor.  The board of directors

18  decides who would be the deputy manager or who would take the

19  position away.  In other words, the general manager wouldn't be

20  able to take the position away from the deputy general

21  managers.

22          THE COURT:  Wouldn't be able to?

23          THE WITNESS:  Take the position away.  Fire.

24  Q.  Who appoints a general manager?

25  A.  The general manager would be assigned with the general

1    assembly of -- of the bank.  Inside of the bank.  The

2    shareholders would go to the general assembly.  And there will

3    be award in there.  The Treasury, which represents the

4    51 percent of the shares, and usually they would suggest names

5    and those names would be taking the positions.  Because most of

6    the work, really, most of the share owners --

7              THE COURT:  Wait.  Before that, what did you say

8    before that "most of the"?

9              THE WITNESS:  Most of the shares owned by the state

10   and but -- the Treasury represented those shares.

11             THE COURT:  The 51 percent?

12             THE INTERPRETER:  Yes, your Honor.

13             THE WITNESS:  Yes.

14             THE COURT:  Okay.  So the treasurer makes the

15   recommendations of candidates for GM?

16             THE WITNESS:  The Treasury makes the suggestions for

17   the general assembly and suggestions of the general manager.

18   And board -- the board of directors would be general assembly

19   and the general manager would suggest.  Board of directors will

20   suggest the general assembly and the general manager.

21             The Treasury suggests the candidates for general

22   manager and also for the board of director.

23             THE COURT:  I see.  The Treasury representing the

24   51 percent of the shareholders?

25             THE WITNESS:  Yes, that's right, your Honor.  The

1  institution who has the right to represent those shares is the

2  Treasury of the Turkish Republic.  Of course, they suggest a

3  candidate, but there can be other suggestions or some opposing

4  suggestions.  But just because most of the shares belong to the

5  Treasury, usually whatever they say turns out to be the chosen

6  one.

7           THE COURT:  That's the Treasury of the whole

8  government?

9           THE WITNESS:  It is the Treasury of the state.

10          THE COURT:  I got it.

11 Q.  We've heard a lot about the Suleyman Aslan during the trial

12 as a general manager for a period of time.  But in 2012, was

13 there another general manager there before him?

14 A.  There was another one in 2011.  Huseyin Aydin.

15 Q.  After Mr. Aslan was arrested and left the bank, who

16 replaced him?

17 A.  Ali Fuat Taskesenlioglu came after him.  You could just

18 call him Ali Fuat because his last name is very difficult.

19 Q.  I've learned.  I'm lucky I can say Ankara.

20          So you were telling us about the responsibilities with

21 the boxes.  Could you just describe for us briefly, but

22 generally, what it was that you did, and I'm talking about you

23 personally, or what you supervised people, break it down, in

24 terms of how you dealt with other banks, including

25 correspondent banks.

HCF3ATI2                    Atilla - Direct

A.   Worldwide, the banks need to work closely with each other.

Because numerous transactions, financial transactions and

payments need to be done internationally.  For that reason,

they establish a correspondence relation among the banks.

Shortly, I can explain it this way:  The banks make an

evaluation, both in the administrative sense and also

financially, about the other banks.  And later if they see no

reason to work with -- if there is no problem, they see no

reason not to work with them, then they establish this SWIFT

system among each other, and usually, they establish the

communication this way.

However, what we do is, personally, face to face,

meeting with the banks, talking with them, evaluating issues

about the banking sector and also talking about the Turkish

economy, we were also responsible for solving any problems that

could occur between any two banks.

THE COURT:  Excuse me for one second.  Do you want a

five-minute break?  Let's take it.

(Jury excused)

(Continued on next page)

HCF3ATI2                        Atilla - Direct

1          THE COURT:  We'll take five minutes.

2          (Recess)

3          MS. FLEMING:  Judge, what time do you want me to stop,

4     like 1?

5          THE COURT:  Just a couple minutes before 1, yes.

6          MS. FLEMING:  Okay.

7          (Continued on next page)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Jury present)

2               THE COURT:  We're trying to warm up the room as usual.

3    But, let's see.

4               MS. FLEMING:  Your Honor, may I resume?

5               THE COURT:  Sure.

6               MS. FLEMING:  I've been asked if we can try to blow up

7    the page out of Defendant's Exhibit 333 to focus on the two

8    lines that are international banking and banking operations

9    are.  So can you do that, Mr. White, so people can read it

10   better.  Thank you.

11   Q.  Mr. Atilla, when we broke, I think we were discussing your

12   relationships and your interactions with other banks.

13   A.  Yes.

14   Q.  Were these relationships with other banks that you had with

15   banks both inside and outside of Turkey?

16   A.  Yes.

17   Q.  I'd like to bring up some photos if I could.  Could I ask

18   you to bring up Defense Exhibit 307, just for Mr. Atilla.

19          Do you recognize Defense Exhibit 307?

20   A.  Yes, I remember it.

21   Q.  Who is that guy?

22   A.  It's me.

23   Q.  Where is that photo taken?

24   A.  In the Findikli building.

25   Q.  In the what?

HCF3ATI2                    Atilla - Direct

```
1    A.  Findikli.

2    Q.  Your old office building?

3    A.  Yes.

4            MS. FLEMING:  Your Honor, I'd move Defendant's Exhibit

5    307 into evidence.

6            THE COURT:  I'll allow it.

7            (Defendant's Exhibit 307 received in evidence)

8            MS. FLEMING:  Show it to the jury, please.  I'd like

9    to ask that you bring up for Mr. Atilla Defense Exhibit 309.

10   Q.  Do you recognize Defense Exhibit 309?

11   A.  Yes, I do.

12   Q.  How do you recognize it?

13   A.  I was giving a speech related to a Swiss export agency.

14   Q.  Do you remember when it was, when that speech was given,

15   approximately?

16   A.  Looking at my weight, I'm guessing it to be between 2013

17   and 2015.

18           MS. FLEMING:  Your Honor, I move Defendant's Exhibit

19   309 into evidence.

20           THE COURT:  I'll allow it.

21           MR. DENTON:  No objection.

22           (Defendant's Exhibit 309 received in evidence)

23           MS. FLEMING:  Publish it for the jury, please.

24   Q.  You said you were giving a speech on what?

25   A.  There was this meeting about the Switzerland export --
```

1  Switzerland -- Swiss export agency.  When companies from Turkey

2  want to import anything from Switzerland, through this

3  institute, they're able to provide financing.  And as Halkbank

4  we were trying to have the Turkish banks and Turkish

5  businessmen and also Swiss banks.

6  Q.  Was one of your responsibilities during the period 2012 to

7  2015 at Halkbank to speak with people in the public about

8  bringing business to Halkbank?

9  A.  Of course.

10  Q.  Did you speak on topics other than Iranian sanctions?

11  A.  Yes, so many other topics.

12       MS. FLEMING:  Could I ask that you bring up for

13  Mr. Atilla Defendant's Exhibit 310, please.

14  Q.  Do you recognize Defendant's Exhibit 310?

15  A.  I do.

16  Q.  How do you recognize 310?

17  A.  We were the sponsor for an organization.  I'm sorry, it is

18  a bit long, but it was an organization that we sponsored.  It

19  was about fixed income investors.  And that's taken over there

20  at the meeting.  And the purpose of this organization was to

21  have the Turkish companies meet with the investors.

22  Q.  Do you remember where this meeting took place?

23  A.  It was in Istanbul, Turkey.

24  Q.  Do you remember approximately when this meeting took place?

25  A.  I am thinking it should be 2016 because I have my -- I have

1     a beard.

2               MS. FLEMING:  Your Honor, I move Defendant's 310 into

3     evidence.

4               MR. DENTON:  No objection.

5               THE COURT:  I'll allow it.

6               (Defendant's Exhibit 310 received in evidence)

7     Q.  Publish it for the jury, please.

8               Mr. Atilla, can you please identify who the people are

9     in this photograph.

10    A.  Do you need the names one by one?

11    Q.  Are they all Halkbank employees?

12    A.  They're all, as I mentioned before, the people who report

13    to me that I showed you in the little box just before.

14    Q.  Which box, which department?

15    A.  Financial institutions and investor relations.  And the

16    other box was international banking.

17    Q.  Would you please identify who they are.

18    A.  The lady on my left works for the financial institutions as

19    a manager.  And the gentleman on my right is the head of the

20    department of financial institutions.  And the two ladies next

21    to him work for investor relations.  And the gentleman on the

22    far left works for international banking.

23    Q.  Maybe so we can save the court reporter from trying to get

24    all the spellings, have we heard the names of any of these

25    people other than you in this trial?

1   A.  No, we haven't.

2           MS. FLEMING:  Will you pull up for Mr. Atilla, please,

3   Defendant's Exhibit 311.

4   Q.  Mr. Atilla, do you recognize Defendant's Exhibit 311?

5   A.  Yes, I do remember.

6   Q.  What is Defendant's Exhibit 311?

7   A.  This is a picture taken as a memory.  They all work for the

8   departments that are connected to me.  They report to me.

9   Q.  Do you know when this photograph was taken, approximately?

10  A.  Either the end of 2016 or the beginning of 2017.

11          MS. FLEMING:  Your Honor, I move Defendant's Exhibit

12  311 into evidence.

13          THE COURT:  I'll allow it.

14          MR. DENTON:  No objection.

15          (Defendant's Exhibit 311 received in evidence)

16          MS. FLEMING:  Can we publish for the jury please.

17  Q.  I'm not going to ask you to identify names.  Which

18  department did you identify all these people work for?

19  A.  Financial institutions and investor relations,

20  international banking.

21  Q.  Is there anybody from the sanctions team that is in this

22  photograph?

23  A.  No, there isn't.

24  Q.  Is there anybody from foreign operations in this team --

25  excuse me, in this photo?

1    A.  No, there isn't.

2    Q.  Mr. Atilla, directing your attention to the period 2012 to

3    2016, March 2016.  Approximately how much time did you spend

4    dealing with other banks and investors as you've described in

5    connection with your responsibilities at Halkbank?

6    A.  Meaning the -- when you say the other banks?  What do you

7    mean?

8            (In English)  Other than Iranian banks you mean?

9    Q.  I'll come at it a different way.  What were the kinds --

10   I'm going to direct your attention, again, let's focus on 2012

11   and 2013.  In general, what hours did you work for Halkbank?

12   A.  In the morning, at 9 a.m., in the evening at 8 p.m.

13   Q.  What was your salary at Halkbank during those years?

14   A.  I don't remember all of it, but I can tell you the last

15   salary I have.

16   Q.  All right.

17   A.  You would like me to tell you in annually?

18   Q.  Please.

19   A.  Approximately $100,000.

20   Q.  Did you receive bonuses?

21   A.  No.

22   Q.  What was your wife's salary at Halkbank during these years?

23   A.  I didn't ask, but I can assume if you'd like.

24   Q.  No.  If you don't know, don't say.

25   A.  I know that she receives less than I.

1    Q.  She was not a direct report to you, was she?  She wasn't in

2    your department?

3    A.  No, she works completely in different area.

4    Q.  She wasn't in sanctions or foreign operations, was she?

5    A.  No, she was working in credit section, such as credit cards

6    and deposits.

7    Q.  Was part of your responsibilities -- again, I'm focusing on

8    the period 2012 to the time you were arrested.  Was part of

9    your responsibilities for Halkbank to interact with

10   international banking organizations?

11   A.  Most of my time was spent for investor relations.  Because

12   the economy changes very fast in Turkey.  And there are many

13   subjects that we have to update the investors about these

14   changes.  And sometimes these are economic, sometimes

15   political.  And it takes a lot of time to follow up these

16   changes, to explain the investors and let them understand the

17   changes.  Most of my time was spent for this process, I would

18   say 70 percent of my time.  And also I'm including my travels

19   to this.

20   Q.  Did you use e-mail at work at Halkbank?

21   A.  Of course.

22   Q.  Can you give us an estimate, on average, of how many

23   e-mails you got a day during the time period 2012 to 2016?

24   A.  It's usually a lot that I cannot read all of them.  If I

25   have to estimate, it would be about 100.

1   Q.  100 per day?

2   A.  That's -- that's my estimate.  Yes.  That is my estimate,

3   there are a lot of e-mails about informative issues, about bank

4   relations, and about changes.  The value of the circulation is

5   high.  As I remember, I had about to 3,000 e-mails was unread.

6   Q.  We've heard a lot about Turkey's relationship with Iran in

7   this case.  When was the first time in your job at Halkbank

8   that you began to do anything that had anything to do with

9   Iran?

10  A.  Of course I heard a lot of things about Iran.  Of course I

11  heard a lot of things about Iran, but our relationship with

12  Iran started after a merge with another bank in 2004.

13  Q.  Would you explain, it was a merger between Halkbank and

14  another bank in 2004; is that what you just said?

15  A.  Yes, there was a merge with another bank in 2004.  We took

16  a role in an operation of merging with a private bank and

17  Halkbank.

18  Q.  What was the name of the private bank with which Halkbank

19  merged in approximately 2004?

