# USA v. Atilla
# 15cr867

# Court Exhibit B

# FILED UNDER SEAL