| | | | |
|---|---|---|---|
| 201-T | 231-T | 264-T | 337-T |
| 202-T | 232-T | 265-T | 338-T |
| 203-T | 233-T | 266-T | 339-T |
| 204-T | 236-T | 267-T | 340-T |
| 205-T | 238-T | 268-T | 341-T |
| 206-T | 239-T | 269-T | 342-T |
| 207-T | 240-T | 273-T | 343-T |
| 208-T | 241-T | 274-T | 344-T |
| 209-T | 242-T | 276-T | 345-T |
| 210-T | 243-T | 277-T | 346-T |
| 211-T | 244-T | 278-T | 347-T |
| 212-T | 245-T | 279-T | 348-T |
| 213-T | 246-T | 288-T | 349-T |
| 214-T | 247-T | 291-T | 350-T |
| 215-T | 248-T | 293-T | 351-T |
| 216-T | 249-T | 294-T | 352-T |
| 217-T | 250-T | 295-T | 353-T |
| 218-T | 251-T | 297-T | 354-T |
| 219-T | 252-T | 298-T | 355-T |
| 220-T | 253-T | 300-T | 356-T |
| 221-T | 254-T | 301-T | 357-T |
| 222-T | 255-T | 304-T | 359-T |
| 223-T | 256-T | 305-T | 380-T |
| 224-T | 257-T | 306-T | 381-T |
| 225-T | 258-T | 308-T | 721-T |
| 226-T | 259-T | 309-T | 726-T |
| 227-T | 260-T | 314-T | 727-T |
| 228-T | 261-T | 316-T | 734-T |
| 229-T | 262-T | 326-T | 736-T |
| 230-T | 263-T | 336-T | 740-T |

| | | | |
|---|---|---|---|
| 745-T | 1276-T | 2020-T | 2053-T |
| 749-T | 1277-T | 2021-T | 2054-T |
| 750-T | 1278-T | 2022-T | 3614-T |
| 752-T | 1279-T | 2024-T | 3617-T |
| 818-T | 1280-T | 2025-T | 3622-T |
| 819-T | 1281-T | 2026-T | 3623-T |
| 820-T | 1282-T | 2027-T | 3629-T |
| 821-T | 1283-T | 2028-T | 3631-T |
| 822-T | 1284-T | 2029-T | 3632-T |
| 827-T | 1285-T | 2030-T | 3633-T |
| 1001-T | 1286-T | 2031-T | 3634-T |
| 1002-T | 1287-T | 2032-T | 3635-T |
| 1003-T | 1288-T | 2033-T | 3636-T |
| 1004-T | 1289-T | 2034-T | 3639-T |
| 1201-T | 1290-T | 2035-T | 3640-T |
| 1204-T | 1291-T | 2036-T | 3641-T |
| 1205-T | 1292-T | 2037-T | 3642-T |
| 1206-T | 1293-T | 2038-T | 3643-T |
| 1207-T | 2001-T | 2039-T | 3644-T |
| 1208-T | 2002-T | 2040-T | 3645-T |
| 1266-T | 2003-T | 2041-T | 3646-T |
| 1267-T | 2004-T | 2043-T | 3647-T |
| 1268-T | 2007-T | 2044-T | 3648-T |
| 1269-T | 2008-T | 2045-T | 3649-T |
| 1270-T | 2009-T | 2047-T | 3651-T |
| 1271-T | 2010-T | 2048-T | 3655-T |
| 1272-T | 2011-T | 2049-T | 3658-T |
| 1273-T | 2015-T | 2050-T | 3659-T |
| 1274-T | 2016-T | 2051-T | 3660-T |
| 1275-T | 2019-T | 2052-T | 3664-T |

| | |
|---|---|
| 3666-T | 3788-T |
| 3668-T | 3789-T |
| 3670-T | 3790-T |
| 3675-T | 3791-T |
| 3676-T | 3792-T |
| 3679-T | 4658-T |
| 3680-T | 4659-T |
| 3682-T | 4660-T |
| 3683-T | 4661-T |
| 3684-T | 4662-T |
| 3685-T | 4663-T |
| 3686-T | 4788-T |
| 3687-T | 4790-T |
| 3689-T | |
| 3691-T | |
| 3692-T | |
| 3693-T | |
| 3694-T | |
| 3706-T | |
| 3708-T | |
| 3710-T | |
| 3744-T | |
| 3746-T | |
| 3753-T | |
| 3760-T | |
| 3761-T | |
| 3762-T | |
| 3763-T | |
| 3764-T | |
| 3787-T | |