TOPIC:

DATE:

FILE UNDER:

PAGE:

Court Ex D

You may have Noticed

increased security outside

the courtroom today.

That is because we do not

allow recording in federal

court, and we wanted to

make sure to keep recording+

other electronic devices out of The courtroom.