RESTRICTED: DO NOT DISSEMINATE

12/7/17
Court Exhibit
E

10/21/2016                14:04:38

Reza talks to a male, ambassador will do his best, they all do their best, Reza asks if the ambassador has returned to US, ambassador will talk to officials here. Embassy will have only one hour, Mostafa may not go there.

10/21/2016                10:24:51

Tomorrow is the last day, ambassador will return on Monday, they should tell him to take me with him, he must say I came here to take him with me.

10/20/2016                14:54:44

Talks to mother, father and Samad, the 28th hearing day, 6 people will be exchanged for 4 people. They held a session, my lawyer present. Don't worry they will release/exchange you too. 8 months in prison, put more pressure there. Be brave Reza. Murderers get 15 years here.

File: 09135104_Sep_15_2016_20_46_39_PM_011905370404016 - Azeri

Reza talking to Ahad about injuries around his lips. Complaining about being stuck inside four walls. Arguing about sentencing [difference between 10 and 20 years]. Reza says in such a country, in order to get out or get a reduced sentence, you need to admit to crimes you haven't committed. Reza mentioned a representative from Bahram's friends' side meeting with one of his lawyers. They allegedly told the lawyer to fuck off [meaning Reza] and that they hated him and wished for him to get sentenced for 30 years. He once again mentions that in America in order to make it out of prison you need to admit to something you haven't committed.

Reza: "Ahad, there were 82 files, got each of them translated. Even found a lawyer specializing in these types of cases. But it doesn't work once you've admitted to something. They have two shops over there. Do they want to give them?"

Ahad: "Yes, they do and that's what I am trying to tell you all this time."

Reza: "Ahad, I know they want to. They want to give those two shops."

Ahad: "You are wrong, I realized you were wrong when I went to talk to them. You need to be patient, I will take care of it in couple of days."

3501-081