UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
               Government, : **VERDICT SHEET**
:
   - against - :
:
MEHMET HAKAN ATILLA, :
:
               Defendant. :
------------------------------------------------------------x


**BANK FRAUD** (Count Three of the Indictment)

      Not Guilty _____         Guilty _____


**MONEY LAUNDERING** (Count Five of the Indictment)

      Not Guilty _____         Guilty _____


**CONSPIRACY TO DEFRAUD THE UNITED STATES** (Count One of the Indictment)

      Not Guilty _____         Guilty _____


**CONSPIRACY TO VIOLATE IEEPA** (Count Two of the Indictment)

      Not Guilty _____         Guilty _____


**CONSPIRACY TO COMMIT BANK FRAUD** (Count Four of the Indictment)

      Not Guilty _____         Guilty _____


**CONSPIRACY TO COMMIT MONEY LAUNDERING** (Count Six of the Indictment)

      Not Guilty _____         Guilty _____

**EACH JUROR TO SIGN AND REPORT TO THE MARSHAL THAT YOU HAVE REACHED A VERDICT**

**JURORS' SIGNATURES AND DATE**

| _____ | _____ |
| :---: | :---: |
| Foreperson / Date | Juror |
| _____ | _____ |
| Juror | Juror |
| _____ | _____ |
| Juror | Juror |
| _____ | _____ |
| Juror | Juror |
| _____ | _____ |
| Juror | Juror |
| _____ | _____ |
| Juror | Juror |

\*     \*     \*