15cr867
Court Exhibit R
12/20/17

Could we have →

1) need glasses — seat 1
2) + highlighters
3) + post-its
4) + pens
5) Coffee / tea / milk
   hot water
6) ~~Red pen~~ [scribbled out]