15cr867   Court Exhibit 5

Hi, Judge Berman

Here are some requests for tomorrow.
1) Photo posterboards
2) Zarrab's flowcharts
3) arrest video (DVD)

I am the foreperson

Redacted