15cr867 Court Exhibit T 12/21/17

JOINT PROPOSED LIMITING INSTRUCTION — GX 9501, 9502, 9503

As you may recall, these charts were drawn by Mr. Zarrab while he was testifying as an aid to his testimony. The charts themselves are not evidence, they are merely an aid. The testimony itself is the evidence. As a result, you may view the charts here in the courtroom, but you cannot take them into the jury room.