Court Exhibit 4

12/21/17

TO: Jurors
FR: Judge Berman

In response to your note

1) We will send the photo poster boards into the jury room soon;

2) Mr. Zarrab's flow charts are illustrative aids and not evidence. We will send them into the jury room soon;

3) The arrest video is in the jury room + is Gov't Exhibit 70. It is on the laptop which is also in the jury room. Let me know if you have any difficulty playing it and we will get you help in doing so.
I can also arrange for you to view it in the Courtroom, if you wish.

Thanks