Dear Judge Berman —

Could we request

- the following Zaraab demonstratives
  - 9501
  - 9502
  - 9502
- flip chart
- scotch tape (or masking)
- black markers
- arrest video
- large poster boards w/ photos ~~cash flow~~

Could we also get a clear legal definition of "substantive"?

Continuing thanks,

Redacted