UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
              Government,                     :        **VERDICT SHEET**
                                              :
    - against -                               :
                                              :
MEHMET HAKAN ATILLA,                          :
                                              :
              Defendant.                      :
------------------------------------------------------------x


**BANK FRAUD** (Count Three of the Indictment)

   Not Guilty _____              Guilty __X__


**MONEY LAUNDERING** (Count Five of the Indictment)

   Not Guilty __X__              Guilty _____


**CONSPIRACY TO DEFRAUD THE UNITED STATES** (Count One of the Indictment)

   Not Guilty _____              Guilty __X__


**CONSPIRACY TO VIOLATE IEEPA** (Count Two of the Indictment)

   Not Guilty _____              Guilty __X__


**CONSPIRACY TO COMMIT BANK FRAUD** (Count Four of the Indictment)

   Not Guilty _____              Guilty __X__


**CONSPIRACY TO COMMIT MONEY LAUNDERING** (Count Six of the Indictment)

   Not Guilty _____              Guilty __X__

Redacted