USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                                Government,

           -against-

MEHMET HAKAN ATILLA,
                            Defendant.
-----------------------------------------------------------X

15 CR.867 (RMB)

**ORDER**

In response to Defense counsel's letter, dated January 24, 2018, the Court directs as follows:

1- The Government may respond in writing to the Defense letter on or before 12:00 noon on January 29, 2018; and

2- The Court will hold a conference on February 6, 2018 at 12:00 noon to consider whether the Defendant's waiver of his right to file a Rule 29(c) motion is both knowing and voluntary.

Dated: New York, New York
         January 25, 2018

                                                        **Hon. Richard M. Berman, U.S.D.J.**