

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2018

**BY HAND AND ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 17B
New York, New York 10007

    Re:    **United States v. Mehmet Hakan Atilla,**
            **S4 15 Cr. 867 (RMB)**

Dear Judge Berman,

       The Government respectfully submits this letter in response to the defense's January 24, 2018 letter and the Court's January 25, 2018 order. In their letter, the defense states that defendant, Mehmet Hakan Atilla will not make a motion for acquittal pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure, instead relying solely on his December 15, 2017 motion pursuant to Rule 29(a).[1] The Court deferred consideration of that motion until after the verdict. (Tr. 2502). The Government responded to the motion on December 16, 2017 (Dkt. No. 382), and relies on that opposition as well as the entire record of the Government's case-in-chief.

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney

                     by:                 */s/*
                          Michael D. Lockard / Sidhardha Kamaraju /
                          David W. Denton, Jr.
                              Assistant United States Attorneys
                          Dean C. Sovolos
                              Special Assistant United States Attorney
                          (212) 637-2193 / 6523 / 2744 / 2213

Cc:    Counsel of record (via ECF)

---

[1] The defense filed a letter dated December 22, 2017 purporting to supplement their December 15 motion (Dkt. No. 394). The Court directed briefing on whether the Rule 29(a) motion could be supplemented and, if so, on what record the motion would be considered. (Tr. 2501-03). Rather than pursue the proposed supplemental submission, the defense has elected to rest solely on their December 15 submission.