

Victor J. Rocco
Partner
Phone: 212.592.1422
Fax: 212.545.2333
vrocco@herrick.com

March 30, 2018

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17B
New York, NY 10007-1312

    **Re:**    United States v. Mehmet Hakan Atilla, S4 15 Cr. 867 (RMB)

Dear Judge Berman:

Further to our letter to the Court of March 26th, we write out of an abundance of caution briefly to clarify our response to the Court's Order dated January 18, 2018 ("the Order"). We understand the Order not to include our communications with members of the United States Attorney's Office for the Southern District of New York incident to the prosecution of the captioned matter. Accordingly, we have omitted those communications from our March 26th letter to the Court. Aside from these routine contacts with the prosecution team, our only communications with representatives of the U.S. government were with regard to requesting the testimony of current and former employees of the federal government and obtaining documents for use at trial.

    Respectfully submitted,

HERRICK, FEINSTEIN LLP      FLEMING RUVOLDT PLLC

By:   /s/Victor J. Rocco            By:   /s/Cathy Fleming

   Victor J. Rocco                       Cathy Fleming
   Two Park Avenue                 1700 Broadway, 28th Floor
   New York, New York 10016       New York, New York 10019
   (212) 592-1400                    (212) 706-1850



| McDERMOTT WILL & EMERY LLP | LAW OFFICES OF JOSHUA L. DRATEL |
|---|---|
| By: /s/ Todd Harrison | By: /s/ Joshua L. Dratel |
| Todd Harrison<br>340 Madison Avenue<br>New York, New York 10173<br>(212) 547-5727 | Joshua Dratel<br>29 Broadway, Suite 1412<br>New York, New York 10006<br>(212) 571-3792 |

*Attorneys for Defendant Mehmet Hakan Atilla*

cc: Assistant U.S. Attorneys Michael Lockard, David Denton, Sidhardha Kamaraju and Dean Sovolos