```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

         v.                        S4 15 Cr. 867 RMB

MEHMET HAKAN ATILLA,

              Defendant.

------------------------------x


                                   November 20, 2017
                                   10:30 a.m.


Before:

              HON. RICHARD M. BERMAN,

                                   District Judge
                                     and a jury



                     APPEARANCES

JOON H. KIM,
     United States Attorney for the
     Southern District of New York
MICHAEL DENNIS LOCKARD,
SIDHARDHA KAMARAJU,
DAVID WILLIAM DENTON, JR.,
DEAN CONSTANTINE SOVOLOS,
     Assistant United States Attorneys
```

(APPEARANCES Continued)

HERRICK, FEINSTEIN LLP (NYC)
     Attorneys for defendant Atilla
BY:  VICTOR J. ROCCO, Esq.
     THOMAS ELLIOTT THORNHILL, Esq.
     - and -
FLEMING RUVOLDT, PLLC
BY:  CATHY ANN FLEMING, Esq.
     ROBERT J. FETTWEIS, Esq.
     - and -
LAW OFFICES OF JOSHUA L. DRATEL, P.C.
BY:  JOSHUA LEWIS DRATEL, Esq.
              Of counsel

Also Present:
     JENNIFER McREYNOLDS, Special Agent FBI
     MICHAEL CHANG-FRIEDEN, Paralegal Specialist USAO
     MS. ASIYE KAY, Turkish Interpreter
     MS. SEYHAN SIRTALAN, Turkish Interpreter

1     (In open court)

2     (Case called)

3     THE COURT:  So as you're aware, I've had a conference
4  with both sides to the case, the government and the defense,
5  and I have had a full discussion, and I understand, although
6  they were not here, that there is another attorney, a Mr. Todd
7  Harrison from the McDermott firm who may be added to the
8  defense team.  I don't know too many details about that.
9  Counsel have described that as a possibility, and Mr. Rocco or
10 Mr. Dratel indicated that, in fact, that individual has filed a
11 notice of appearance, and so we'll just have to take that one
12 day at a time.

13    But so having made all of those considerations, I am
14 adjourning the trial one week, to a week from today; which is
15 to say, the plan was originally to pick a jury today and
16 tomorrow perhaps if it takes two days.  That will be pushed
17 back, and we'll pick the jury the first thing on Monday, the
18 27th, and then once we get our jury, we will proceed day-to-day
19 from that time forward.

20    So thanks very much.  Good to see you.  I will see you
21 tomorrow afternoon, there is a conference.

22    (Court adjourned)

23

24

25