| BP-A. 337 HSLC /. | INMATE LOAD AND SECURITY DESIGNATION CDFRM | | |
|---|---|---|---|
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU OF PRISONS | |

### INMATE LOAD DATA

| 1. REGISTER NUMBER: | | | | |
|---|---|---|---|---|
| 2. LAST NAME<br>Atilla | 3. FIRST NAME<br>Mehmet | | 4. MIDDLE | 5. SUFFIX |
| 6. RACE | 7. SEX | 8. ETHNIC ORIGIN | 9. DATE OF BIRTH<br>01/25/1970 | |
| 10. OFFENSE/SENTENCE | | | | |
| 11. FBI NUMBER | | | 12. SSN NUMBER | |
| 13. STATE OF BIRTH | 14. OR COUNTRY OF BIRTH<br>Turkey | | 15. CITIZENSHIP<br>Turkey | |
| 16. ADDRESS-STREET | | | | |
| 17. CITY | 18. STATE | 19. ZIP | 20. OR FOREIGN COUNTRY | |
| 21. HEIGHT<br>   FT            IN | 22. WEIGHT<br>            LBS | 23. HAIR COLOR | 24. EYE COLOR | |
| 25. ARS ASSIGNMENT: | | | | |

### SECURITY DESIGNATION DATA

| 1. JUDGE | 2. REC FACILITY | 3. REC PROGRAM | 4. USM OFFICE | |
|---|---|---|---|---|
| 5. VOLUNTARY SURRENDER STATUS        0 = NO        (-3) = YES<br>   IF YES, MUST INDICATE:    5a. VOLUNTARY SURRENDER DATE:<br>                              5b. VOLUNTARY SURRENDER LOCATION: | | | | 0 |
| 6. MONTHS TO RELEASE : | | | | |
| 7. SEVERITY OF<br>   CURRENT OFFENSE | 0 = LOWEST<br>1 = LOW MODERATE | 3 = MODERATE<br>5 = HIGH | 7 = GREATEST | 3 |
| 8. CRIMINAL HISTORY<br>   SCORE | 0 = 0-1<br>2 = 2-3 | 4 = 4-6<br>6 = 7-9 | 8 = 10-12<br>10= 13 + | |
| 8a. SOURCE OF DOCUMENTED       - PRESENTENCE INVESTIGATION REPORT or       - NCIC III | | | | |
| 9. HISTORY OF<br>   VIOLENCE      MINOR<br>                 SERIOUS | NONE    >15 YEARS<br>0       1<br>0       2 | 10-15 YEARS    5-10 YEARS<br>1              3<br>4              6 | <5 YEARS<br>5<br>7 | |
| 10. HISTORY OF<br>    ESCAPE OR    MINOR<br>    ATTEMPTS     SERIOUS | NONE    >15 YEARS<br>0       1<br>0       3(S) | >10 YEARS    5-10 YEARS<br>1            2<br>3(S)         3(S) | <5 YEARS<br>3<br>3(S) | |
| 11. TYPE OF<br>    DETAINER | 0 = NONE<br>1 = LOWEST/LOW MODERATE | 3 = MODERATE<br>5 = HIGH | 7 = GREATEST | |
| 12. AGE | 0 = 55 and over<br>2 = 36 through 54 | 4 = 25 through 35<br>8 = 24 or less | | 2 |
| 13. EDUCATION         0 = Verified High School Degree or GED<br>    LEVEL          1 = Entrolled in and making satisfactory progress in GED Program<br>                   2 = No verified High School Degree/GED and not participating in GED Program | | | | |
| 13.a HIGHEST GRADE COMPLETED | | | | |
| 14. DRUG/ALCOHOL ABUSE    0 = NEVER/>5 Years    1 = <5 Years | | | | |
| 15. SECURITY POINT TOTAL | | | | 5 |
| 16. PUBLIC      A-NONE<br>    SAFETY      B-DISRUPTIVE GROUP (males only)<br>    FACTORS     C-GREATEST SEVERITY OFFENSE (males only)<br>                F-SEX OFFENDER<br>                G-THREAT TO GOVERNMENT OFFICIALS<br>                H-DEPORTABLE ALIEN | | I-SENTENCE LENGTH (males only)<br>K-VIOLENT BEHAVIOR (females only)<br>L-SERIOUS ESCAPE<br>M-PRISON DISTURBANCE<br>N-JUVENILE VIOLENCE<br>O-SERIOUS TELEPHONE ABUSE | | H |
| 17. REMARKS<br>Public Safety Factor overrides points , so would likely be classified as Low Security or Higher ... no prison camp. | | | | |
| 18. OMDT REFERRAL (YES/NO) | | | | |

FILE IN SECTION 2 UNLESS APPROPRIATE FOR PRIVACY FOLDER

### SECTION 2

PDF                              Prescribed by P5100                    Replaces BP-S337 of FEB 02



**U.S. Department of Justice**

Federal Bureau of Prisons

Washington, DC 20534

JAN 24 2018

MEMORANDUM FOR CHIEF EXECUTIVE OFFICERS

FROM:    F. Lara, Assistant Director
         Correctional Programs Division

SUBJECT: Increasing Population Levels in Private Contract Facilities

In order to alleviate the overcrowding at Bureau of Prisons' (BOP) institutions and to maximize the effectiveness of the private contracts, effective the date of this memorandum, please submit eligible inmates for re-designation to the Designation and Sentence Computation Center for transfer consideration to private contract facilities.

Designation Criteria:

- Inmates must be classified as Low security with IN custody,
- a male, non-U.S. citizen,
- assigned a medical and mental health care level 1 or 2,
- 90 months or less remaining to serve on their sentence.

Designations criteria specific to Rivers Correctional Institution:

- Male inmates classified as Low security with IN custody,
- sentenced out of the District of Columbia Superior or District Court,
- assigned a medical and mental health care level 1 or 2,
- Rivers CI will also accept inmates who meet the above criteria and are awaiting participation in the RDAP program.

Thank you for your assistance in this matter. If you have any questions or concerns, please contact Pamela L. Jones, Administrator, Privatization Management Branch at (202)305-8681.