USA v. Atilla – 15 cr 867                                                                 5/16/2018

|  | Probation | Govt I | Govt II | Defense | Court |
|---|---|---|---|---|---|
| USSG | 2S1.1(a)(1) | 2S1.1(a)(2) | 2S1.1(a)(1) | 2S1.1(a)(1) | 2S1.1(a)(1) |
| Base offense level (with grouping) | 37[1] | 44 | 26 | 26 | 26 |
| 18 USC 1956 (USSG 2S1.1(b)(2)(B)) | +2 | +2 | +2 | +2 | +2 |
| Sophisticated laundering (USSG 2S1.1(b)(3)[2] | +2 | +2 | +2 | NO | +2 |
| Abuse of trust (USSG 3B1.3) | +2 | NO | NO | NO | NO |
| Manager or supervisor (USSG 3B1.1(b)) | +3 | +3 | +3 | NO | NO |
| Obstruction of justice (USSG 3C1.1) | In the Court's discretion | +2 | +2 | NO | +2 |
| Minor role (USSG 3B1.2(b))[3] | NO | NO | NO | -2 | -2 |
| Conspiracy reduction (USSG 2X1.1) | NO | NO | NO | -3 | NO |
| Adjusted offense level | 46 (but 43 is maximum) | 53 (but 43 is maximum) | 35 | 23 | 30 |
| Guidelines range | life | life | 168-210 months | 46-57 months | 97-121 months |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/18

---

[1] Includes a 30 level enhancement reflecting a loss that exceeds $550,000,000.00. See USSG 2B1.1(b)(1).

[2] Application Note 5 states that sophisticated laundering typically involves the use of fictitious entities; shell corporations; two or more levels of transactions, transportation, transfers or transmissions, involving criminally derived funds that were intended to appear legitimate.

[3] Application Note 3 states in part that the fact that a defendant performs an essential or indispensable role in the criminal activity is not determinative. Such a defendant may receive an adjustment under this guideline if he or she is substantially less culpable than the average participant in the criminal activity.