Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 5 2018

Caption:

United States
_____ v.

Mehmet Hakan Atilla

Docket No.: S4 15 Cr. 867 (RMB)
Hon. Richard M. Berman
(District Court Judge)

Notice is hereby given that Mehmet Hakan Atilla appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)
entered in this action on May 16, 2018.
(date)

This appeal concerns: Conviction only ✓  Sentence only ____  Conviction & Sentence ____  Other ____

Defendant found guilty by plea | | trial | ✓ | N/A [ ] .

Offense occurred after November 1, 1987? Yes | ✓ | No [ ]  N/A [ ]

Date of sentence: May 16, 2018 _____ N/A [ ]

Bail/Jail Disposition: Committed ✓  Not committed | |  N/A | |

Appellant is represented by counsel? Yes ✓ | No | |  If yes, provide the following information:

Defendant's Counsel: Victor J. Rocco
Counsel's Address: 2 Park Avenue
New York, NY 10016
Counsel's Phone: (212) 592-1400

Assistant U.S. Attorney: Michael J. Lockard
AUSA's Address: One St. Andrew's Plaza
New York, NY 10007
AUSA's Phone: (212) 637-2193

Signature