Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:

United States v.

Atilla

Docket No.: 15 Cr. 867
Richard M. Berman
(District Court Judge)

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____
(specify)
entered in this action on 5/16/2018.
(date)

This appeal concerns: Conviction only ☐  Sentence only ✓  Conviction & Sentence ☐  Other ☐
Defendant found guilty by plea ☐  trial ✓  N/A ☐.
Offense occurred after November 1, 1987?  Yes ✓  No ☐  N/A ☐
Date of sentence: 5/16/2018    N/A ☐
Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓  No ☐  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Victor Rocco, Esq. |
| Counsel's Address: | Herrick & Feinstein LLP |
| | Two Park Avenue, New York, New York 10016 |
| Counsel's Phone: | (212) 592-1400 |
| Assistant U.S. Attorney: | Michael D. Lockard |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, New York  10007 |
| AUSA's Phone: | (212) 637-2193 |