Criminal Notice of Appeal - Form A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **JUN 2 5 2018**

# NOTICE OF APPEAL

### United States District Court

Southern _____ District of _____ New York

Caption:

United States
_____ v.

Atilla
_____

Docket No.: 15 Cr. 867

Richard M. Berman
_____
(District Court Judge)

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____

entered in this action on 5/16/2018 _____ (specify)
(date)

This appeal concerns: Conviction only [ ] Sentence only [✓] Conviction & Sentence [ ] Other [ ]

Defendant found guilty by plea [ ] trial [✓] N/A [ ].

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: 5/16/2018 _____ N/A [ ]

Bail/Jail Disposition: Committed [✓] Not committed [ ] N/A [ ]


Appellant is represented by counsel? Yes [✓] No [ ] If yes, provide the following information:

Defendant's Counsel: Victor Rocco, Esq.

Counsel's Address: Herrick & Feinstein LLP

Two Park Avenue, New York, New York 10016

Counsel's Phone: (212) 592-1400

Assistant U.S. Attorney: Michael D. Lockard

AUSA's Address: One St. Andrew's Plaza

New York, New York 10007

AUSA's Phone: (212) 637-2193