**MANDATE**

N.Y.S.D. Case #
15-cr-0867-5(RMB)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of December, two thousand and eighteen,

_____

United States of America,

    Appellee-Cross-Appellant,

v.

Reza Zarrab, AKA Riza Sarraf, Camelia Jamshidy, AKA Kamelia Jamshidy, Hossein Najafzadeh, Mohammad Zarrab, AKA Can Sarraf, AKA Kartalmsd, Mehmet Zafer Caglayan, AKA Abi, Suleyman Aslan, Levent Balkan, Abdullah Happani,

    Defendants,

Mehmet Hakan Atilla,

    Defendant-Appellant-Cross-Appellee.

_____

**ORDER**
Docket No. 18-1910(XAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 07 2018

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/07/2018