UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                      Government<br><br>    -against-<br><br>TURKIYE HALK BANKASI A.S.,<br><br>                      Defendant. | Master File No. 1:15-cr-00867-RMB |

## MOTION FOR WITHDRAWAL OF APPEARANCE

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Todd Harrison respectfully requests that the Court direct the Clerk of Court to terminate his appearance as counsel for Mehmet Hakan Atilla in this action and all related cases.

Mehmet Hakan Atilla will continue to be represented through their attorneys, and all future correspondence and papers in this action should continue to be directed to them.

| | |
|---|---|
| March 5, 2026<br>New York, New York | Respectfully submitted,<br><br>McDERMOTT WILL & SCHULTE LLP<br><br>By: _____<br>    Todd Harrison<br>    tdharrison@mcdermottlaw.com<br>    One Vanderbilt Avenue<br>    New York, New York 10017<br>    Telephone: (212) 547-5727<br>    Facsimile: (646) 417-7667<br><br>    *Counsel for Mehmet Hakan Atilla* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

                                                Todd Harrison
                                                McDermott Will & Schulte LLP
                                                One Vanderbilt Avenue
                                                New York, New York 10017
                                                (212) 547-5754
                                                tdharrison@mcdermottlaw.com