20  A.  It was Pamuk Bank.

21  Q.  Can you spell it for the court reporter, please.

22          THE INTERPRETER:  P-A-M-U-K B-A-N-K.

23  Q.  When Halkbank merged with Pamuk Bank, did Halkbank acquire

24  representative offices in Tehran?

25  A.  Did you mean that they required or they --

1    THE COURT:  "Acquired."

2   Q.  Can you just describe what happened.

3   A.  I understood.  Yes.

4        Pamuk Bank had long-term relations in Iran.  And we

5   had not any information about Iran as Halkbank.  After we

6   merged in 2004 with Pamuk Bank, by 2005, all the asset of Pamuk

7   Bank was transferred to us.  And that included the

8   representatives abroad.  And we learned that they had a

9   representative office in Tehran.

10        At that period we didn't have many chance to do

11  anything because we were very busy.  We just did a preliminary

12  evaluation.  And we didn't take this to our daily responses for

13  us to look at later.  We were able to look at that subject in

14  2007, after the IPO.  And I know that at that time, the Iranian

15  banks had accounts in Pamuk Bank.  Therefore, they were

16  automatically transferred to us.  After the IPO, we started

17  having a relationship with this bank.

18        MS. FLEMING:  Can we pull Defendant's Exhibit 333 back

19  up and put it back on.  And let's put it back on -- well.

20  Let's put it on the first page on 2009.

21  Q.  What department at Halkbank was responsible for

22  assimilating the Iranian accounts and offices into Halkbank

23  proper?

24  A.  In this chart, you can see the treasury management in the

25  seventh box.

HCF3ATI2                          Atilla - Direct

1              MS. FLEMING:  Can we highlight that, please.

2    Q.  Okay.

3    A.  The third box under that, the financial institution and

4    investor relations.  This department was in charge with

5    relations with those banks.  At that time, the treasury and

6    foreign relations were acting under the same deputy manager.

7    Q.  Was that you at that time, when the bank was -- when the

8    Iranian bank came into Halkbank?

9    A.  No, that wasn't me.  I have to say, I was not the deputy

10   manager at that time there.  And I was the head of a

11   department.

12   Q.  You've been described -- withdrawn.

13              Did your responsibilities include dealing on occasion

14   with significant customers of Halkbank?  I'm now back to the

15   2012 to 2015 period.

16   A.  Yes, I had meeting with the banks customers, especially the

17   ones that had international transactions and relations.

18   Q.  Would you describe in general what you mean by that?

19   A.  Sometimes we have to exchange information about a certain

20   subject.  Sometimes they want to know about a process and ways

21   of banking.  And in that, in those terms we would explain them

22   the regulations of the banks.  Especially when it comes to the

23   global firms, and especially the companies that have global

24   existence, big companies, they would want to know about the

25   regulations of the bank.  And sometimes the Turkish companies

1    would want to know about the process and the regulations of the

2    bank.  And sometimes they would have issues with another bank's

3    branches or other bank, and we would --

4              THE INTERPRETER:  Correction, the interpreter's

5    correction, your Honor.

6    A.   No.  There would be issues with the other departments of

7    our bank, and they would ask to solve those issues.

8              If I have to give an example, let's say an

9    international company, if they will be doing any Treasury

10   transaction, and if the pricing of our Treasury Department is

11   not competitive, they would have a complaint about this.

12   Because they could do businesses anywhere in the world, with

13   any other bank in the world, they would want competitive

14   pricing.

15             We would take this complaint and explain to the

16   Treasury and we will intermediate to reduce the pricing or the

17   percentage, and we would try to connect relations between them.

18   We would help them to understand each other.

19             (Continued on next page)

20

21

22

23

24

25

1   Q.  I'm going to go to Iran in a minute.  Before I do that, did

2   you deal with global customers that were American?

3   A.  A lot.

4   Q.  And can you give us some examples -- well, withdrawn.

5           Does Turkey have a bank secrecy law that prohibits

6   disclosure of bank information?

7   A.  Yes.  There is a decree that we cannot share the

8   confidentiality of the customers related to their names or

9   their positions in the bank, their account positions in the

10  bank.  There is a confidentiality agreement, but I don't think

11  declaring their name would be wrong.

12  Q.  So if you can just tell us the names of some of the very

13  large global companies that you dealt with, American or

14  otherwise, that didn't deal with Iran?

15  A.  Most of them were working with Iran.

16  Q.  All right.  How about ones that didn't?

17  A.  I can't remember right now.

18  Q.  On the ones that worked with Iran, did you work with

19  Coca-Cola?

20  A.  I had many correspondence with Coca-Cola.  I had very many

21  meetings with them, but I don't know if they did --

22          THE INTERPRETER:  Right, sorry.  Withdraw, please.

23  Not meetings, but correspondence with them, but I don't

24  remember if they did do any of their transactions through

25  Halkbank.

1    Q.  Did you do work with Cargill and Bunge?

2    A.  Yes.  We did many transactions with them, not only with

3    Iran, but outside of Iran as well.

4    Q.  And what are Cargill and Bunge?

5    A.  Bunge, Cargill and ADM are big global food companies.

6    Q.  American?

7    A.  I'm not sure if they're American, but they're in New York

8    Stock Exchange.  I believe they are.  They have institutions in

9    Switzerland and they have organizations in Switzerland; so I

10   don't know the origin.

11   Q.  And just, by the way -- let's talk about the U.S. sanctions

12   against Iran that were talked about in the trial, and I want to

13   focus again generally on the period, let's go from 2010 to

14   2017.  Are you generally knowledgeable about U.S. sanctions

15   involving Iran?

16   A.  I know the general lines of it.

17   Q.  Did you consider yourself an expert?

18   A.  No, I'm not an expert.

19   Q.  Okay.  Tell us how you came to have an understanding of --

20   withdrawn.

21        In your job, did you deal with sanctions from other

22   places other than the United States?

23   A.  I didn't do anything specially, but because I was informed

24   about the sanctions, I had some knowledge.

25   Q.  Bad question.  There were United Nations' sanctions in

1    place, as well, correct?

2    A.   Correct.  Yes, there are.

3    Q.   And the EU, the European Union, also had sanctions; is that

4    correct?

5    A.   Yes, there are.

6    Q.   Canada had sanctions in place, correct?

7    A.   I have to be open, I don't know about Canada.

8    Q.   Okay.  All right.  Would you explain, please, the process

9    of how you became knowledgeable about U.S. sanctions, when you

10   first became aware of them, and how you became educated on

11   them?

12   A.   There is a department called foreign relations under the

13   operations department, and under this department, there is a

14   special department called sanctions department.  If I'm not

15   mistaken, it's about ten people in this department.  It could

16   be ten to 15, I don't remember.

17   Q.   Do you mean in sanctions or foreign operations, which one?

18   A.   In the sanctions department.  The colleagues in this

19   department would summarize if there are any changes in the

20   sanctions regulations, and they would make a report to the

21   general directors.  Not just to the directors, but they would

22   send this to everyone.  They would send this information to any

23   related departments or sections in the bank.  And usually they

24   would translate this to the language that we could all

25   understand.  I don't mean Turkish when I say "language" here.

1    They would basically simplify this for the people to understand

2    who are time short, a short time.

3           THE COURT:  Short of time?

4           THE INTERPRETER:  Short of time, yes.

5    Q.  You mean they would take a set of regulations, and they

6    would summarize it down into a shorter version to make it

7    easier to understand?

8    A.  Yes.  Otherwise, you have to end up reading many, many

9    pages that it's very complicated, and it would take a lot of

10   time.  It's not just time, but there are specific things that

11   you have to be informed about it, especially the meaning of

12   them, of the codes, of the product, what do they mean, which

13   product has dual usage under that description, and there are

14   many details about the subject.

15          Therefore, they would do their own department's work,

16   and they would send a summary of this work to other departments

17   and other directors in the bank.  And if you feel like you need

18   more explanation about these details, you could go back and ask

19   them.

20   Q.  And did you try to stay -- and you tried to keep on top of

21   these regulations; is that fair to say?

22   A.  Yes.  They do this very often, but let me explain this.

23   The compliance department of the bank would give us information

24   about every change and also every use, and the sanction

25   department would give detailed information about the changes

1    and all the regulation updates.  Because it's very detailed

2    process, you cannot deal with it just by knowing the general

3    lines of it.  Therefore, this department would follow the

4    changes and updates about sanctions.

5    Q.  And you were one of the people at Halkbank who would get

6    these reports from compliance and sanctions; would that be fair

7    to say?

8    A.  Yes.  Three or four departments will continuously receive

9    these details.  For example, the operations, treasury,

10   international banking, their department, they would send these

11   updates.

12   Q.  Now, did Halkbank -- again, let's focus on this period 2010

13   to 2017.  Did Halkbank have relationships with United States

14   banks?

15   A.  Yes, of course.

16   Q.  And is it important for Halkbank to have ties to United

17   States banks?

18   A.  Absolutely.

19   Q.  And what would happen if Halkbank lost access to United

20   States banks?

21   A.  There will be a lot of issues with banking sector.  They

22   couldn't bank without having that tie.

23   Q.  And how about with what you primarily do at the bank, your

24   being able to do foreign relation -- your investors and dealing

25   with issuance of bonds and the rest, how would being cut off

1    from the banking sector affect you?

2    A.  There wouldn't be any such position.  There wouldn't be any

3    need for such position.

4    Q.  Since you have been arrested, you have read the discovery

5    in this case, correct?

6    A.  There are a lot of them I tried to read.

7    Q.  Prior to you being arrested and getting those materials,

8    had you ever read the WhatsUp chats of Suleyman Aslan?

9    A.  I had no idea.

10   Q.  Prior to being arrested, had you heard all of these

11   telephone conversations between Reza Zarrab and Mr. Happani?

12   A.  In December 2013, I had got exposed to a section of one of

13   the conversation, but I had no idea about the conversation

14   between those people.  But in that day, I was shown a section

15   of a conversation.  There are about 1,000 recordings and

16   transcripts that I was exposed after the discovery.

17          THE INTERPRETER:  Your Honor, interpreter would like

18   to make a correction.  Between 1,500 and 2,000 recordings and

19   transcripts.

20          THE COURT:  Now I'm confused.

21          THE INTERPRETER:  Your Honor, can interpreter give you

22   clarification?

23          THE COURT:  No.  I think it would be better if you

24   asked the witness, and he responds.  I didn't understand

25   however many thousands.

HCFPATI3                        Atilla - Direct

1              MS. FLEMING:  I'm not sure I understand what the mixup
2      is there either.
3              THE INTERPRETER:  Your Honor, I mixed up the number
4      about the transcript.  I said 1,000, but actually, it's between
5      1,500 and 2,000.
6              THE COURT:  And these are transcripts that you saw
7      when?
8              THE WITNESS:  After I was in jail in discoveries.
9      BY MS. FLEMING:
10     Q.  And prior to Mr. Suleyman's arrest in December of 2013 in
11     Turkey, did you have any idea that he was alleged to or being
12     paid bribes?
13     A.  No, I had no idea.
14     Q.  And, Mr. Atilla, did you ever take a bribe from Reza
15     Zarrab?
16     A.  Never.
17     Q.  Did you ever ask him for a bribe?
18     A.  Never.  Never from either Zarrab or anyone else.
19             THE COURT:  Counsel, I'm going to stop earlier than I
20     thought.  Are you in a new topic?
21             MS. FLEMING:  I was.  This is convenient.
22             THE COURT:  Good place for you?
23             MS. FLEMING:  Sure, sure.
24             THE COURT:  Okay.  So let's stop for the lunch break
25     at 12:30, and let's get back together at 2:00.

HCFPATI3                          Atilla - Direct

1              (Jury not present)

2              THE COURT:  So we'll excuse the witness for lunch.

3    2:00.  And I'll be back in the courtroom at 1:00 for the

4    lawyers.

5              MR. DENTON:  Your Honor, there's one thing that I

6    think we just want to put on the record at some point.  It can

7    come later, but we can do it later.

8              THE COURT:  Sure.  That's fine.

9              (Luncheon recess)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              A F T E R N O O N   S E S S I O N

2                          1:41 P.M.

3           (In open court; jury not present)

4           THE COURT:  Please be seated.  So what I'd like to do,

5    before we get the jury, is deal with two motions that have been

6    filed by the defense, one is a motion for a mistrial, and one,

7    the second one, which I'll do in turn, is a motion for

8    dismissal of the indictment.

9           Before I start, I want to make it very clear that what

10   I'm saying, first, in the ruling with respect to the defense

11   mistrial motion, has no impact on the question of Mr. Atilla's

12   innocence or guilt in this case.  He is presumed to be innocent

13   now and until such time, if it were to come to pass, that a

14   jury may determine that he is guilty beyond a reasonable doubt.

15   Nothing that I say today changes that fundamental principle of

16   our legal system.

17          So, first motion, dated December 14, 2017, defense

18   counsel have moved for what's called a mistrial.  The

19   government responded on the same date, and for the reasons that

20   I'm about to describe, that motion is, respectfully, denied.

21   One case that I'll cite is *Renico v. Lett*, 130 S. Ctt. 1855,

22   that's a decision from 2010.

23          By way of background, let me mention that defense

24   counsel initially advised me that they were seeking a mistrial

25   at a sidebar conference on December 11, 2017, and there, you'll

1    find in the court transcript of that day, Counsel Harrison

2    saying:  "Judge, the defense is moving for a mistrial at this

3    time based on what we believe is to be the extreme prejudice

4    that's coming from this witness."

5          And you'll recall the witness was former Turkish

6    Deputy Inspector Huseyin Korkmaz, who is, according to

7    Mr. Harrison then, "testifying as far as we can tell" -- this

8    is Mr. Harrison talking -- "to the contents of the Turkish

9    police file."  Defense counsel acknowledged at the time that

10   there's been a reference to "my client" -- meaning

11   Mr. Harrison's client, who would be Mr. Atilla -- "a couple of

12   times as a suspect, and then there has been a description of

13   all this other evidence that, frankly, we don't think is

14   directly relevant to him.  That's also prejudicial."  That's a

15   quote from Mr. Harrison.

16         Then Mr. Rocco, Defense Counsel Rocco, added:  "If I

17   may, I think perhaps it might be better to do this at the end

18   of the witness' direct testimony.  We'll renew our application

19   for a mistrial and perhaps do the submissions then; so we've

20   heard at least what this witness has to say on direct

21   examination."

22         Some of the legal principles that I'm relying on in

23   reaching the decision to deny the mistrial are a case called,

24   which I mentioned before, *Renico v. Lett*, a Supreme Court

25   decision from 2010, where the Court states that "the decision

1    to declare a mistrial is left to the sound discretion of the

2    judge, but the power ought to be used with the greatest caution

3    under urgent circumstances and for very plain and obvious

4    causes."

5         It has also been said by the courts, including the

6    Southern District of New York, that a mistrial is appropriate

7    only when a Court finds there is manifest necessity for such an

8    order.  The standard is high and courts will only order a

9    mistrial if it is necessary to ensure the defendant a fair

10   trial.

11        I don't believe it's necessary here, and I'll explain

12   that in more detail, but some of the other authorities I'm

13   resting on include a case called *Lahr v. Fulbright*, 1996,

14   Westlaw 34393321, a Northern District case from 1996, and also,

15   *United States v. Getto*, at 729 F.3d 221, a Second Circuit case

16   from 2013.  Another, let me mention is, *Erhart v. BofI Federal*

17   *Bank*, 217 Westlaw 588390, a California case from 2017.

18        Two principles that are cited in those cases are:

19   One, the exclusion of even deceptively obtained evidence

20   remains a matter within the sound discretion of the court; and,

21   also, this holding, allowing a whistleblower to appropriate

22   documents supporting believed wrongdoing also mitigates the

23   possibility that evidence of the wrongdoing will be destroyed

24   before an investigation can be conducted.

25        So, specifically now, the reasons for denying the

mistrial motion include, among others, the following:  First

and foremost, there is no necessity for a mistrial because, in

my judgment, Mr. Atilla has received and is receiving a

thoroughly fair and transparent trial.  He has a very

professional team of attorneys, measured by the number of

motions or the roles various attorneys are playing.  There seem

to be six to eight or more of them, four excellent law firms,

and all of whom are, obviously, conversant with the record and

the law, and are alert and aggressive, appropriately so, on

behalf of their client, Mr. Atilla.  Professional Turkish

interpreters have also been present at all times throughout

these proceedings.

            Second, Huseyin Korkmaz, whose testimony is objected

to in this motion by the defense, has testified upon his

firsthand knowledge of and participation in a 2012, 2013 police

investigation, which he supervised, in Istanbul, Turkey, in

2013.  Korkmaz was a deputy inspector assigned to the police

force in Istanbul from approximately 2010 to 2013.  He

graduated from the Turkish Police Department Academy in 2010,

third in his class of approximately 360 students.  Prior to

attending the police academy, he studied in the Turkish police

college, a school -- this is a quote -- "that is established by

the government in order to have ranked police officers that

graduate from that school."

            During his tenure in the Police Department, Korkmaz

 1   received training that pertained, among other things, to

 2   analysis of criminal data, economic crimes, corruption,

 3   operational tactics, et cetera.  Pursuant to that

 4   investigation, there were several high-profile arrests on

 5   December 13, 2013, in Turkey, including, among others, alleged

 6   co-conspirators in this case.  That is to say, alleged, Reza

 7   Zarrab and Suleyman Aslan, general manager of Halkbank.  It

 8   should be noted that Mr. Atilla was never arrested in Turkey.

 9           Korkmaz stated that he was, among his other duties,

10   principally responsible for organizing the searches and

11   wiretaps incident to the Turkish investigation.  He testified

12   also, among other things, that soon after the investigation

13   became very public on or about December 17, 2013, he, himself,

14   was reassigned from his duties as investigator, relieved of his

15   duties, prosecuted and jailed for approximately 16 months.  In

16   August 2016, he fled from Turkey and described Turkey, at the

17   time, as "the country I dearly love."  That is to say, he

18   described that here on his examination.

19           He left with his immediate family and with the

20   assistance of a smuggler.  When asked why he left Turkey, he

21   responded -- this is a quote -- "I did not feel legally secure

22   in any way for myself.  During that time, the prosecutor had

23   requested an order for arrest for myself based on a different

24   investigation.  I understood this time to be a time where

25   rights to defend one's own freedoms and freedoms of an

Atilla - Direct

1    individual and freedoms as a human being, were taken away.  So

2    I took my wife and daughter and I left the country that I

3    dearly love."

4              (Continued on next page)

1          THE COURT:  He testified further that he took with

2    him, principally in the form of flash drives and information

3    stored on his hard disc, both of which were password protected,

4    detailed information developed during the police investigation.

5    He obtained the investigation evidence with the help of a

6    former Turkish prosecutor and another individual, both of whom

7    were working on the investigation.

8          Korkmaz clearly described this extensive evidence here

9    in court as including audio recordings, scanned portions of the

10   investigative file, photographs, expert reports, and some

11   digital versions of evidence such as statements.

12         He explained that because he was the coordinator of

13   the investigation, nearly all the information from the

14   investigation came before him.

15         Korkmaz unequivocally acknowledged that his taking the

16   files was unlawful.  He explained his actions in part as

17   follows.  He said, "I believed that the evidence would never be

18   brought up in court, and that it would be damaged or destroyed.

19   So I took the initiative in order to preserve the evidence."

20         Korkmaz also testified -- oh, there is another quote I

21   wanted to mention to you about why he left Turkey.  When asked

22   why he left Korkmaz testified, similar to what I've said

23   already, "I did not feel legally secure in any way for myself.

24   During that time, the prosecutor had requested an order for

25   arrest for myself, based on a different investigation.  I

understood this time to be a time where rights to defend one's

own self and freedoms of an individual and freedoms as a human

were taken away.  So I took my wife and my daughter, and I left

the country that I dearly love."  that's in the December 11,

2017, transcript.

As I said a minute ago, Korkmaz unequivocally

acknowledged that his taking the files was unlawful.  He

explained his actions in part as follows, and I quote again, "I

believed that the evidence would never be brought up in court,

and that it would be damaged or destroyed, so I took the

initiative in order to preserve the evidence."

Korkmaz also testified, "As I was graduating from the

police academy, I took an oath of justice, and I did not agree

with the possibility that this evidence may be destroyed one

day while I had the opportunity to be able to preserve them."

He continued, "Throughout my education, on the cover of every

textbook that I read, I read something that is in the address

that was given by" he said Atatürk, I assume he meant the

founder of modern secular Turkey, Mustafa Kemal Atatürk, "that

Atatürk said to Turkish youth, and what I was supposed to do

was taught to me through these trainings.  And just because a

corruption investigation was touching upon some politicians, I

could not look way from it, and I knew, of course, that this

was a crime, but I still went ahead with it."

Korkmaz testified that he took evidence because he did

1    not agree with these pieces of evidence to be taken away from

2    justice being served, and he was afraid that this evidence

3    would be altered or destroyed.

4            Korkmaz testified also, among other things, that when

5    the Turkish police investigation began in 2012, its focus was

6    upon gold smuggling engaged in by defendant Reza Zarrab, among

7    others.  It also considered laundering of criminal proceeds and

8    committing crimes with others as part of an organization.

9            That investigation soon naturally, it appeared,

10   expanded to include bribery of public and Halkbank officials,

11   and document forgery.  The investigation ultimately implicated

12   some of the very highest public officials in Turkey and some of

13   their family members as well as the general manager of

14   Halkbank.

15           Korkmaz testified that he had listened to the

16   intercepts, the wiretaps, from the investigation in Turkey, and

17   reviewed transcripts of the recorded conversations about which

18   he testified in this court.  He stated that he did not himself

19   conduct any physical surveillance, but that he was aware that

20   Mr. Atilla did not appear in the physical surveillance photos

21   amassed, and that the money, the cash, depicted in the photos

22   did not come from or go to Mr. Atilla.

23           Korkmaz also explained in detail during his testimony

24   the process by which phone calls in Turkey, apparently, may

25   lawfully be intercepted and be recorded, which process he

HCF3ATI4

1    claimed to have followed scrupulously.  He explained that among

2    the many legally required steps the prosecutor would seek a

3    written order from the court in order to implement an intercept

4    or wiretap, as is the case in the United States.  The court

5    would have to authorize the intercept, and the prosecutor would

6    have to sign off and assign someone to implement the

7    interception.  The investigators' technical office team would

8    go to the appropriate agency, that is to say the antismuggling

9    and organized crime unit, in Ankara, and those personnel would

10   send the intercept instructions.  They would be reviewed by a

11   legal department, which reviews the details of any intercept

12   order, and the order would then be fulfilled.

13        The audio investigation files would remain prior to

14   their being downloaded, and thereafter, staff would identify

15   the recordings that reflect evidence of alleged crimes which

16   would then be transcribed.  And after all of that, the audio

17   files would be downloaded.  Korkmaz stated that monitoring

18   could not be done without a court order, and that all the

19   intercepts in the investigation were carried out pursuant to

20   court orders.

21        The Court, meaning me in this instance, believes that

22   Mr. Korkmaz's testimony is clearly relevant to the Atilla case

23   and that careful and lawful steps appear to have been taken and

24   to develop the investigation evidence.  And given his unique

25   position of supervisor of the Turkish investigation, Korkmaz

1    was able, readily, to authenticate each exhibit that he

2    discussed here in court.

3           I cite as authority *United States v. Tin Yat Chin*, 371

4    F.3d 31 (2d Cir. 2004); and a case that I cited before, *United*

5    *States v. Getto*, 729 F.3d 221 (2d Cir. 2014).

6           The third reason for rejecting the defense motion is

7    that although Mr. Korkmaz's direct testimony regarding

8    Mr. Atilla was quite limited, his testimony corroborated the

9    testimony of other witnesses, including Reza Zarrab, who

10   testified at length regarding his own involvement, that is to

11   say Zarrab's involvement, in schemes to which he pled guilty on

12   or about October 26, 2017.  In which he, and, according to

13   Zarrab, Mr. Atilla participated.

14          Fourth, Korkmaz's testimony was, in the Court's view,

15   not prejudicial to defendant Atilla.  Indeed, his testimony may

16   be viewed as anything but prejudicial to Mr. Atilla, which is

17   reason enough to deny a mistrial application.

18          Ironically, perhaps, as shown during the

19   cross-examination by defense counsel Mr. Harrison, Korkmaz's

20   testimony seems helpful to Mr. Atilla's defense.  Korkmaz

21   testified about Mr. Atilla's non-involvement in the

22   investigation that he, Korkmaz, undertook.  He was asked by the

23   assistant U.S. attorney: "What, if anything, did your

24   investigation show about whether Mr. Atilla was receiving

25   bribes?"  Korkmaz answered: "That was not something that had

1    come up."

2         And during cross-examination by Mr. Harrison, Korkmaz

3    also confirmed that he never saw or spoke to Mr. Atilla.  Also

4    that photos from surveillance did not include Mr. Atilla, and

5    that money depicted in other photos did not come from or go to

6    Mr. Atilla.

7         That is why I'm saying that far from being

8    prejudicial, that testimony actually helps the defense case and

9    the defense cause in this case.

10        I'm not, by the way -- one digression -- I'm not

11   considering at this time the, I guess you'd call it a

12   smorgasbord and sometimes quite internally inconsistent

13   individual objections to Korkmaz's testimony that were lodged

14   by Mr. Harrison throughout the direct examination by the

15   government.  So for example, on December 12, in the transcript

16   you'll find Mr. Harrison stating "I'm objecting based on

17   relevance, lack of foundation, chain of custody,

18   authentication, 403," and then there was a pause.  He said "I

19   forgot say hearsay as well as one of the grounds."  And in the

20   same transcript, Mr. Harrison said, "I just wanted to make a

21   record of our objections based on relevance, lack of

22   foundation, chain of custody, authentication, hearsay, lack of

23   personal knowledge, and subject to connection and 403, your

24   Honor."  At one point, as I remember, Mr. Harrison objected to

25   a question posed by the government to Mr. Korkmaz on the

grounds of speculation, even though the question pertained to
an action of Mr. Korkmaz who was tending to a bridge, as I
recall on that date, and had nothing to do further with the
investigation.

       While some of the defense team appear not to
appreciate fully aspects of Mr. Korkmaz's testimony as I've
just described, the defense overall appears quite willing to
join a rather farfetched conspiracy theory bandwagon which has
been constructed and developed far outside any United States
courtroom.  And was not, at least until defense counsel
Harrison cross-examined Mr. Korkmaz, part of the trial record,
with the possible exception of opening statements by other
defense counsel.

       For example, Mr. Harrison clearly seemed on his
cross-examination to be arguing, without stating any basis for
his own claim or insinuation, that Korkmaz's job and promotion
as a young police investigator, who, as I said, appears to have
graduated third in his class from the Turkish police academy,
was attributable less to Korkmaz's own merits, than to the
support of alleged Gulenist backing.

       Mr. Korkmaz vehemently denied this.  On the
December 14th transcript in response to a question by
Mr. Lockard, Mr. Korkmaz said -- the question was "Mr. Korkmaz,
are you now or have you ever been a member of the Gulen
organization?"  Mr. Korkmaz answered "No.  Never."

And during the cross-examination, again by
Mr. Harrison, defense counsel produced, seemingly out of the
blue, and without any explanation or any foundation, documents
written in Turkish only that Mr. Harrison said could be
construed to show in a Turkish court order and a letter written
in Turkish, presumably, that Mr. Korkmaz's release from prison
was as a result of Gulenist intervention.  Mr. Korkmaz
maintained that he was never a Gulenist and that he had never
seen the documents before.  He testified "That sounds very
illogical to me.  I don't know Fethullah Gulen, I don't know
Turkish Judge Bazer, I don't know any of these individuals, and
it just doesn't make any sense to me.  I don't know them.  This
is a ridiculous thing," this is Korkmaz testifying, "that I had
heard about for the first time here today from you."

The Court permitted the defense great leeway in its
cross-examination of Mr. Korkmaz, as it usually does, and as
most of my colleagues also do to defense counsel in criminal
cases.  But at the same time, I note that the defense's at best
illogical foreign conspiracy theory has no foundation in the
record, and is, in reality, unpersuasive and borderline
unprofessional, as a diversion from the issues to be decided in
this case.

And as for Korkmaz's alleged participation in an
alleged coup in 2016 in Turkey, Korkmaz testified that he was
in Istanbul that day, along with some 15 million other Turkish

HCF3ATI4

1      citizens.  He also said that he had played no part, no role, in

2      any coup.

3              So that's the ruling on the denial of the mistrial

4      motion.

5              As for the motion to dismiss Rule 29, I've barely

6      had -- I can't even say I really did have opportunity

7      thoroughly to read the defense motion dated December 15, 2017.

8      I did note, and maybe this is just in my casual reading, that

9      there is a case I think attributed to me -- it probably is my

10     misreading, *United States v. Lech*, 161 F.R.D. -- the motion

11     says that in effect Mr. Atilla has suffered the kind of

12     prejudice that caused this Court to dismiss a defendant under

13     Rule 8(b).

14             I don't think they mean me, because it is a 1995

15     decision and by Judge Sotomayor before I ever came to the

16     Southern District of New York.

17             But, no worries.  It will get its full consideration

18     as soon as we get a response from the government, which is the

19     next item of business.  I would like a government response by

20     the close of business, say 5 o'clock tomorrow if that's

21     possible.  Is that all right?

22             THE DEPUTY CLERK:  Tomorrow is Saturday.

23             THE COURT:  5 o'clock tomorrow.  Christine points out

24     it is Saturday and there is no close of business.  I suppose

25     we'll all be working, but 5 o'clock tomorrow if you can do

1     that.

2                    MR. LOCKARD:  Yes, your Honor.

3                    THE COURT:  As for the Rule 29 motion, so the rule

4     states the following, that is to say, Federal Rule of Criminal

5     Procedure 29.  It says with respect to a motion such as this

6     one, if submitted before submission of the case to the jury,

7     after the government closes its evidence or after the close of

8     all of the evidence, the Court, on defendant's motion, must

9     enter a judgment of acquittal of any offense for which the

10    evidence is insufficient to sustain a conviction.

11                   And before I go any further, let me ask if the

12    government knows if their opposition goes to the motion in its

13    entirety or to just some counts in the indictment.

14                   MR. DENTON:  Its entirety, your Honor.

15                   THE COURT:  Okay.  The rule goes on to say the Court

16    may on its own consider whether the evidence is insufficient to

17    sustain a conviction.  If the Court denies the motion for a

18    judgment of acquittal at the close of the government's

19    evidence, the defendant may offer evidence without having

20    reserved the right to do so.  And then it says in Subsection

21    (b) reserving decision -- which is what I'm doing now.  The

22    Court may reserve decision on the motion, proceed with the

23    trial, where the motion is made before the close of all the

24    evidence, submit the case to the jury, and decide the motion

25    either before the jury returns a verdict, or after it returns a

1     verdict of guilty, or is discharged without having returned a

2     verdict.  If the Court reserves decision, which I am doing, it

3     must decide the motion on the basis of the evidence at the time

4     the ruling was reserved.

5              Returning for a moment, because this is also

6     applicable to other aspects of the case, to the motion for a

7     mistrial.  The numerous objections that I referred to made by

8     Mr. Harrison, there are a string of citations which clearly

9     authorize the introduction of such testimony, exhibits and

10    evidence in the case.  And that is why I've allowed them into

11    the record in this case.

12             So, that's it for motion.  We're going to have

13    Mr. Atilla back on the stand and we'll get the jury in just one

14    moment.

15             MR. DENTON:  Your Honor, before we bring the jury out,

16    just one procedural thing with respect to the testimony.  This

17    came up a little bit at the end right before our lunch break

18    with the confusion about the number of recordings.  There have

19    been a number of times --

20             THE COURT:  In whose testimony now?

21             MR. DENTON:  In Mr. Atilla's testimony, your Honor.

22             THE COURT:  Let's be specific.  Please be seated for a

23    minute.

24             MR. DENTON:  That was just an example of something

25    that occurred a number of times during his testimony where the

HCF3ATI4

1    witness corrected the interpretation of his testimony in medias
2    res, as it were.
3            In order to assure the record is accurately capturing
4    all of the witness's statements, which do include those
5    corrections, I think the best course is to do what was done a
6    couple of times.  For the interpreters to finish the original
7    interpretation, note that they have been asked by defendant to
8    correct something, and then say whatever it is that he told
9    them to say.
10           THE COURT:  Fair enough.  Is that okay with you?
11           MR. ROCCO:  Your Honor, can we address, there is an
12   issue about this that I think might be preferrable to address
13   at the sidebar.
14           THE COURT:  About this issue?
15           MR. ROCCO:  Yes.
16           THE COURT:  Mr. Denton's issue?
17           MR. ROCCO:  Yes.
18           (At the sidebar)
19           MS. KAY:  I need to address something.
20           THE COURT:  Wait.
21           MR. ROCCO:  So, your Honor, during the lunch break,
22   Ms. Asiye approached me and said she was having a difficult
23   time with the simultaneous interpretation.
24           MS. KAY:  Consecutive.
25           MR. ROCCO:  Thank you.  And feels very stressed by

HCF3ATI4

1    doing it.  She's more comfortable doing consecutive.  We

2    thought that perhaps the idea here might be to use the third

3    interpreter in the courtroom.

4                MR. DENTON:  Mr. Bulent?

5                MR. KAMARAJU:  The FBI linguist.

6                MR. ROCCO:  Because --

7                THE COURT:  He's going to be very unhappy.

8                MR. ROCCO:  Well, we're concerned -- we're concerned

9    about --

10               THE COURT:  I say that not facetiously.  I think he

11   was -- it is a hard job.

12               MR. ROCCO:  Ms. Asiye raised this with us.

13               THE COURT:  This is a very hard job.  We all

14   understand that.  We'll ask him if that's --

15               MS. KAY:  The pressure from the press and social

16   media, it's too high.

17               THE COURT:  I've experienced the same, the same

18   pressure as a matter of fact, just so you know.

19               MS. KAY:  I want to give a fair explanation.

20               THE COURT:  If he's available, I'm happy to do that.

21               MR. KAMARAJU:  We should just note since he is an FBI

22   linguist, as long as there is no objection or that's fully

23   recognized that he's --

24               MR. ROCCO:  I just raised it.

25               MR. KAMARAJU:  I want to make sure.

HCF3ATI4

```
 1              MR. ROCCO:  Sometimes I'm a man of my word.

 2              THE COURT:  Based on my limited Turkish language

 3    skills, I thought he did an excellent job.

 4              MR. ROCCO:  As did we.

 5              THE COURT:  Let's ask him.

 6              MR. BULUT:  I should have left yesterday.

 7              THE COURT:  I told them you would say that.  Would you

 8    be available to take up some more interpretation?

 9              MR. BULUT:  Certainly, your Honor.

10              THE COURT:  Starting right now?

11              MR. BULUT:  Absolutely.

12              THE COURT:  We'll continue with Mr. Atilla's

13    testimony.  I'm just going to get the robe.

14              MR. ROCCO:  Thank you, Judge.

15              (In open court; jury not present)

16              THE COURT:  With the permission of counsel, during my

17    comments on the motions is one citation error.  With your

18    permission I'll ask the court stenographer to correct the

19    citation correction.

20              MR. KAMARAJU:  No objection.

21              THE COURT:  Is that okay?

22              MS. FLEMING:  I didn't hear.

23              THE COURT:  During the course of my remarks, I

24    miscited numerically, not the name of the case.  With your

25    permission I'm going to ask the court reporter to change that.
```

HCF3ATI4

1      MS. FLEMING:  Of course.

2      THE COURT:  Okay.

3      (Continued on next page)

HCF3ATI4                         Atilla - Direct

1          (Jury present)

2          THE COURT:  We're going to continue with the direct

3     examination of Mr. Atilla.

4          THE DEPUTY CLERK:  Sir, before we begin, I'd like to

5     remind you that you're still under oath.

6          THE WITNESS:  Yes.

7          MS. FLEMING:  Thank you, your Honor.  May I proceed?

8          THE COURT:  Sure.

9     BY MS. FLEMING:

10    Q.  Mr. Atilla, who in 2012, 2013 was the deputy attorney

11    general who was over operations?

12         THE COURT:  Deputy --

13    Q.  I'm sorry.

14         THE COURT:  GM?

15         MS. FLEMING:  You know, I don't know what I said.  But

16    I heard everyone laugh.  Let me ask it again.

17         THE COURT:  I think you were talking about Rod

18    Rosenstein.

19         MS. FLEMING:  What time is it?

20    Q.  Who was the deputy general manager for operations at

21    Halkbank?

22    A.  There was a gentleman named Selahattin Suleyman and a lady

23    named Ufuk Denizot.  I'm not sure about the exact dates they

24    were in that team.  But, I remember them to be there during

25    those years.

HCF3ATI4                       Atilla - Direct

1          THE COURT:  How about spelling the names for the

2     reporter.

3          MS. FLEMING:  Are you ready?

4     Q.  Under operations, there were three different departments,

5     right?

6     A.  Yes, three or four, depending on the period.

7     Q.  Could you explain what those departments were, and let's

8     focus on the time period 2012, 2013, 2014.

9     A.  Yes, branch operations, foreign operations, treasury

10    operations --

11    Q.  What did the foreign operations department do?

12    A.  The foreign operations took care of the transactions

13    related to international operations, preparation of the

14    documents, and arranging those documents.  They were also

15    responsible for following the bank's international branches

16    operations.  Transactions.

17         THE INTERPRETER:  Correction.

18    A.  I'm not done.  Just a minute, please.

19    Q.  Sure.

20    A.  They were also responsible for the SWIFT communication

21    between the banks.  They were also responsible for the foreign

22    payments.  They were also responsible for following the

23    domestic and international legislations, regulations.  They

24    had -- it was a very busy department.  They have many more

25    other jobs, other than the ones I just mentioned.

1    Q.   Was the foreign operations department responsible for

2    checking and approving documentation for foreign transactions?

3    A.   Yes.

4    Q.   You said that they would send and receive SWIFT messages?

5    A.   Correct.

6    Q.   What are SWIFT messages?

7    A.   A SWIFT is a communication program that is used between the

8    banks.   I think its origin is Belgium.   I'm not sure about the

9    exact number, but I believe it's being used over 200 different

10   countries.   Among the banks of 200 countries.   The -- it's

11   operated on the password protected manner, so the banks

12   exchange the password among themselves.   Once this exchange of

13   the codes is completed, then the banks have a correspondent

14   banking relationship established.   And after that date, if you

15   want to send a payment to another bank, this system is used.

16   Q.   At Halkbank headquarters, within the foreign operations

17   department, was there a SWIFT room?

18   A.   Yes, there is.   And only the authorized personnel is

19   allowed in that room.   The authorized personnel inspects the

20   messages and delivers them, delivers these messages to the

21   related departments.

22   Q.   In the time period we're talking about, 2012 to 2014, do

23   you know how many authorized personnel worked at Halkbank

24   headquarters in the SWIFT room?

25   A.   I don't know the exact number, but the number of people is

1   very limited because it's done on a code protected system.

2   Q.  Do you know what the volume of SWIFT messages came to

3   Halkbank on average was during that time period, 2012 to 2014,

4   on a daily basis?

5   A.  I don't have an idea.  The bank has about five to six

6   million customers.  If you consider this number, this number,

7   it should be quite a large number, I would think.

8   Q.  Who was the head of foreign operations between the time

9   period of 2010 and the end of 2012, beginning of 2013?

10  A.  If I'm not mistaken, between 2011 and 2012, Levent Balkan

11  was there.  In the early part of 2013, he resigned.  And I

12  believe one or two months after that, Hakan Aydogan started.

13  Q.  You said that Levent Balkan resigned.  Do you have

14  knowledge as to whether he was fired as opposed to resigned?

15  A.  I know clearly that he wasn't fired.  And I listened to

16  Mr. Zarrab's testimony about him, and I was very sad, and it

17  doesn't contain the truth.  And as far as I know, the bank also

18  requested, made a request to him not to resign.  They wanted

19  him to continue working there, and as far as I know, he

20  retired.

21  Q.  The sanctions department that you described, that is

22  underneath the foreign operations department; is that accurate?

23  A.  Correct.

24  Q.  Are you familiar a woman named Mehtap?  I'll never be able

25  to say her last name, but a woman named Mehtap.

1    A.  I know the lady works for that department.

2    Q.  In the sanctions department?

3    A.  I'm guessing so.

4    Q.  I'd like to direct your attention to October of 2012.  Do

5    you remember hearing -- withdrawn.

6            Were you at a meeting on October 4, 2012, with Iranian

7    oil people, Suleyman Aslan and Reza Zarrab, where Suleyman

8    Aslan pointed to you, and said that the current system could

9    continue -- pointed to Reza Zarrab and said the current system

10   could continue?

11   A.  In none of the meetings I've attended such a thing have

12   happened.  You said October 4, right?

13   Q.  Yes.

14   A.  I don't have a memory about a meeting on that date.  But

15   I've never attended a meeting where Reza Zarrab was present and

16   where he was told to continue with the system.

17           MS. FLEMING:  Can we pull up, please, Government

18   Exhibit 204.  It's in evidence so you can show it to the jury.

19   Q.  Do you remember Mr. Zarrab testifying that this

20   conversation where he asked -- that he asked for, he called and

21   got permission to use the emergency lane because he was on his

22   way to a meeting at Halkbank?

23   A.  I don't remember such a thing, but I read this in the

24   discoveries.

25   Q.  Do you remember Reza Zarrab testified that he lied about

HCF3ATI4                    Atilla - Direct

1   having the oil minister in his car when he testified here in

2   court?

3   A.  I remember.

4   Q.  Could we go to the first page.  So, this conversation was

5   October 4, 2012.  Do we see that?

6   A.  I see it.

7   Q.  Now, do you remember that Reza Zarrab said that at this

8   meeting were you and Mr. Aslan, as well as three Iranians,

9   Mr. Nikousokhan, the head of the financial department at the

10  National Iranian Oil Company, Mr. Alipour, the second in

11  command at NIOC, and Mr. Rajaeieh, the CEO of the Sarmayeh

12  Exchange.  Do you remember him testifying that you were present

13  at a meeting with these three people and Mr. Zarrab?

14  A.  I remember his testimony in here.

15  Q.  Now, did you ever attend a meeting with those people?

16  A.  I did not attend.

17  Q.  I'd like to pull up 1-T that's in evidence conditionally,

18  please.  So it can be shown to the jury.  Defense Exhibit 1-T.

19  You see that on Defense Exhibit 1-T, this transcript is two

20  days later, October 6, 2012, correct?

21          MS. FLEMING:  Can we go to the next page.

22  A.  I see the date, yes.

23  Q.  Do you see on the fourth line down Mr. Aslan is saying that

24  he's going to the old office in Gayrettepe?

25  A.  "Gayrettepe."

1     Yes, I see it.

2     Q.  That's his old office that we said we would call the old

3     headquarters?

4     A.  That's correct.

5         MS. FLEMING:  Could we now pull up, please, what's in

6     evidence as 206-T.

7     Q.  You see on 206-T in evidence, this is dated 6:57 p.m. on

8     October 6.  So, do you see that?

9     A.  I see it.

10    Q.  This call is between Mr. Zarrab and Mr. Happani; do you see

11    that?

12    A.  I see it.

13        MS. FLEMING:  Could we go to the next page, please.

14    Q.  Do you see on the front at the top where Mr. Zarrab says

15    that place is taking care of the same arrangement as Abi?

16    A.  I see it.

17    Q.  Do you remember that Mr. Zarrab testified that he was --

18    Mr. Zarrab's testimony was that he was -- this was to make a

19    bribe, bribery arrangement with Suleyman Aslan?

20    A.  I remember.

21        MS. FLEMING:  Can we pull up 208-T, please, in

22    evidence.

23    Q.  208-T in evidence is between Reza Zarrab and Suleyman

24    Aslan, telephone call, two days later, on October 8, 2012; do

25    you see that?

1    A.  I see the date here, but of course I don't know if there

2    was a conversation at that day or not.

3    Q.  So this is October 8, four days after the meeting where

4    Mr. Zarrab testified that you pointed and said we'll do the

5    existing system, right?

6    A.  Yes, I see that it's four days after the date that he

7    testified that he suggested that it happened.

8              MS. FLEMING:  Could we turn to the next page, please.

9    Q.  Do you see on the top here, that Mr. Aslan tells Mr. Zarrab

10   "We were with Mr. minister and others.  I defended the matter

11   just like we had talked about yesterday.  Um, he said, 'We are

12   not doing those, such as opening accounts for every company and

13   so on.'  However, I indicated that, um, you were ready in terms

14   of bringing and sending money through the existing system.  I

15   didn't mention your name, but, um."

16             Could we go down a little bit.  "I indicated that it

17   was you.  We said that you would be able to make the payment

18   for this thing through the methods we have been using thus

19   far."

20             Do you see that?

21   A.  I see it.

22   Q.  You're not on this phone call, are you, Mr. Atilla?

23   A.  I didn't even know this was a phone conversation, but I

24   know that this has nothing to do with me.

25             MS. FLEMING:  Could we go down a little farther,

1    please.  To the next page, actually.

2    Q.  If you look down, the third or third fourth entry,

3    Mr. Aslan says, "Um, the person who should have priority, just

4    a second, let me say," then Mr. Zarrab says is it Kiani Rad.

5    And then Mr. Aslan says "Nikousokhan."  And do you see that

6    Mr. Zarrab says "Nikousokhan, I'm already talking with him, he

7    is my man.  There is no problem there."

8              MS. FLEMING:  Could you take the highlights down,

9    please.

10   Q.  Then he says a little bit later down, "Nikousokhan, I'm

11   already in communication with Nikousokhan.  There is no

12   problem."  Then he says "I was with Nikousokhan even

13   yesterday."

14             Do you see that?

15   A.  Yes.

16   Q.  Were you present at any meeting on October 7 with

17   Mr. Zarrab and Mr. Nikousokhan?

18   A.  I did not attend to such a meeting.

19   Q.  Were you with any meeting with Mr. Aslan on October 8?

20             MS. FLEMING:  Go to page two, please.

21   Q.  Where, on October 8, Mr. Aslan indicated that Reza Zarrab

22   was ready in terms of bringing and sending the money through

23   the existing system?

24   A.  I did not attend to any meetings where Suleyman Aslan said

25   these sentences.

HCF3ATI4                    Atilla - Direct

1   Q.  Do you have any understanding as to why, on October 8,

2   they're discussing conversations on October 8 and October 7 if

3   they had had the same conversation in a meeting with you on

4   October 4?

5           MR. DENTON:  Objection to form.

6           THE COURT:  Sustained.

7           MS. FLEMING:  I'll withdraw it.

8   Q.  Did you hear Mr.  --

9           MS. FLEMING:  You can take that down, please.

10  Q.  Did you hear Mr. Zarrab testify that you were the most

11  knowledgeable person about sanctions at Halkbank?

12  A.  I remember that he said such a thing here.

13  Q.  Are you in fact the most knowledgeable person about

14  sanctions at Halkbank?

15  A.  I'm not, but I have some knowledge.

16          MS. FLEMING:  Sorry, Judge, I cut it down so I'm

17  skipping around a little bit.  Forgive me.

18          THE COURT:  Keep skipping.

19          MS. FLEMING:  I'm trying.

20  Q.  I'd like to talk about, there were times when you were

21  consulted -- or withdrawn.

22          Were there occasions where people from the sanctions

23  department or foreign operations came to you about issues that

24  arose in connection with sanctions?

25  A.  Yes, there were times we exchanged information.

1  Q.  How did it happen?  What would be the occasions that would

2  bring the sanctions people or the foreign operations people to

3  you to discuss an issue?  How did it come to your attention?

4          THE COURT:  Are you referring to inside Halkbank?

5          MS. FLEMING:  Yes, I'm sorry.  Inside Halkbank.

6  A.  There could be many different reasons.  There could be a

7  request from customers, there could be a change in the

8  regulations, there could be a disagreement on certain subject.

9  There could be many other, many different reasons.

10  Q.  Let's focus on requests from the customers.  What kinds of

11  requests from customers would get you involved in a discussion

12  of something related to sanctions?

13  A.  Would you like me to give examples?

14  Q.  Yes, please.

15  A.  I don't remember exactly, but let's say one of our

16  customers from Georgia, one of our customer wants to sell

17  trucks to Georgia, and they indicated that they need to take

18  the trucks through Iran for them to be able to sell the trucks

19  to Georgia.  Because the buyer is in Georgia, and the seller is

20  in Turkey, I thought this would not have anything to do with

21  the sanctions.  But the operations had a different idea because

22  they had more detailed information about it.  They told me that

23  it was not good for the sanctions to send these trucks through

24  Iran on the roads.  I didn't see this logical and I couldn't

25  make the connection.  But they informed me about the rules of

1    the sanctions related to this subject.  They found related

2    paragraphs in the sanctions regulations.

3           Therefore, there are such requests, sometimes branch

4    or the operations don't have enough knowledge or information.

5    The clients or the branches of the bank sometimes don't have

6    enough knowledge, so we go to the operations and ask them about

7    those particular questions.

8    Q.  You described that the branches -- we haven't mentioned

9    this.  Explain how the branches fit into this.

10   A.  All the banks of the customer usually works with branches.

11   Only the banks work with the general headquarter.  When

12   customer wants to do a business with the bank, they would go to

13   branches.  And the branch will assign them a customer relations

14   person.  And also both representatives will be involved with --

15   it could be a firm or it could be individual person.

16   Therefore, those representatives would follow all their

17   interactions with the branch.  The clients work with the bank,

18   would go through the branches.  And I believe it is the same

19   here as well.

20   Q.  Did you sometimes get called and asked to intervene because

21   customers were complaining that payments were not being

22   processed because documentation was missing?

23   A.  The complaints of the customers never end, they always

24   come, yes.

25   Q.  And in one of the calls in February, Government Exhibit --

1    I'll get back to that.

2             Do you recall hearing your conversation with Reza

3    Zarrab in February?

4    A.  I don't remember, but I probably will remember if I see it

5    because the ones that I read and the ones I remember are all

6    mixed up now.

7    Q.  Do you remember, from what you have listened to, that you

8    called to seek documentation from Reza Zarrab in particular?

9    Do you remember calling and asking him for a partnership

10   structure?

11   A.  I don't specifically remember dates that I had that call,

12   but after I listened here, I have a good idea about what it is.

13            MS. FLEMING:  Can we pull up 226-T, please.  This is

14   a -- it is in evidence, 226-T.

15   Q.  This is February 6, 2013.  You see that?  Could we go to

16   page two.  Do you see that?  Who is Muge?

17   A.  She's my assistant.

18   Q.  Do you see that she placed a call to Mr. Zarrab?

19   A.  That's correct.

20   Q.  If you go down you say "For the pending items partnership

21   structure didn't have an official document ID or registration

22   or anything.  That's why they could not use it in the

23   transaction."

24            Why are you calling Mr. Zarrab on February -- in

25   February 2013, and asking him for partnership structure

1   documents?

2   A.  Most probably because he called me and asked me about it

3   before.

4   Q.  Well, do you have a specific recollection?

5   A.  I don't remember, but I'm just referring where Muge says,

6   "Um, hello again."  And I believe that refers to a conversation

7   that took place before.

8           It's not in my daily routine to call the customer and

9   say this is how this is happening and what's going on with your

10  account.  It's most probably the customer asked about their

11  pending transaction, and I probably checked and I'm calling him

12  back to inform.

13  Q.  Was it part of your responsibilities in your job to look

14  and see whether appropriate partner structure documents had

15  been submitted for transactions to the foreign operations

16  department?

17  A.  No, I have not.  Such a document is not.  My

18  responsibilities here, I'm telling the client that his

19  transaction did not take place because of a missing document.

20  Q.  What do you mean the transaction didn't take place?  What

21  hasn't taken place because the documents are missing?

22  A.  What I understand here is the client's document that he

23  submitted to the bank and to the branch, and also the

24  structural document.  He submitted a document to the branch and

25  the branch let the operations know when the branch look at

1    the -- when the operations looked at this document, and find

2    out this document is not in the standard -- up to their

3    expectations, because they thought it didn't have the legal

4    structure of the documents they usually take.  Because the --

5    because this document has to come from their partnership

6    structure.

7               THE INTERPRETER:   Interpreter's correction.  The

8    partnership structure had to come from trade registry system.

9    A.  They sent their internal documents within their company.

10   Q.  Is there any place in here where you are telling Mr. Zarrab

11   how to falsify partnership structure documents?

12   A.  I did not say such a thing to Reza Zarrab in any time in my

13   life.

14   Q.  At any point did you teach him or tell him how to make

15   false documents?

16   A.  I never said such thing.

17   Q.  In fact, if we look down, he says to you that "I'll get it

18   sent right away, Mr. Hakan."  Do you see that?

19   A.  I see it.

20   Q.  This is in February of 2013, right?

21   A.  That's what I assume, that's what I see in the document.

22   Q.  How many days a week were you on the road and out of the

23   office at Halkbank doing your responsibilities for your job?

24   A.  It's very difficult to say.  Sometimes the travel schedule

25   is heavier than others, but generally, one week in a month I

1    would be traveling.

2             MS. FLEMING:  You can take that down.

3    Q.  During the time that Levent Balkan was the head of foreign

4    operations, did you have -- withdrawn.

5             When Levent Balkan was head of the foreign operations,

6    did you have much interaction with the sanctions group or the

7    foreign operations group with regard to documentation?

8    A.  Very rarely, because Levent Balkan was very much on top of

9    the topics.

10   Q.  We'll get to your dealings with OFAC on behalf of the bank

11   at a later point, so let's put your dealings with OFAC to the

12   side and just talk about operations, okay?

13            Did you have an understanding, this call was as of

14   February -- February 2013.  Did you have an understanding as to

15   how the sanctions regime worked in terms of Turkey being able

16   to be involved in transfers that included selling gold to Iran

17   by Turkish companies?

18   A.  Of course.

19   Q.  Could we walk the jury through how the oil money comes in

20   from Iran.  Let's start with how the oil money gets from Iran

21   to Turkey.

22            Describe, where geographically is Turkey compared to

23   Iran.

24   A.  They are neighbor countries, they share a border.  They

25   also have a cultural and historical connection I would say in

1   some aspects.  Both countries have a historic background, even

2   though it doesn't overlap 100 percent.  Some customs can just

3   be shared between countries, they can have similar customs.

4   And there is a long border between Turkey and Iran, one of the

5   neighbors with the longest border.

6           MS. FLEMING:  Your Honor, may I show the jury, publish

7   to the jury Defendant's Exhibit 315?

8           MR. DENTON:  No objection.

9   Q.  So, again, let's focus on the time period 2012, 2013, 2014.

10  That area.  Putting aside United States sanctions which we'll

11  get to in one minute.

12          Are there any prohibitions between a Turkish company

13  trading with an Iranian company?

14  A.  I don't think there was such a prohibition for a Turkish

15  company to work with an Iranian company.  I would think this

16  way.  Maybe we could evaluate the regulations about the

17  sanctions in two parts.  One is in regards to the American

18  companies and also the American citizens.  I'm saying this

19  because I believe the reason for these regulations is because

20  of that.  And also, I believe that there are some regulations

21  that the foreign financial institutions needs to follow.

22          The reason I think this way is because a citizen in --

23  a Turkish citizen in Turkey doesn't have the means to follow

24  the American sanctions when he's doing something in Turkey.

25  However, when he needs to make a transaction where he needs to

HCF3ATI4                         Atilla - Direct

1    use the financial institutions, then the financial institutions

2    can follow these regulations.  And through that they could

3    inform their customers about these subjects.

4    Q.  By the way, let's now focus on the Iranian sanctions with

5    regard to Halkbank.  All right.  We're going to talk about

6    those as they affect Halkbank.

7            THE COURT:  Could I just see you for a minute.

8            (Continued on next page)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (At the sidebar)
 2              THE COURT:  I need to ask where you are, Ms. Fleming.
 3    You've lost me completely here.
 4              MS. FLEMING:  I'm trying to get the background.
 5              THE COURT:  I think I might be representing other
 6    people in the courtroom, too.
 7              MS. FLEMING:  I want to get his background --
 8              THE COURT:  How much more direct testimony are you
 9    going to have with this witness?
10              MS. FLEMING:  I cut a whole huge block out so I think
11    probably -- probably a day, Judge.
12              THE COURT:  Another day?
13              MS. FLEMING:  Probably.
14              THE COURT:  Then we have a big problem.  Because we'll
15    never be able to make the Christmas holiday.
16              MS. FLEMING:  I'll try to cut some more out.
17              THE COURT:  We have to figure out the solution to that
18    problem, because that's exactly where you're heading.  And I
19    don't mean to say just because it is a time thing, I don't mean
20    to be critical, but if you look back over this transcript, you
21    know, I think, some time from now you'll say I could have done
22    half that.  I've been saying that to both sides throughout
23    this, the whole trial.  And that's true.  This was a
24    one-and-a-half-week trial in my opinion.  I've done over
25    probably 200 trials just here.
```

1          MS. FLEMING:  We sat through six days of Reza Zarrab.

2          THE COURT:  That was insane in my opinion.  On both

3     sides.  So you're just continuing that insanity.

4          MS. FLEMING:  I think it is important for the jury to

5     hear --

6          THE COURT:  What?

7          MS. FLEMING:  What his knowledge is, what he knows,

8     talk about the transactions.  I think it's important.

9          THE COURT:  I think you're creating a disaster in

10    terms of timing.  But --

11         MS. FLEMING:  I'm not trying to, Judge.

12         THE COURT:  I want to alert you to it.  And I think

13    that if I'm any guide, that you're losing a lot of followers.

14    I mean on the merits.

15         MS. FLEMING:  I will tell you last night seriously I

16    knocked out 30 pages out of the outline.  That's why I'm

17    jumping around a little bit.

18         THE COURT:  That doesn't mean that the outline was

19    correct to begin with.  To knock out 30 pages from the phone

20    book doesn't -- you know what I mean.

21              (Continued on next page)

22

23

24

25

1    (In open court)

2    BY MS. FLEMING:

3    Q.  I want to focus on the Iranian sanctions part of the case.

4    Halkbank had a unique position in terms of being an

5    international bank located in Turkey that could handle Iranian

6    transactions.  Correct?

7    A.  Yes, we can say that there was not many banks other than

8    Halkbank.

9    Q.  Did Halkbank take steps with Iranian transactions in terms

10   of what currency denominations it permitted to be used in those

11   transactions?

12   A.  I will explain this as Halkbank can indicate which currency

13   we cannot use in those transactions.  Other than that, we would

14   not get involved to the customers about which currency they

15   want to use.

16   Q.  Did you permit dollars, United States dollars, to be used

17   in transactions involving Iranians?

18   A.  No, we did not.

19   Q.  In fact, did you send instructions out concerning that

20   topic to people at Halkbank?

21   A.  It's not a note, but I sent instructions and I also gave

22   warnings to the operations.  I gave the instructions to my own

23   staff, and they gave directions and instructions to the

24   operations.

25   Q.  Other than dealing with OFAC, which we're going to get to,

1    did you have any involvement in the gold transactions that were

2    being done by Reza Zarrab's companies, involving Iran?

3    A.  What do you mean by getting involved?

4    Q.  Were you present at any meetings where systems were

5    discussed?

6    A.  No, I did not attend any such meetings.

7         MS. FLEMING:  Judge, I'm trying to jump ahead.  One

8    minute.

9    Q.  Do you remember Mr. Zarrab testifying --

10        MS. FLEMING:  Can we please pull up Government Exhibit

11   304 in evidence.

12   Q.  This is a phone conversation on May 6, 2013.  Do you see

13   that?

14        THE INTERPRETER:  Your Honor, interpreter has to

15   interpret what witness said.  The country that he mentioned

16   before, that it was Georgia, he realizes that it was

17   Uzbekistan, not Georgia.

18        THE WITNESS:  (In English) Because it seems --

19        THE INTERPRETER:  When he looked at the map, it makes

20   sense to go to Iran, to go to Uzbekistan.

21        THE WITNESS:  I'm sorry about that.

22        THE COURT:  No problem.

23        (Continued on next page)

24

25

1   Q.  Looking at Government Exhibit 304, do you see this is in

2   evidence as May 6th, 2013?

3   A.  Yes, I see it.

4   Q.  And could we turn, please, to I think it's page 1, where

5   down at the bottom, Mr. Aslan is saying that Hakan Atilla has

6   just informed me that there is a 70 million transfer from NIOC

7   to your account?

8   A.  I see it.

9   Q.  Now, in fact, was there a deposit to Mr. Zarrab's account

10  of $70 million from NIOC?

11  A.  There wasn't any.

12  Q.  Could we pull up Defense Exhibit 329, just for the witness,

13  please.

14          Mr. Atilla, do you recognize Defendant's Exhibit 329?

15  A.  Yes, I know.

16  Q.  What is it?

17  A.  It's the instructions that NIOC wants to do a transfer to

18  Reza Zarrab's account.

19  Q.  Is it an e-mail that you received on or about May 6th,

20  2013?

21  A.  Yes.

22  Q.  Did you receive it at your Halkbank business address?

23  A.  Yes.

24  Q.  Was it a document that you received in the course of

25  regularly conducted business?

1    A.  (In English)  Yes.

2    Q.  Is it a document made at or about the time reflected on

3    Defendant's Exhibit 329?

4    A.  Yes.

5            MS. FLEMING:  Your Honor, Defendant moves 329 into

6    evidence.

7            MR. DENTON:  No objection.

8            THE COURT:  I'll allow it.

9            (Defendant's Exhibit 329 received in evidence)

10   BY MS. FLEMING:

11   Q.  Now, this is in Turkish.  Would you please explain what

12   Defendant's Exhibit 329 is?

13   A.  With honor.  There is an employee named Ozgur Karaman, who

14   works at operations.  There was an instruction that NIOC sent

15   to the bank, to the branch he mentions in this letter.

16           It doesn't say here, but I'm explaining what it is.

17   There, he's telling me that they will give a negative answer to

18   this request from NIOC because he thinks this request is not

19   complying with the sanctions.

20   Q.  And what do you mean he will give a negative reply?

21   A.  They will say to the customer that they will not submit

22   this request.

23   Q.  You mean it's been rejected?

24   A.  Yes.

25   Q.  So does the transfer ever come into Halkbank?

1    A.  There is nothing that came or left the bank.  This is just

2    a request from the client.  Would you like me to continue to

3    explain?

4    Q.  Please explain.

5    A.  And I kindly asked him to show the rules and regulations

6    for the base of rejecting this client's request because it's

7    not enough for a customer to be convinced to tell them you're

8    just rejected.  You have to give some explanation that it's

9    understandable.  Therefore, he sent showing me the necessary

10   regulation related to the subject in this mail.  Therefore, we

11   are telling the customer what base we are rejecting the

12   customer's request.

13   Q.  And did you report this rejected transfer to anyone else at

14   the bank?

15   A.  I didn't report, but I gave information to Suleyman Aslan

16   about this rejection.

17   Q.  And why did you give that to Suleyman Aslan?

18   A.  In general, when we reject a request from a big client, we

19   give information to our upper management because normally the

20   companies may come back, and you never know who would they call

21   related to this rejection in the bank.  Therefore, you have to

22   give this information to your upper management, and this also

23   goes for my branch as well, my department as well.  They always

24   informed me if they reject any transactions.  In that case, we

25   would know, and we would have some knowledge about this

1   rejection, and then we would be able to give them an answer.

2   Q.  Did the bank have rejections of other clients -- bad

3   question.

4        Were there other attempted transfers that came to the

5   bank, which the bank rejected for other clients and customers?

6   A.  Of course, there are many of them.

7   Q.  And are those same procedures that you just described that

8   were followed here, followed for those customers?

9   A.  Yes, I do it.  Would you like me to give an example?

10  Q.  Please.

11  A.  We rejected a transaction from Boeing, and I gave the

12  information about this rejection as well.

13  Q.  Do you remember having a company called Onur Air wanting to

14  sell a company?

15  A.  Yes.  I remember them connecting to the bank.  It wasn't a

16  personal connection, but they did reach out to the bank.

17  Q.  And did the bank agree to do business with Onur Air?

18  A.  If you allow me, I can give you the details.

19  Q.  Please.

20  A.  The owner of the Onur Air was a Turkish businessman.  He

21  wanted to sell his airline company to Iranians.  For this

22  transaction, they requested Halkbank to be involved, and we

23  requested the detailed information about the buyer in Iran.

24  They provided a name that I cannot remember at the moment, but

25  they also told us that payment for this Onur Air's sale would

1    go through to another person, not to the owner of the Onur Air.

2            THE INTERPRETER:  There's a correction, your Honor.

3    A.  They told us that the person who is trying to buy the Onur

4    Air would not make the payments, but someone else would make

5    the payments.  And then we asked who was that person, and we

6    wanted to make sure we know who it is.  At that time, we came

7    across a name Babak Zanjani, and we controlled the list, and we

8    realized that name was at the sanctions list, and we rejected

9    the transaction.

10   Q.  Could we pull up, please -- I'm going to cut one out.

11   Nevermind, sorry.

12           I'd like to pull up, please, Government Exhibit 2511.

13   Do you remember the testimony that was adduced in the courtroom

14   concerning Government Exhibit 2511?

15   A.  I remember.

16   Q.  And tell us what you remember about the testimony?

17   A.  I believe there is a misunderstanding because I looked at

18   these documents.  I did not have any idea, before I came here,

19   about these documents.  The names that you see here, the

20   Halkbank employees, they are branch employees, and they are

21   exchanging information about the customers and their customers'

22   documents in between them.

23           There is two companies here.  The first one is Royal,

24   the second one is Safir, and there are two Excel sheets related

25   to those two companies.  One of the files is about the bank's

1     payments enrollments, and the other one is about the submission

2     of the documents to the bank by the customer and their

3     completion.  These are not official papers of the bank or

4     official documents of the bank that they prepared.

5             These are not the documents that are prepared from the

6     system of the bank.  These are the Excel files that customer

7     representatives hold for customers.  As I said, one of them is

8     the payments that bank interacts with -- intermediates with,

9     and the -- related to payments, and the other one shows

10    completion of the documents -- documentation by the customer.

11            If I don't remember wrong, in the trial, there were

12    documents that were shown in the trial about completion of the

13    submission of the documents, and it was explained like the bank

14    did some transactions and payments of the gold transactions

15    after the date that was mentioned, July 1st.

16    Q.  Could we open up Royal's, the first one, the first page.

17    A.  Of course, I don't know if these information is correct or

18    not.  I'm just telling you what my understanding is.

19            MS. FLEMING:  Can you open up the spreadsheet?

20    They're not opening.

21            MR. WHITE:  2511-1?

22            MS. FLEMING:  Yes.

23    Q.  So these are documents that were not prepared by Halkbank?

24    A.  What I am trying to tell you is that this is not prepared

25    from the Halkbank system, but it is prepared by the

HCFPATI5                        Atilla - Direct

 1   representative of the Halkbank for a customer.

 2   Q.  Thank you.  You can take that down.

 3   A.  May I explain something here?

 4   Q.  Please.  Put it back up, please.

 5   A.  In here, you see the dates where the bank did internal

 6   transfers about the payment transactions.

 7   Q.  Can you tell us which column that is?

 8   A.  If I understand correctly, related to this document, in the

 9   first column where -- the first column is where the payment

10   comes, and the second column is when the payment was done.

11   Q.  The --

12   A.  As far as I know, and as far as I am involved, after the

13   July regulations, the bank didn't get involved for any payments

14   in between the accounts.  The information that I received from

15   the operations is that after July, the bank didn't make any

16   payments or any transactions related to the gold transaction.

17   But I don't know when the client completed the documentation

18   related to those.

19   Q.  So you're saying that the bank did not mediate any

20   transactions after the July 1st, 2013, cutoff; is that correct?

21   A.  That is what I was informed.  That's what I know.

22   Q.  And, in fact, did you, at some point after July 1st, take

23   steps to collect documentation to help the branches close out

24   their files?

25   A.  Yes, it's very possible because sometimes when you receive

HCFPATI5                        Atilla - Direct

1    the payment or when you complete the documents are not at the

2    same time period.

3    Q.  Can you take that down.  I'd like to go to April 2013, and

4    could we please pull up Government Exhibit 295-T.

5              Now, do you remember hearing this phone call played

6    during the trial on April 10th, 2013, between yourself and Reza

7    Zarrab?

8    A.  Yes, I remember that I listened.

9    Q.  And this call was on April 10th at 11:45 in the morning,

10   correct?

11   A.  That's what I assume related to these documents, on these

12   documents.

13   Q.  Can we open it to the next page, please.  Now, do you

14   recall this conversation and Mr. Zarrab's testimony about it?

15   A.  Yes, I remember.

16   Q.  And do you recall that this is the conversation where

17   Mr. Zarrab said that he was lying to you, you did not know the

18   food was fake?

19   A.  Yes, I remember that he lied to me, he said.

20   Q.  And at the bottom of page 2, you're asking him:  Will you

21   give a letter of credit to the other side?  Do you see that?

22   A.  Yes, I remember.

23   Q.  Now, earlier today you were in the courtroom when Turkish

24   Airlines put in the airline tickets that showed that you were

25   on a flight in the afternoon, correct?

HCFPATI5                         Atilla - Direct

1   A.  Yes.

2   Q.  You can take that down.

3          And do you recall that it was on April 10th, said

4   Mr. Zarrab, that Mr. Suleyman picked up the phone and called

5   you and told you, you will do this; do you remember that?

6   A.  Yes, I remember that he lied again.

7   Q.  And if we pull up Government Exhibit 297-T, this is on

8   April 10th, 2013.  Mr. Zarrab is speaking to Mr. Happani,

9   right?  Now, you, just within the last hour, landed in

10  Barcelona, right?

11         And if you go to the next page, you remember -- maybe

12  it's the third page.  Go to the next page.  Down in the middle,

13  "Hakan Atilla threw a wrench in the gears, and he threw this

14  thing"?

15  A.  I see it.

16  Q.  A little above that, Mr. Zarrab tells Mr. Happani:  "The

17  man made the call in my presence;" do you see that?

18  A.  I see it.

19  Q.  Again, did Mr. Suleyman make any phone call to you on

20  April 10th?

21  A.  Nobody called me about any illegal transactions, and I did

22  not receive any such a call from Suleyman Aslan.  During that

23  period, I was in an airplane with my family.

24  Q.  Could we please pull up Government Exhibit 298-T.  Now,

25  this is on April 10th at 8:02 p.m.; do you see that?  And the

1   participants to this call are Reza Zarrab and Hakkan Aydogan;

2   do you see that?

3   A.  Yes, I see it.

4   Q.  And at this point, Mr. Aydogan is the head of foreign

5   operations, correct?

6   A.  That's correct.

7   Q.  Could we open this up, please.

8           And now, do you recall that Mr. Zarrab testified about

9   this call?

10          And do you recall that he testified that he was lying

11  to Mr. Aydogan?

12  A.  I remember.

13  Q.  And if you look down here, Mr. Aydogan is questioning him.

14          Can we go to the next page, please.

15          And started to talk about how the foods are going --

16  starting in Argentina, Pakistan, Russia, all go through Dubai;

17  do you see that?

18  A.  Yes.

19  Q.  And then he continues to go on.  If we could keep going

20  down and move to the next page.

21          Mr. Zarrab is telling him about how it's going to

22  work.  Do you see that?

23  A.  At the beginning of the page?

24  Q.  And he and Mr. Aydogan are talking about how the financial

25  transactions with regard to this are going to work vis-a-vis

1    the documents, correct?

2                 MR. DENTON:  Objection.

3                 THE COURT:  Sustained.

4    Q.  What do you understand that Mr. Zarrab and Mr. Aydogan are

5    talking about in this conversation?

6    A.  First of all, I would like to say this.  People told here

7    for a very long time what I was trying to say or what I was

8    thinking, and how they were reading my mind about my means.

9                 I don't want to do the same thing.  I don't want to

10   give meaning on the things that what people are talking.  I

11   will just tell you what I can read here.

12               What I read here is Aydogan is trying to understand

13   the concept of the trade that Mr. Zarrab wants to proceed.

14   Q.  And is that what your conversation was like in the morning?

15   A.  It was definitely like that.  I also was trying to

16   understand what type of process he was going to take in his

17   transaction because his request or his billing of doing food

18   trade was told -- was told by the branch to us.

19               And the branch told us that he was going to buy the

20   goods from other countries, and they would sell to Iran,

21   through us.  In such a situation, I would like to explain what

22   actually relates to my position.  Otherwise, I'm not involved

23   with or it doesn't matter to me what they buy or what they

24   sell.

25               What involves me in this situation is if they will get

1    a credit letter from the country that they will purchase the

2    goods from, I have to look at the credit limits of the banks

3    where I am supposed to get the letter of credits from, the

4    other banks, because every bank has a credit limit with the

5    related or corresponding banks that they work with.

6              If there is a credit -- letter of credit comes to your

7    attention, for you to be able to accept that, first you have to

8    have a limit with that bank, credit limit with that bank.

9    Therefore, I have to get information about which countries he

10   will work with or which banks he will work with.  That's why it

11   was interesting me the details of the transactions.

12   Q.  Could we pull up, please, Defendant's Exhibit 330-T.  Do

13   you recognize 330-T?

14   A.  I know the names here, yes.

15   Q.  Maybe I should show you 330.  Do you recognize Defendant's

16   Exhibit 330?

17   A.  Yes, I saw this before.

18   Q.  And what is Defendant's Exhibit 330?

19   A.  The head officer of the operations e-mail to general

20   manager.

21   Q.  Is that an e-mail dated April 11th, 2013, from Hakkan

22   Aydogan to Aslan Suleyman?

23   A.  Yes, it looks like.

24   Q.  Is it on the e-mail addresses of the Halkbank?

25   A.  That's correct.

HCFPATI5                          Atilla - Direct

1    Q.  Is it an e-mail kept in the regular course of business of

2    Halkbank?

3    A.  Yes, that's correct.

4    Q.  Is it a document made at or about the time reflected in the

5    document?

6            THE COURT:  We'll let it in.

7            MS. FLEMING:  Thank you, your Honor.

8            (Defendant's Exhibit 330 and 330-T received in

9    evidence)

10           MR. DENTON:  Your Honor, could we just have a brief

11   sidebar?  There's one issue with this exhibit.

12           THE COURT:  All right.  We'll take five minutes.

13           (Continued on next page)

14

15

16

17

18

19

20

21

22

23

24

25

1           (At the side bar)

2           MS. FLEMING:  Here's what they have.  Do you want to

3      see, Judge?

4           THE COURT:  I just want to hear what the problem is.

5           MR. DENTON:  The top part of the exhibit is redacted.

6      We want to know what the basis for the redaction is.

7           MS. FLEMING:  This is how I got it from the bank.

8           MR. DENTON:  All right.  We don't think he can

9      authenticate it.

10          THE COURT:  So do you want to just note your

11     objection?

12          MR. DENTON:  We object to it both because he hasn't

13     authenticated it and because there's no basis for the

14     redaction.  The bank is, obviously, not a security entity or

15     anything like that.

16          THE COURT:  I got you.

17          MR. DENTON:  So we don't think it should be admitted.

18          MS. FLEMING:  Actually, you know what --

19          THE COURT:  Okay.  That should be noted on the record.

20     You can inquire on cross.

21          MR. DENTON:  I certainly plan to, your Honor.

22          (Continued on next page)

23

24

25

 1          (Recess)

 2          (In open court; jury present)

 3          THE COURT:  Please be seated, everybody.

 4          MS. FLEMING:  May I proceed, your Honor?

 5          THE DEPUTY CLERK:  Not yet.  Sir, again, I'd like to

 6   remind you that you're still under oath.

 7          THE DEFENDANT:  Thank you, I know.

 8          MS. FLEMING:  I'm sorry.  Now?

 9          THE COURT:  Sure.

10   BY MS. FLEMING:

11   Q.  Mr. Atilla, I think when we broke --

12          MS. FLEMING:  I think Defendant's Exhibit 330 and

13   330-T are in evidence.  Can we publish them for the jury,

14   please.

15   Q.  Now, could you please -- this document is April 11th, 2013,

16   correct?  Where are you on April 11th, 2013?

17   A.  I was in Barcelona.

18   Q.  And what is Defendant's Exhibit 330?

19   A.  The head of the operations sending an e-mail to a general

20   manager.

21   Q.  And what is he informing him about in this e-mail?

22   A.  He is informing him about transactions of Royal food

23   company about the process of the transactions was related to

24   Reza Zarrab.

25   Q.  And this is the day after the conversation between Hakkan

1   Aydogan and Reza Zarrab, right?

2   A.  That's what I understand because there was a phone call in

3   between two of them related to this subject.

4   Q.  And you are not copied on this e-mail, 330, correct?

5   A.  No, I'm not copied here.

6           MS. FLEMING:  Could we pull up Defendant's Exhibit 331

7   and 331-T, please.  Just for the witness, please.

8   Q.  Do you recognize Defendant's Exhibit 331?

9   A.  Yes.

10  Q.  What is it?

11  A.  The head of the operations sending me an e-mail.

12  Q.  It is an e-mail from Hakkan Aydogan to you on April 11th,

13  2013; is that correct?

14  A.  Yes, he's informing me.

15          MS. FLEMING:  Your Honor, we offer Defendant's

16  Exhibit 331 and 331T as a business record.

17          MR. DENTON:  We have the same objection about the

18  redaction.

19          THE COURT:  So maybe, Ms. Fleming, you could explore

20  that?

21  Q.  Do you know what the redacted portions are?

22  A.  I don't know.

23          MS. FLEMING:  Your Honor, we'll take steps to find out

24  over the weekend.

25          THE COURT:  Okay.  The objection is noted for the

1   record.

2           (Defendant's Exhibit 331 and 331-T received in

3   evidence)

4

5           MS. FLEMING:  May we publish to the jury?

6           THE COURT:  Yes.

7           THE DEFENDANT:  I don't know about the other documents

8   either when the black occurs.

9   BY MS. FLEMING:

10  Q.  Now, this April 11th, 2013, document, you are still in

11  Barcelona, sir?

12  A.  Yes, I'm still there.

13  Q.  And what is happening in this document?

14  A.  He's informing me about the information that he relayed to

15  the general manager.

16  Q.  And could you go to page 2 on 331-T, please, and is that

17  basically the same information that we just saw that he also

18  advised Mr. Suleyman -- Mr. Aslan about?

19  A.  Yes.

20  Q.  Now, incidentally, do you have the authority to decide what

21  documents a customer should submit to the foreign operations

22  department?

23  A.  No, I don't have such a position.

24          MS. FLEMING:  All right.  Could we pull up, please,

25  Defense Exhibit 332 and 332-T for the witness.

1   Q.  Mr. Atilla, do you recognize Defendant's Exhibit 332?

2   A.  Yes, I saw this.

3   Q.  And what is Defendant's Exhibit 332-T?

4   A.  Again, it's an e-mail that was sent to me from foreign

5   operations department.

6   Q.  Is this from Hakkan Aydogan to you on April 13th, 2013, at

7   Halkbank?

8   A.  That's correct.

9             MS. FLEMING:  Your Honor, we move Defendant's

10  Exhibit 332 and 332-T into evidence.

11            MR. DENTON:  Same objection.

12            THE COURT:  You'll look into this?  He objected

13  because of the redaction.

14            MS. FLEMING:  As I said, we'll try to inquire over the

15  weekend, your Honor.

16            THE COURT:  Objection is noted.

17            (Defendant's Exhibit 332 and 332-T received in

18  evidence)

19  BY MS. FLEMING:

20  Q.  Mr. Atilla, what is reflected in 332?

21  A.  There is a phone and text utilization system in Turkey, and

22  it's talking about the source of that information.  And they

23  are telling me that they looked at that, and they communicated

24  about this first.  And there was a subject that they decided,

25  as a principle first, and he's explaining how they resolved the

1    problem between the client and themselves related to that

2    principle.  Would you like me to explain that in the short

3    version?

4    Q.  Please.

5    A.  It's very difficult to remember things from three, four

6    years ago, but I'm trying to refresh my memory from the

7    readings I've done and things that I listened.

8         Mr. Zarrab wanted to transfer the payment from a

9    foreign country before he bought the goods from that company.

10   He wanted to make the payments before the goods arrived.  Our

11   base principle at the bank, not to make any payments or any

12   transactions before the goods are purchased.  Therefore, Zarrab

13   suggestions that he would make the payments for the goods and

14   he would complete the documents related to these purchases

15   later on, did not get accepted.

16        The bank requested to do a transactions first and the

17   payments after.  This letter shows that what kind of solution

18   that came up with about this issue that arised.  Because Zarrab

19   was saying if he didn't send the money, the seller would not

20   send the goods, and the Halkbank was saying before the goods

21   were arriving -- arrived, they wouldn't make a payment.  He is

22   explaining how they resolved this issue.

23        They requested to open an account for this seller

24   inside of Halkbank.  Therefore, the seller knew that he would

25   get the money in his Halkbank account, but he wouldn't take the

1    money out before the goods arrived to the location.

2    Q.  Do you see where it says, in the bottom of 332:  "We are

3    not taking the risk of transfer overseas before the process is

4    completed"?

5    A.  Yes, I see it.

6    Q.  Is that what you are referencing in terms of that the money

7    still stays in the bank until the process goes, until the goods

8    are shipped?

9    A.  Yes, that is it.

10   Q.  And what documents was the customer required to present to

11   the bank in order to show that the goods have shipped?

12   A.  The bank requested transfer documents, bill of ladings, the

13   invoices.  Other than that, surveillance reports.  Generally,

14   they requested the routine documents that they would request

15   from anyone.

16                (Continued on next page)

17

18

19

20

21

22

23

24

25

1    Q.  Defendant's Exhibit 332 is dated April 15, 2013.  Do you

2    see that that's a Monday?  When did you return from Barcelona?

3    A.  I believe I came back on Sunday, that's how I remember.

4    Usually the Mondays are busy after vacation.  I believe that

5    Hakan Aydogan couldn't reach me because I was in meetings.  And

6    there is a committee called APKO, Active and Passive Committee,

7    it is about asset and liabilities.  Therefore, he e-mailed me.

8    Q.  Do you recall that when Mr. Zarrab testified, he said that

9    when lower rank employees at the bank entered a number for the

10   bill of lading --

11   A.  I remember.

12   Q.  Wait.  Just to finish my question.

13        They would not be able to trace whether the shipment

14   actually occurred.  Do you remember his testimony about that?

15        THE INTERPRETER:  Could interpreter ask for

16   repetition, please.

17   Q.  Do you remember --

18   "Q.  So how did you respond when Atilla asked you whether you

19   could provide a bill of lading?"

20        MR. DENTON:  Objection.

21        MS. FLEMING:  I'll do it in a question.  Withdrawn.

22   Q.  Do you remember that Mr. Zarrab testified that he couldn't

23   get a -- he didn't want to get bills of lading because it would

24   affect whether goods could be traced, whether they were

25   shipped?  Do you remember him testifying about that?

1    A.  I remember.

2    Q.  Are you aware of any place that employees can enter bill of

3    lading numbers and trace whether goods are shipped?

4    A.  I don't know if such system was discovered yet.  I would

5    like to explain for people to understand, if you allow me.

6    Q.  Please explain.

7    A.  People buy services and goods from all over the world and

8    these purchases can happen in far away.  It could be in South

9    America.  It could be North Europe.  It could be Australia.  If

10   one company puts, loads a good to a ship and gives bill of

11   lading of those goods, if they give a document that they

12   prepared from their own company, and at the system that it's

13   not possible to understand how many digits in that number or in

14   that system, how would a person in Halkbank working in Halkbank

15   would know to enter which system and what number is entered.

16            THE INTERPRETER:  Sorry, correction.  Interpreter's

17   correction.

18   A.  How would Halkbank know this number was entered from

19   Australia and the goods were loaded.  This is not logical.  It

20   is a story.  You cannot follow an item with the number of bill

21   of lading.  If there is a system, and I don't know, that's my

22   mistake.  And I'm sure if there was such a system, Reza Zarrab

23   wouldn't give fake bills of lading to China.  I'm sure the

24   Chinese banks has this system since we have it.

25   Q.  If we look back at Defendant's Exhibit 332, that's dated

Monday, April 15, 2013.  Do you remember the testimony with

regard to where Mr. Zarrab was during the week between April 15

and April 22 while he was here on the stand?

               THE COURT:  I don't understand the question.

Q.  Do you remember Mr. Zarrab testifying as to his various

whereabouts during the week between April 15 and April 22?

A.  I don't remember it clearly.  I think he didn't say

something very clearly.

Q.  Do you remember him saying he was in Dubai, for example,

getting customs documents?

A.  Yes, that I remember.

Q.  Do you also recall him saying he could not remember the

date of the meeting where you gave him the information for this

system?

A.  I do, because such a meeting did not take place.

Q.  Well, do you recall that he said it was some time in the

fourth or fifth month of the year, he couldn't pin it down any

better than that?

A.  I remembered him saying that, but I believe that if a

person builds such an important complex system, and forgets the

dates, it's not possible.  That's why I believe that he wasn't

telling the truth.

               MR. DENTON:  Your Honor, we object to that and move to

strike the commentary.

               THE COURT:  I'll allow it.

2023

1        MS. FLEMING:  Can we pull up, please, Government

2   Exhibit 1002 and 1002-T at page 23.  If we look at the entry at

3   7:25:55 on April 22.  On T, on the English it's on page 23.  It

4   starts at 7:11.  The third one down.  The next one too.

5   Q.  That says "No, we don't have a problem in the food.  Do you

6   have a problem with the method posed by Hakan Atilla."

7   A.  Yes, I see it.

8   Q.  And that is April 22, correct?

9   A.  Yes.  Yes, that's the date written here.

10  Q.  Did you have any meeting with Suleyman Aslan and Reza

11  Zarrab between that e-mail on April 15, and September -- I'm

12  sorry -- April 22, 2013 on the subject of any method proposed

13  by you?

14  A.  No, I wasn't at such a meeting and I don't know what he is

15  talking about.

16  Q.  Could you go, please, to the entry for 11:27:23 on 4/22.

17        Did you ever, other than the conversation that we

18  listened to on the morning of April 10 when you were inquiring

19  about the letter of credit, did you ever propose any kind of

20  methods or documentations to Reza Zarrab concerning food trade?

21  A.  No, I did not propose.  No, the bank had another opinion

22  about his demand to make the payment before the transfer of the

23  food, the bank had a counter proposition to his demand.  Like

24  in the detail Mr. Hakan Aydogan suggested.  And if the bank has

25  the capacity to find a solution, the bank would do this for

1    every customer.  It's not a method, and it is not a -- it's not

2    something proposed by me.

3           THE COURT:  Ms. Fleming, I'm going to have to cut you

4    off.  I'm going to want to excuse the jury.  Friday, 4:35, and

5    it's snowing out there.  So we're going to let them go home.

6    We'll excuse the witness for today.

7           THE WITNESS:  Thank you.

8           THE COURT:  And ask everybody if they can be back on

9    Monday at 9:15 and remembering my instructions over the

10   weekend, particularly, please do not talk to each other about

11   the case or about anyone who has anything to do with it until

12   the end of the case when you go to the jury room to deliberate

13   on your verdict.

14          Second, do not talk with anyone else about this case,

15   or about anyone who has anything to do with it, until the trial

16   has ended, and you have been discharged as jurors.

17          Third, please do not let anyone talk to you about the

18   case, or about anyone who has anything to do with it, and if

19   someone should try and talk to you about the case, please

20   report that to Christine or me immediately.

21          Fourth, please do not read any news or internet

22   stories or articles or blogs or listen to any radio or TV or

23   internet or cable TV reports about the case or about anyone who

24   has anything to do with it.

25          Fifth, please not do any type of research or any type

1      of investigation about the case on your own.

2                So I'll see you Monday at 9:15.  Thanks so much.

3                (Jury excused)

4                THE COURT:  For the lawyers, please don't leave

5      tonight until you get a copy of the draft jury instructions, we

6      haven't done all of them.  We've done half.  So we're going to

7      have a charge conference on this half on Monday at 8.  So meet

8      you here in the courtroom at 8 o'clock.  And let me tell you

9      what you'll have.  You have roughly pages 1 through 30, 1

10     through 29.  1 through 30.  And then you'll have some pages at

11     the end and we'll do those at 8 on Monday.  And then plan to

12     have the second charge conference on Tuesday for the balance of

13     the instructions.  So thanks.  See you Monday.

14               How many more witnesses do you have?

15               MR. ROCCO:  We may have one more witness, Judge.

16               THE COURT:  Have that witness here Monday.

17               MR. ROCCO:  Absolutely, your Honor.

18               THE COURT:  And will that be it?

19               MR. ROCCO:  We believe so.

20               THE COURT:  Have that person here on Monday.

21               MR. ROCCO:  Yes, Judge.

22               (Adjourned until December 18, 2017, at 8 a.m.)

23

24

25

```
1                        INDEX OF EXAMINATION

2    Examination of:                              Page

3    SAMRA IBRAHIMI HAMZA

4    Direct By Mr. Rocco  . . . . . . . . . . . .1886

5    MEHMET HAKAN ATILLA

6    Direct By Ms. Fleming  . . . . . . . . . . .1899

7                        GOVERNMENT EXHIBITS

8    Exhibit No.                               Received

9     9704    . . . . . . . . . . . . . . . . . .1884

10                       DEFENDANT EXHIBITS

11   Exhibit No.                               Received

12    326   . . . . . . . . . . . . . . . . . . .1888

13    336   . . . . . . . . . . . . . . . . . . .1896

14    300   . . . . . . . . . . . . . . . . . . .1914

15    302   . . . . . . . . . . . . . . . . . . .1915

16    333   . . . . . . . . . . . . . . . . . . .1927

17    307   . . . . . . . . . . . . . . . . . . .1939

18    309   . . . . . . . . . . . . . . . . . . .1939

19    310   . . . . . . . . . . . . . . . . . . .1941

20    311   . . . . . . . . . . . . . . . . . . .1942

21    329   . . . . . . . . . . . . . . . . . . .2001

22    330 and 330-T  . . . . . . . . . . . . . .2012

23    331 and 331-T  . . . . . . . . . . . . . .2016

24    332 and 332-T  . . . . . . . . . . . . . .2017

25
```